IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| David W. Bibeau, as Personal Representative of the Estate of Katherine Ann Kurtz-Bibeau,<br><br>    Plaintiffs,<br><br>v.<br><br>James Michael Shortt, M.D.; Health Dimensions, LLC,; and Congaree Pharmacy, Inc.,<br><br>    Defendants. | ) Civil Action No:_____<br>)<br>)<br>)<br>)<br>) 3 04 22306 10<br>)<br>) PLAINTIFFS RESPONSES TO<br>) RULE 26.01 INTERROGATORIES<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff David W. Bibeau, by and through his undersigned attorneys, hereby answer the Court's standard interrogatories pursuant to Local Civil Rule 26.01, D.S.C. as follows:

**INTERROGATORY (A):**

State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

ANSWER: None.

**INTERROGATORY (B):**

As to each claim, state whether it should be tried jury or nonjury and why.

ANSWER: All claims should be tried to a jury.

1

**INTERROGATORY (C):**

State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

ANSWER: No party is a publically owned company.

**INTERROGATORY (D):**

State the basis for asserting your claim in the division in which it was filed.

ANSWER: This action is filed within the Columbia Division because the principal place of business of Defendants Health Dimensions, LLC and Congaree Pharmacy, Inc., is in Lexington County, South Carolina, and the tortious conduct described in the Complaint occurred in Lexington County, all within the Columbia Division of the United States District Court for the District of South Carolina.

**INTERROGATORY (E):**

Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the

**identical parties or property; or for any other reason [that] would entail substantial duplication of labor if heard by different judges.**

<u>ANSWER</u>:   No related matter.

Respectfully submitted,

_____
Richard Mark Gergel, Fed. ID No. 1027
GERGEL, NICKLES & SOLOMON, P.A.
1519 Richland Street
Post Office Box 1866
Columbia, South Carolina  29202-1866
(803) 779-8080
Fax: (803) 256-1816

Attorneys for Plaintiffs

September 22, 2004

Columbia, South Carolina.