**EXHIBIT A**

3:04-cv-22306-MJP     Date Filed 02/22/05     Entry Number 28-1     Page 1 of 2



**STATE OF SOUTH CAROLINA**
**DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 04 007801

| Field | Value |
|---|---|
| Decedent's Name | KATHERINE ANN KURTZ-BIBEAU |
| Sex | Female |
| Date of Death | Mar. 14, 2004 |
| Social Security Number | 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 |
| Age | 53 |
| Date of Birth | Nov. 7, 1950 |
| Birthplace | Lincoln, Nebraska |
| Was Decedent Ever in U.S. Armed Forces | No |
| Place of Death | Hospital - Inpatient |
| Facility Name | Providence Hospital--2435 Forest Drive |
| City of Death | Columbia |
| County of Death | Richland |
| Marital Status | Married |
| Surviving Spouse | David William Bibeau |
| Usual Occupation | Medical Technologist |
| Kind of Business/Industry | Minneapolis, Minnesota-VA Medical Center |
| Residence State | MN |
| County | Washington |
| City | Cottage Grove |
| Street and Number | 7374 Irvin Avenue South |
| Inside City Limits | Yes |
| Zip Code | 55016 |
| Hispanic Origin | No |
| Race | White |
| Education | College 4 yrs. |
| Father's Name | James S. Kurtz |
| Mother's Name | Alta ... Nelson |
| Informant's Name | David W. Bibeau |
| Mailing Address | 7374 Irvin Avenue South, Cottage Grove, MN 55016 |
| Method of Disposition | Cremation |
| Place of Disposition | Dunbar Crematory |
| Location | Columbia, S.C. |
| Funeral Dir. License No. | #2030 |
| Name and Address of Facility | DUNBAR FUNERAL HOME, Post Office Box 1808, Columbia, S.C. 29202 |
| License Number | 92 |
| Embalmer | N/A |
| Time of Death | 11:07 a.m. |
| Date Pronounced Dead | 03/14/04 |
| Was Case Referred to Medical Examiner/Coroner | Yes |

**27. PART I.**
a. Immediate Cause: Cardiac Arrest — dhec 627 sb 9-9-04 per Cor. Gary Watts
b. Systemic Shock and DIC
c. Iatrogenic Infusion of Hydrogen Peroxide

Autopsy: Yes — Findings considered: Yes

| Field | Value |
|---|---|
| Manner of Death | Homicide (Pending Investigation) |
| Date of Injury | 03-11-2004 |
| Time of Injury | Unk. |
| Injury at Work | No |
| How Injury Occurred | Infusion of hydrogen peroxide. |
| Place of Injury | Medical Office |
| Location | Health Dimensions, 3901 Edmund Hwy, W. Columbia, SC |
| Certifier | Coroner |
| Signature | Nancy W. Bostick, Deputy Coroner |
| Date Signed | 03/16/04 |
| Name and Address | Nancy W. Bostick, Deputy Coroner, 1701 Main St., Columbia, SC 29201 |