**EXHIBIT B**

## PALMETTO RICHLAND MEMORIAL HOSPITAL
## DEPARTMENT OF PATHOLOGY
## 5 RICHLAND MEDICAL PARK
## COLUMBIA, SOUTH CAROLINA 29203
## REPORT OF POSTMORTEM EXAMINATION

**NAME:** BIBEAU, KATHERINE

**AUTOPSY #:** A04-78

**DOB:** 11/7/1950 (Age: 53)

**RACE:** Caucasian

**SEX:** F

**CHART #:**

**DATE OF DEATH:** 3/14/2004 11:07

**DATE OF AUTOPSY:** 3/15/2004 09:45

**REQUESTOR:** GARY M WATTS

**PROSECTOR:** CLAY A NICHOLS MD

---

### FINAL ANATOMICAL DIAGNOSES

I. HISTORY OF DEATH FOLLOWING TREATMENT FOR MULTIPLE SCLEROSIS BY INFUSION OF HYDROGEN PEROXIDE.
   TERMINAL COURSE CONSISTENT WITH SYSTEMIC SHOCK WITH DISSEMINATED INTRAVASCULAR COAGULOPATHY (DIC).

II. HEART WITH:
   A) MULTIPLE SUPERFICIAL PETECHIAL HEMORRHAGES.
   B) LEFT VENTRICULAR WALL HEMORRHAGE.
   C) 30-50% OCCLUSION OF LEFT ANTERIOR DESCENDING CORONARY ARTERY.

III. LUNGS WITH:
   A) BILATERAL PULMONARY CONGESTION AND EDEMA.
   B) FINDINGS CONSISTENT WITH AIR EMBOLI.

IV. EARLY HEPATIC NECROSIS.

V. DEVITALIZED KIDNEYS CONSISTENT WITH CORTICAL NECROSIS.

VI. UTERINE INFARCTION SECONDARY TO THROMBOSIS.

VII. SEROSAL HEMORRHAGES ON GASTROINTESTINAL TRACT.

VIII. APPROXIMATELY 700 CC BLOODY FLUID IN EACH CHEST CAVITY.

IX. APPROXIMATELY 1500 CC OF BLOODY ASCITES.

X. MULTIPLE ECCHYMOSES OVER ENTIRE BODY SURFACE CONSISTENT WITH DISSEMINATED INTRAVASCULAR COAGULOPATHY (DIC).

XI. STATUS POST CHOLECYSTECTOMY.

XII. STATUS POST RIGHT MASTECTOMY.

XIII. STATUS POST BILATERAL BREAST IMPLANTS.

XIV. BRAIN WITH PLAQUES CONSISTENT WITH MULTIPLE SCLEROSIS.

**CAUSE OF DEATH:** CARDIAC ARREST DUE TO SYSTEMIC SHOCK AND DIC DUE TO IATROGENIC INFUSION OF HYDROGEN PEROXIDE.

CAN:et 08/20/04

\*\*\*Electronically Signed Out By Clay A Nichols MD\*\*\*

## CLINICAL SUMMARY:

This 53 year old white female with a history of multiple sclerosis came from Minnesota to be treated by Dr. James Shortt in West Columbia by alternative therapies for her multiple sclerosis. On the Tuesday prior to her death, she received a treatment which included intravenous infusion of 0.3% Hydrogen Peroxide as well as other "factors". Two days later she received another intravenous therapy which contained DMSO as well as other "factors". That evening she presented to Palmetto Baptist Hospital with signs of shock. Despite aggressive therapy, the deceased continued developing profound systemic hypotension as well as DIC. She ultimately died three days later on the morning of March 14, 2004 at 11:07 AM. The history is provided by Robbie Rowe of the Richland County Coroner's Office and interviews of Dr. Shortt by myself. The Richland County Coroner's Office authorizes the autopsy.

CAN:dr03/24/04

## GROSS ANATOMICAL DESCRIPTION:

**EXTERNAL DESCRIPTION:** This is the body of a well developed, well nourished white female appearing compatible with the stated age. The height is 65 inches and the weight is estimated at 170 pounds. The rigor is full and generalized. The lividity is purple, posterior and fixed. The body is identified by the coroners office. The head is covered by gray hair. The head and face are atraumatic. The eyelids are markedly edematous making visualization of the irides and corneas difficult. There is no evidence of abnormality to the nose, mouth or ears. Examination of the neck shows it to be free of trauma or masses. However, a roughly 3 inch purple brown ecchymotic area follows the collar line. Multiple needle puncture marks are present over the left upper chest. The right breast has been surgically removed. Two scars remain—the upper is 10 inches in greatest length and the lower is 6 inches in greatest length. Over the mid abdomen extending to the left upper thigh and right lower thigh is a purple brown ecchymotic area measuring approximately 16 x 20 inch in greatest dimensions. A central line puncture is present within the right groin. A Foley catheter is present which contains bloody urine. A 7 x 4 inch ecchymotic area is over the medial aspect of the right lower leg. A similar purple brown ecchymosis measuring 14 x 6 inches is on the medial aspect of the left lower leg. Cut down sites are over each medial ankle. A 13 x 4 inch area of ecchymosis covers the back of the right arm. A 10 x 4 inch ecchymotic area covers the back of the left arm. A 4 x 3 inch area of ecchymosis is present over the left posterior thigh. An 18 x 8 inch area of ecchymosis extends from the right mid buttock to the right posterior calf. A 19.6 inch ecchymosis extends from the left mid posterior thigh to just above the left ankle.

**INTERNAL DESCRIPTION:** The body is opened with a standard Y-shaped incision. The skin flaps are reflected. Marked subcutaneous edema is present. The chest plate is removed. Each chest cavity contains approximately 700 to 800 cc of bloody fluid. The pericardial sac contains a minimum amount of bloody pericardial fluid. The abdominal cavity contains approximately 1500 cc of bloody ascites. In addition, bilateral breast implants are encountered beneath the skin of each breast area.

**CARDIOVASCULAR:** The heart weighs 330 grams. The great vessels arise and distribute normally. The epicardium is red brown and firm. Numerous petechial hemorrhages are scattered on the epicardial surface. The coronary arteries are serially sectioned. The left anterior descending coronary artery is found to be focally 30 to 50% occluded by partially calcified atherosclerotic plaque. The right coronary artery and circumflex coronary arteries are free of significant atherosclerotic occlusion. The ventricles are serially sectioned. The left ventricle along the anterior septal wall contained two separate areas of hemorrhage which are approximately 0.5 cm in greatest diameter each. No thrombi are found within the atria, ventricles or appendages. The valves are intact and lined by their usual number of unremarkable leaflets. The aorta and vena cava are free of significant disease process.

**RESPIRATORY:** There is no obstruction of the upper airway. The larynx, epiglottis and trachea are within normal limits. The trachea divides into the major bronchi in a normal fashion. The right lung weighs 650 grams and the left lung weighs 650 grams. The bronchi divide in a normal fashion through the lung. Examination of the pulmonary vasculature reveals no evidence of embolus or fibrosis of the

RMH PATHOLOGY

**REPORT OF POSTMORTEM EXAMINATION**                    BIBEAU, KATHERINE
                                                         A04-78

perivascular bed. There is no evidence of an infectious process of the lungs. Bilateral pulmonary congestion and edema is present.

**LIVER AND BILIARY:** The liver weighs 1870 grams. The capsular surface is smooth and glistening. Sectioning the liver reveals a uniform red brown parenchyma without evidence of fibrosis, cirrhosis or neoplasia. The cut surfaces of the liver are smooth. The hepatic vasculature is within normal limits and the biliary tree is grossly unremarkable. The gallbladder is surgically absent. Cholelithiasis is not present.

**RENAL AND URINARY:** The right kidney weighs 210 grams, the left kidney weighs 210 grams. Both have a normal amount of perirenal fat. The capsules of the kidneys strip easily away revealing smooth cortical surfaces. The cortices and medullae are within normal limits and the corticomedullary junctions are distinct. The renal papillae are well-developed without blunting or necrosis. The renal pelves drain freely to the ureters which are unobstructed to the bladder.

**GASTROINTESTINAL:** The esophagus is covered with a steel gray mucosa without evidence of ulceration or varices. The esophagogastric junction is distinct without evidence of tearing, ulceration or dysplasia. The stomach has normal rugal folds and autolyzed mucosa without evidence of ulceration or thickening. The stomach is empty.

**SPLEEN:** The spleen is covered with steel gray slightly wrinkled capsule. The spleen weighs 130 grams. Sectioning the spleen reveals a mulberry red interior with a normal distribution of white and red pulp.

**PANCREAS:** The pancreas is unremarkable in size, weight or configuration. There is no evidence of peripancreatic cyst, pseudocyst, hemorrhage, calcification or fibrosis.

**LYMPHATICS:** Unremarkable.

**ENDOCRINE:** The bilobed thyroid is deep, red brown and within normal limits. There is no evidence of abnormalities in the pituitary. The adrenals demonstrate normal cortices and medullae without evidence of neoplasm.

**BRAIN:** The scalp is reflected and no trauma is found beneath the scalp. The calvarium is not fractured. The dura is gray tan and intact. The brain is removed and found to weigh 1481 grams. The sulci and gyri are of normal proportions. There is no evidence of infarction, neoplasia or inflammation. The circle of Willis and basilar artery are free of occlusive atherosclerotic disease or aneurysm formation. Sectioning through the brain shows the ventricles to be of appropriate size and free of hemorrhage. Occasional pearl gray areas are identified, these are most numerous within the pons. No other abnormality is found on sectioning. The basilar skull is not fractured. The gross examination of the brain is done in consultation with Dr. J. Vandersteenhoven.

**TOXICOLOGY:** Due to the decease's admission status, no toxicology can be performed. Head hair however is retained.

**CASSETTE SUMMARY:**
   1. Heart and left anterior descending coronary artery.
   2. Left lung and kidney.
   3. Right lung and kidney.
   4. Liver, pancreas, thyroid and spleen.
   5. Gastrointestinal tract.
   6. Uterus and bladder.
   7-12. Sections of brain.

CAN:dr03/24/04

## MICROSCOPIC DESCRIPTION:

**HEART**: Sections of heart demonstrate acute infarction with diffuse areas of fresh hemorrhage identified. A section of accompanying coronary artery confirms the presence of partially calcified atherosclerotic plaque.

**LUNGS**: Sections of lung demonstrate varying degrees of congestion. Of note, many of the blood vessels demonstrate circular cleared defects within the contained column of blood consistent with air emboli.

**KIDNEYS**: Sections of kidney are completely autolyzed.

**GASTROINTESTINAL TRACT**: A tangential section of gastrointestinal tract shows what appears to be serosal hemorrhage without evidence of organization or significant inflammatory response.

**UTERUS**: Sections of uterus show hemorrhage consistent with infarction. A fresh thrombus is identified in a vessel within the muscle wall.

**LIVER**: A section of liver shows multiple focal areas of fresh hemorrhage with associated hepatic necrosis. In addition, there is a mild to moderate degree of steatosis.

**THYROID**: A section of thyroid shows a small well contained benign thyroid adenoma.

**BRAIN**: Sections of brain demonstrate numerous plaques consistent with multiple sclerosis. Slides reviewed with Dr. J. Vandersteenhoven.

The remaining tissues demonstrate varying degrees of congestion and autolysis and are otherwise noncontributory.

**SUMMARY AND COMMENT**: This unfortunate woman died as result of cardiac arrest due to systemic shock and DIC. The DIC appeared to manifest itself prior to the second infusion with multiple bruises on the deceased's arms which were reported to Dr. Shortt by Ms Bibeau. Additional ecchymoses developed over her hospitalization. The serosal surfaces were also hemorrhagic. Her abdominal pain reported on the evening after her second effusion appears to be due to uterine infarction secondary to thrombosis. In addition, multiple organs demonstrated the ischemic effects of shock including, but not limited to, heart, kidneys, and liver. In examining the lungs, findings consistent with air emboli were also identified. In summary, this unfortunate woman died as direct result of iatrogenic infusion of hydrogen peroxide. There is no legitimate use for the infusion of hydrogen peroxide in the current medical medical literature. In fact, many articles caution against its use due to the subsequent development of DIC and possible air emboli. Results of the autopsy discussed with Dr. Demi Garvin of the Richland County Sheriff's office. The State Board of Medical Examiners as well as the appropriate solicitor's office for Richland and Lexington Counties have been notified about the death of Ms. Bibeau.

*** Electronically Signed Out By CLAY A NICHOLS MD ***