## EXHIBIT E

Physician Utilization Report filed under seal