**APPENDIX A**

PROVIDENCE HOSPITAL
2435 Forest Drive
Columbia, South Carolina 29204

DISCHARGE SUMMARY

PATIENT: BIBEAU, KATHERINE
DOCTOR: MULUGETA TAREKEGNE, M.D.
ADMISSION DATE: 03/12/2004
DISCHARGE DATE: 03/14/2004
ROOM/BED: 238
PATIENT TYPE:
SOCIAL SECURITY: 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

ACCOUNT#: 00500030036
MR #: 000855537
AGE:
DOB: 11/07/1950
NURSING STATION:
CLINIC CODE:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

cc: Jim Shortt, M.D., West Columbia.

PATIENT: BIBEAU, KATHERINE

DEATH SUMMARY

CONSULTATIONS: Eddie Williams III, M.D., pulmonary/critical care.

FINAL DIAGNOSES:
1. Septic shock.
2. Disseminated intravascular coagulation.
3. Multiorgan failure including hepatic as well as renal
   insufficiency.
4. Multiple sclerosis.
5. Alternative intravenous treatment for multiple sclerosis.

HISTORY OF PRESENT ILLNESS: Ms. Bibeau was a 53-year-old white
female originally from Minnesota who came to the emergency department
with weakness and decreased alertness noted by family members. Until
three days prior to her admission, she was in her usual state of
health. Three days prior to admission, she came by plane from
Minnesota and she was started on alternative intravenous treatment
for her multiple sclerosis by a physician, Dr. Jim Shortt in West
Columbia. The exact list of the medications or treatments she
received is not available. The day prior to admission, she was noted
to have bruises on the legs. On the day of admission, she started
having abdominal pain. When her family members, who noticed that
there was some change in her mental status and her general
well-being, they brought her to the emergency department. In the
emergency department, she was found to be hypertensive with
leukocytosis as well as thrombocytopenia and elevated INR, suggestive
of coagulopathy and DIC. She was therefore admitted for management.

COURSE IN THE HOSPITAL: On arrival to the emergency department, Ms.
Bibeau was critically sick. She was hypotensive and she was given

1

**ORIGINAL REPORT -- DO NOT REMOVE FROM CHART**

*en 17 3.14 rd*

PATIENT:  BIBEAU, KATHERINE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

intravenous fluids in the form of normal saline.  She had also evidence of bleeding manifested with bruises and ecchymosis as well as hematuria.  Blood as well as platelets were typed and crossmatched.  She was given intravenous dopamine for support of her blood pressure.  She was transfused with platelets as well as fresh frozen plasma since her platelet was 11,000 and the INR was 3.26 and PTT 57.5.  Her blood specimen was positive for D-dimer and her fibrin degradation products were greater than 20.  All these findings were suggestive of DIC.  Even though her initial hemoglobin was 10.1, a repeat hemoglobin showed that she had a hemoglobin of 7.2.  She was therefore transfused 2 units of packed red cells right a way.  At this point, she was transferred to the downtown ICU and a consultation was made with Dr. Eddie Williams for pulmonary/critical care.  She was intubated right away and she was started on multiple vasopressors including Vasopressin as well as Levophed.  She was transfused more units of blood.  However, there was great difficulty in getting an IV access because of the collapse or her peripheral circulation.  Finally, a venous cutdown was obtained and she was given the appropriate interventions.  She was given more fresh frozen plasma as well as packed red blood cells but to no avail.  It was difficult to maintain her blood pressure at all.  This last night, she did not respond to any stimulus.  At this point, the family requested that no further blood testing should be done.  Despite the vigorous resuscitative attempts by Dr. Eddie Williams, the patient's condition continues to deteriorate.  The family finally made her a DNR.  This morning at 11:30, she was pronounced dead by the nursing supervisor.

MULUGETA TAREKEGNE, M.D.

MT/MEDQ
DD:
DT:  03/24/2004  13:43
9975

2

**ORIGINAL REPORT – DO NOT REMOVE FROM CHART**

**APPENDIX B**

PALMETTO RICHLAND MEMORIAL HOSPITAL
DEPARTMENT OF PATHOLOGY
5 RICHLAND MEDICAL PARK
COLUMBIA, SOUTH CAROLINA 29203
REPORT OF POSTMORTEM EXAMINATION

**NAME:** BIBEAU, KATHERINE

**AUTOPSY #:** A04-78

**DOB:** 11/7/1950 (Age: 53)

**RACE:** Caucasian

**SEX:** F

**CHART #:**

**DATE OF DEATH:** 3/14/2004 11:07

**DATE OF AUTOPSY:** 3/15/2004 09:45

**REQUESTOR:** GARY M WATTS

**PROSECTOR:** CLAY A NICHOLS MD

---

## FINAL ANATOMICAL DIAGNOSES

I.  HISTORY OF DEATH FOLLOWING TREATMENT FOR MULTIPLE SCLEROSIS BY INFUSION OF HYDROGEN PEROXIDE.
    TERMINAL COURSE CONSISTENT WITH SYSTEMIC SHOCK WITH DISSEMINATED INTRAVASCULAR COAGULOPATHY (DIC).

II.  HEART WITH:
    A) MULTIPLE SUPERFICIAL PETECHIAL HEMORRHAGES.
    B) LEFT VENTRICULAR WALL HEMORRHAGE.
    C) 30-50% OCCLUSION OF LEFT ANTERIOR DESCENDING CORONARY
        ARTERY.

III.  LUNGS WITH:
    A) BILATERAL PULMONARY CONGESTION AND EDEMA.
    B) FINDINGS CONSISTENT WITH AIR EMBOLI.

IV.  EARLY HEPATIC NECROSIS.

V.  DEVITALIZED KIDNEYS CONSISTENT WITH CORTICAL NECROSIS.

VI.  UTERINE INFARCTION SECONDARY TO THROMBOSIS.

VII.  SEROSAL HEMORRHAGES ON GASTROINTESTINAL TRACT.

VIII.  APPROXIMATELY 700 CC BLOODY FLUID IN EACH CHEST CAVITY.

IX.  APPROXIMATELY 1500 CC OF BLOODY ASCITES.

X.  MULTIPLE ECCHYMOSES OVER ENTIRE BODY SURFACE CONSISTENT WITH DISSEMINATED INTRAVASCULAR COAGULOPATHY (DIC).


PLAINTIFF'S
EXHIBIT

REPORT OF POSTMORTEM EXAMINATION                        BIBEAU, KATHERINE
                                                                    A04-78

XI.      STATUS POST CHOLECYSTECTOMY.

XII.     STATUS POST RIGHT MASTECTOMY,

XIII.    STATUS POST BILATERAL BREAST IMPLANTS.

XIV.    BRAIN WITH PLAQUES CONSISTENT WITH MULTIPLE SCLEROSIS.

**CAUSE OF DEATH:**    CARDIAC ARREST DUE TO SYSTEMIC SHOCK AND DIC
                       DUE TO IATROGENIC INFUSION OF HYDROGEN
                       PEROXIDE.

CAN:et 08/20/04

                       ***Electronically Signed Out By Clay A Nichols MD***

**REPORT OF POSTMORTEM EXAMINATION**                          BIBEAU, KATHERINE
                                                                     A04-78

## CLINICAL SUMMARY:

This 53 year old white female with a history of multiple sclerosis came from Minnesota to be treated by Dr. James Shortt in West Columbia by alternative therapies for her multiple sclerosis. On the Tuesday prior to her death, she received a treatment which included intravenous infusion of 0.3% Hydrogen Peroxide as well as other "factors". Two days later she received another intravenous therapy which contained DMSO as well as other "factors". That evening she presented to Palmetto Baptist Hospital with signs of shock. Despite aggressive therapy, the deceased continued developing profound systemic hypotension as well as DIC. She ultimately died three days later on the morning of March 14, 2004 at 11:07 AM. The history is provided by Robbie Rowe of the Richland County Coroner's Office and interviews of Dr. Shortt by myself. The Richland County Coroner's Office authorizes the autopsy.

CAN:dr03/24/04

## GROSS ANATOMICAL DESCRIPTION:

**EXTERNAL DESCRIPTION:** This is the body of a well developed, well nourished white female appearing compatible with the stated age. The height is 65 inches and the weight is estimated at 170 pounds. The rigor is full and generalized. The lividity is purple, posterior and fixed. The body is identified by the coroners office. The head is covered by gray hair. The head and face are atraumatic. The eyelids are markedly edematous making visualization of the irides and corneas difficult. There is no evidence of abnormality to the nose, mouth or ears. Examination of the neck shows it to be free of trauma or masses. However, a roughly 3 inch purple brown ecchymotic area follows the collar line. Multiple needle puncture marks are present over the left upper chest. The right breast has been surgically removed. Two scars remain—the upper is 10 inches in greatest length and the lower is 6 inches in greatest length. Over the mid abdomen extending to the left upper thigh and right lower thigh is a purple brown ecchymotic area measuring approximately 16 x 20 inch in greatest dimensions. A central line puncture is present within the right groin. A Foley catheter is present which contains bloody urine. A 7 x 4 inch ecchymotic area is over the medial aspect of the right lower leg. A similar purple brown ecchymosis measuring 14 x 6 inches is on the medial aspect of the left lower leg. Cut down sites are over each medial ankle. A 13 x 4 inch area of ecchymosis covers the back of the right arm. A 10 x 4 inch ecchymotic area covers the back of the left arm. A 4 x 3 inch area of ecchymosis is present over the left posterior thigh. An 18 x 8 inch area of ecchymosis extends from the right mid buttock to the right posterior calf. A 19.6 inch ecchymosis extends from the left mid posterior thigh to just above the left ankle.

**INTERNAL DESCRIPTION:** The body is opened with a standard Y-shaped incision. The skin flaps are reflected. Marked subcutaneous edema is present. The chest plate is removed. Each chest cavity contains approximately 700 to 800 cc of bloody fluid. The pericardial sac contains a minimum amount of bloody pericardial fluid. The abdominal cavity contains approximately 1500 cc of bloody ascites. In addition, bilateral breast implants are encountered beneath the skin of each breast area.

**CARDIOVASCULAR:** The heart weighs 330 grams. The great vessels arise and distribute normally. The epicardium is red brown and firm. Numerous petechial hemorrhages are scattered on the epicardial surface. The coronary arteries are serially sectioned. The left anterior descending coronary artery is found to be focally 30 to 50% occluded by partially calcified atherosclerotic plaque. The right coronary artery and circumflex coronary arteries are free of significant atherosclerotic occlusion. The ventricles are serially sectioned. The left ventricle along the anterior septal wall contained two separate areas of hemorrhage which are approximately 0.5 cm in greatest diameter each. No thrombi are found within the atria, ventricles or appendages. The valves are intact and lined by their usual number of unremarkable leaflets. The aorta and vena cava are free of significant disease process.

**RESPIRATORY:** There is no obstruction of the upper airway. The larynx, epiglottis and trachea are within normal limits. The trachea divides into the major bronchi in a normal fashion. The right lung weighs 650 grams and the left lung weighs 650 grams. The bronchi divide in a normal fashion through the lung. Examination of the pulmonary vasculature reveals no evidence of embolus or fibrosis of the

**REPORT OF POSTMORTEM EXAMINATION**    **BIBEAU, KATHERINE**
                                                        **A04-78**

perivascular bed. There is no evidence of an infectious process of the lungs. Bilateral pulmonary congestion and edema is present.

**LIVER AND BILIARY:** The liver weighs 1870 grams. The capsular surface is smooth and glistening. Sectioning the liver reveals a uniform red brown parenchyma without evidence of fibrosis, cirrhosis or neoplasia. The cut surfaces of the liver are smooth. The hepatic vasculature is within normal limits and the biliary tree is grossly unremarkable. The gallbladder is surgically absent. Cholelithiasis is not present.

**RENAL AND URINARY:** The right kidney weighs 210 grams, the left kidney weighs 210 grams. Both have a normal amount of perirenal fat. The capsules of the kidneys strip easily away revealing smooth cortical surfaces. The cortices and medullae are within normal limits and the corticomedullary junctions are distinct. The renal papillae are well-developed without blunting or necrosis. The renal pelves drain freely to the ureters which are unobstructed to the bladder.

**GASTROINTESTINAL:** The esophagus is covered with a steel gray mucosa without evidence of ulceration or varices. The esophagogastric junction is distinct without evidence of tearing, ulceration or dysplasia. The stomach has normal rugal folds and autolyzed mucosa without evidence of ulceration or thickening. The stomach is empty.

**SPLEEN:** The spleen is covered with steel gray slightly wrinkled capsule. The spleen weighs 130 grams. Sectioning the spleen reveals a mulberry red interior with a normal distribution of white and red pulp.

**PANCREAS:** The pancreas is unremarkable in size, weight or configuration. There is no evidence of peripancreatic cyst, pseudocyst, hemorrhage, calcification or fibrosis.

**LYMPHATICS:** Unremarkable.

**ENDOCRINE:** The bilobed thyroid is deep, red brown and within normal limits. There is no evidence of abnormalities in the pituitary. The adrenals demonstrate normal cortices and medullae without evidence of neoplasm.

**BRAIN:** The scalp is reflected and no trauma is found beneath the scalp. The calvarium is not fractured. The dura is gray tan and intact. The brain is removed and found to weigh 1481 grams. The sulci and gyri are of normal proportions. There is no evidence of infarction, neoplasia or inflammation. The circle of Willis and basilar artery are free of occlusive atherosclerotic disease or aneurysm formation. Sectioning through the brain shows the ventricles to be of appropriate size and free of hemorrhage. Occasional pearl gray areas are identified, these are most numerous within the pons. No other abnormality is found on sectioning. The basilar skull is not fractured. The gross examination of the brain is done in consultation with Dr. J. Vandersteenhoven.

**TOXICOLOGY:** Due to the decease's admission status, no toxicology can be performed. Head hair however is retained.

**CASSETTE SUMMARY:**
        1. Heart and left anterior descending coronary artery.
        2. Left lung and kidney.
        3. Right lung and kidney.
        4. Liver, pancreas, thyroid and spleen.
        5. Gastrointestinal tract.
        6. Uterus and bladder.
     7-12. Sections of brain.

CAN:dr03/24/04

08/24/2004  14:56  8035761798   RMH PATHOLOGY   PAGE  06/06

**REPORT OF POSTMORTEM EXAMINATION**                    BIBEAU, KATHERINE
                                                              A04-78

## MICROSCOPIC DESCRIPTION:

**HEART:** Sections of heart demonstrate acute infarction with diffuse areas of fresh hemorrhage identified. A section of accompanying coronary artery confirms the presence of partially calcified atherosclerotic plaque.

**LUNGS:** Sections of lung demonstrate varying degrees of congestion. Of note, many of the blood vessels demonstrate circular cleared defects within the contained column of blood consistent with air emboli.

**KIDNEYS:** Sections of kidney are completely autolyzed.

**GASTROINTESTINAL TRACT:** A tangential section of gastrointestinal tract shows what appears to be serosal hemorrhage without evidence of organization or significant inflammatory response.

**UTERUS:** Sections of uterus show hemorrhage consistent with infarction. A fresh thrombus is identified in a vessel within the muscle wall.

**LIVER:** A section of liver shows multiple focal areas of fresh hemorrhage with associated hepatic necrosis. In addition, there is a mild to moderate degree of steatosis.

**THYROID:** A section of thyroid shows a small well contained benign thyroid adenoma.

**BRAIN:** Sections of brain demonstrate numerous plaques consistent with multiple sclerosis. Slides reviewed with Dr. J. Vandersteenhoven.

The remaining tissues demonstrate varying degrees of congestion and autolysis and are otherwise noncontributory.

**SUMMARY AND COMMENT:** This unfortunate woman died as result of cardiac arrest due to systemic shock and DIC. The DIC appeared to manifest itself prior to the second infusion with multiple bruises on the deceased's arms which were reported to Dr. Shortt by Ms Bibeau. Additional ecchymoses developed over her hospitalization. The serosal surfaces were also hemorrhagic. Her abdominal pain reported on the evening after her second effusion appears to be due to uterine infarction secondary to thrombosis. In addition, multiple organs demonstrated the ischemic effects of shock including, but not limited to, heart, kidneys, and liver. In examining the lungs, findings consistent with air emboli were also identified. In summary, this unfortunate woman died as direct result of iatrogenic infusion of hydrogen peroxide. There is no legitimate use for the infusion of hydrogen peroxide in the current medical medical literature. In fact, many articles caution against its use due to the subsequent development of DIC and possible air emboli. Results of the autopsy discussed with Dr. Demi Garvin of the Richland County Sheriff's office. The State Board of Medical Examiners as well as the appropriate solicitor's office for Richland and Lexington Counties have been notified about the death of Ms. Bibeau.

    ***Electronically Signed Out By CLAY A NICHOLS MD ***

**APPENDIX C**



STATE OF SOUTH CAROLINA
DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL
CERTIFICATE OF DEATH

STATE FILE NUMBER: 04 007801

**DECEDENT'S NAME:** KATHERINE ANN KURTZ-BIBEAU
**SEX:** Female
**DATE OF DEATH:** March 14, 2004

**SOCIAL SECURITY NUMBER:** 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
**AGE - Last Birthday (Years):** 53
**DATE OF BIRTH:** Nov. 7, 1950
**BIRTHPLACE:** Lincoln, Nebraska

**WAS DECEDENT EVER IN US ARMED FORCES:** NO
**PLACE OF DEATH:** Hospital — Inpatient

**FACILITY NAME:** Providence Hospital—2435 Forest Drive
**CITY/TOWN OR LOCATION OF DEATH:** Columbia
**COUNTY OF DEATH:** Richland

**MARITAL STATUS:** Married
**SURVIVING SPOUSE:** David William Bibeau
**DECEDENT'S USUAL OCCUPATION:** Medical Technologist
**KIND OF BUSINESS/INDUSTRY:** Minneapolis, Minnesota-VA Medical Center

**RESIDENCE STATE:** MN
**COUNTY:** Washington
**CITY TOWN OR LOCATION:** Cottage Grove
**STREET AND NUMBER:** 7374 Irvin Avenue South
**INSIDE CITY LIMITS:** Yes

**ZIP CODE:** 55016
**WAS DECEDENT OF HISPANIC ORIGIN:** No
**RACE:** White
**DECEDENT'S EDUCATION:** College (4Yrs)

**FATHER'S NAME:** James S. Kurtz
**MOTHER'S NAME:** Alta Nelson

**INFORMANT'S NAME:** David W. Bibeau
**MAILING ADDRESS:** 7374 Irvin Avenue South, Cottage Grove, MN 55016

**METHOD OF DISPOSITION:** Cremation
**PLACE OF DISPOSITION:** Dunbar Crematory
**LOCATION:** Columbia, S.C.

**FUNERAL DIRECTOR OR PERSON ACTING AS SUCH:** N/A
**FUNERAL DIR. LICENSE NO:** 1203DE
**NAME AND ADDRESS OF FACILITY:** DUNBAR FUNERAL HOME, Post Office Box 1808, Columbia, S.C. 29202

**EMBALMER:** N/A

**TIME OF DEATH:** 11:07 a.m.
**DATE PRONOUNCED DEAD:** 03/14/04

**PART I. CAUSE OF DEATH:**
**IMMEDIATE CAUSE:** Cardiac Arrest
DUE TO (OR AS A CONSEQUENCE OF): dhec 627 sb 9-9-04 per Cor, Gary Watts
Systemic Shock and DIC
DUE TO (OR AS A CONSEQUENCE OF): Iatrogenic Infusion of Hydrogen Peroxide
DUE TO (OR AS A CONSEQUENCE OF):

**PART II. Other significant conditions:**
**AUTOPSY:** Yes
**WERE AUTOPSY FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH:** Yes

**MANNER OF DEATH:** Could not be Determined
**DATE OF INJURY:** 03-11-2004
**TIME OF INJURY:** Unk.
**INJURY AT WORK:** No
**DESCRIBE HOW INJURY OCCURRED:** Infusion of hydrogen peroxide.

**PLACE OF INJURY:** Medical Office
**LOCATION:** Health Dimensions, 3901 Edmund Hwy W, Columbia SC

**SIGNATURE & TITLE OF CERTIFIER:** Nancy W. Bostick, Deputy Coroner
**LICENSE NUMBER:**
**DATE SIGNED:** 03/16/04

**NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH:** Nancy W. Bostick, Deputy Coroner, 1704 Main St., Columbia, SC 29201

**APPENDIX D**



**Congaree Pharmacy** DEA BCDB60090
3901-D Edmund Road
West Columbia, SC 29170    **(803)755-9600**

**966139**  Date Filled 03/09/04    OrigRx 08/07/03
Prev 01/13/04

**DIMENSIONS HEALTH** · XX
3901-A EDMUND RD

**FOR CLINIC USE**

**CPD-H202 3%    #180 INJ**
Mfg:CONGAREE PHARMACY 99999-0003-30
JAMES SHORTT, MD    Filled By: GEORGE E. DAV
Discard:09/05/04
**Refillable until 08/06/04**



PLAINTIFF'S
EXHIBIT

**Hydrogen Peroxide 3%**
**Preservative-Free**
**Injection 30 ml**
Lot 0109200410    Exp. 07/07/2004
Custom Compounded for:
Dr. J. Short, Health Directions
Protect From Light,

Custom Compounded By:
George Dawn, Pharmacist
Coopers Pharmacy, Inc. 901-D
Edmund Road
West Columbia, SC 29170
1-803-733-9601-800-762-4104

Ingredients:
Hydrogen Peroxide AND Sterile
Water for Injection
Use Only if Clear.
Contains No Bacteriostat.

PLAINTIFF'S
EXHIBIT
#5 Dawn
8/2/05

## APPENDIX E

# Martindale

## The complete drug reference

**Thirty-third edition**

Edited by
### Sean C Sweetman
BPharm, MRPharmS



London · Chicago   Pharmaceutical Press

Published by the Pharmaceutical Press
Publications division of the Royal Pharmaceutical Society of Great Britain

1 Lambeth High Street, London SE1 7JN, UK
100 South Atkinson Road, Suite 206, Grayslake, IL 60030-7820, USA

© Pharmaceutical Press 2002

First edition of Martindale: *The Extra Pharmacopoeia* was published in 1883.
*Squire's Companion* was incorporated in the twenty-third edition in 1952.

Thirty-third edition published 2002

Printed in Great Britain by The Bath Press

ISBN  0 85369 499 0

ISSN  0263-5364

All rights reserved. No part of this publication may be
reproduced, stored in a retrieval system, or transmitted in any
form or by any means, without the prior written permission
of the copyright holder.
    The publisher makes no representation, express or implied,
with regard to the accuracy of the information contained in
this book and cannot accept any legal responsibility or
liability for any errors or omissions that may be made.

*A catalogue record for this book is available from the British Library*

**Preparations**

*USP 25:* Hexylresorcinol Lozenges.

**Proprietary Preparations** (details are given in Part 3)
*Austral.:* Nyal Medithroat Anaesthetic Lozenges; Strepsils Extra; *Canad.:* Antiseptic Throat Lozenges; Bradosol; Bronchodex Pastilles; Antiseptiques; Soothe Aid; Sucrets Extra Strength; Throat Lozenges; *Irane:* Sucrus; *UK:* Benylin Sore Throat Lozenge; Lemsip Sore Throat; Mac Dual Action; Strepsils Extra; TCP; *USA:* ST 37; Sucrets Sore Throat.

**Multi-ingredient:** *Braz.:* Andróderml; *Fr.:* Genols; *Ger.:* Hexamon, Mycesor; *Ital.:* Golamed Due; *UK:* Brechams Throat-Plus.

# Hydrogen Peroxide (13871-1)

Hydrogenii Peroxidum.
$H_2O_2 = 34.01$.
CAS — 7722-84-1.
ATC — A01AB02; D08AX01; S02AA06.

Aqueous solutions of hydrogen peroxide gradually decompose on standing and if allowed to become alkaline. Decomposition is increased by light, agitation, and heat. Incompatibility may also produce decomposition. Hydrogen peroxide solutions are incompatible with reducing agents, including organic matter and oxidisable substances, and with some metals, metallic salts, alkalis, iodides, permanganates, and other stronger oxidising agents. Solutions are comparatively stable in the presence of a slight excess of acid. Strong solutions are considered to be more stable than weak solutions.

Solutions of hydrogen peroxide should be stored in airtight containers at 15° to 30° (but see Hydrogen Peroxide Solution (30 per cent), below). Solutions should not be stored for long periods. Those not containing a stabiliser should be stored at a temperature not exceeding 15°. Protect from light.

## Hydrogen Peroxide Solution (3 per cent)
(5901-1)

Dilute Hydrogen Peroxide Solution; Hydrogen Peroxide Solution (10-volume); Hydrogen Peroxide Topical Solution; Oxydol.

*Pharmacopoeias.* In *Chin., Eur.* (see p.vi), *Jpn, Pol.,* and *US.*

**Pharmacopoeial description**
*Pb. Eur.:* A clear colourless liquid containing 2.5% w/w to 3.5% w/w of $H_2O_2$ corresponding to about 10 times its volume of oxygen. It decomposes in contact with oxidisable organic matter and with certain metals and if allowed to become alkali. It may contain a suitable stabilising agent. Solutions not containing a stabilising agent should be stored at a temperature below 15°. Protect from light.
The BP 2001 directs that when Hydrogen Peroxide is prescribed or demanded, Hydrogen Peroxide Solution (6 per cent) be dispensed or supplied.
USP 25: Hydrogen Peroxide Topical Solution contains 2.5 to 3.5% w/v of $H_2O_2$. It may contain up to 0.05% of a suitable preservative or preservatives. Store in airtight containers at a temperature between 15° and 30°. Protect from light.

## Hydrogen Peroxide Solution (6 per cent)
(5902-d)

Hydrog. Perox. Soln; Hydrogen Dioxide Solution; Hydrogen Peroxide Solution; Hydrogen Peroxide Solution (20-volume); Liq. Hydrog. Perox.; Liquor Hydrogenii Peroxidi; Solución de Bióxido de Hidrógeno; Soluté Officinal d'Eau Oxygénée; Wasserstoffsuperoxydlösung.

*Pharmacopoeias.* In *Br.*

**Pharmacopoeial description**
BP 2001: A clear colourless aqueous liquid containing 5.0% w/v to 7.0% w/v of $H_2O_2$ corresponding to about 20 times its volume of available oxygen. It decomposes in contact with oxidisable organic matter and with certain metals and if allowed to become alkali. It may contain a suitable stabilising agent. It should not be stored for long periods. Solutions not containing a stabilising agent should be stored at a temperature below 15°. Protect from light.
The BP directs that when Hydrogen Peroxide is prescribed or demanded, Hydrogen Peroxide Solution (6 per cent) be dispensed or supplied.

## Hydrogen Peroxide Solution (27 per cent)
(5903-r)

Hydrogenii Peroxidum; Peróxido de Hidrógeno Solución; Soluto Hydrogenii Peroxydati; Strong Hydrog. Perox. Soln; Strong Hydrogen Peroxide Solution.

*Pharmacopoeias.* In *Aust.* and *It.*

A clear, colourless aqueous solution containing 26 to 28% w/w of $H_2O_2$ corresponding to about 100 times its volume of available oxygen. It may contain a suitable stabilising agent.
The BP 2001 directs that when Hydrogen Peroxide is prescribed or demanded, Hydrogen Peroxide Solution (6 per cent) be dispensed or supplied.

The symbol ‡ denotes a preparation no longer actively marketed

## Hydrogen Peroxide Solution (30 per cent)
(5904-h)

Hydrogen Peroxide Concentrate; Hydrogen Peroxide Solution (100-volume).

*Pharmacopoeias.* In *Chin., Eur.* (see p.vi), and *Pol. US* specifies 29 to 32%.

**Pharmacopoeial description**
*Ph. Eur.:* A clear colourless liquid containing 29.0 w/w to 31.0% w/w of $H_2O_2$ corresponding to about 110 times its volume of available oxygen. It decomposes in contact with oxidisable organic matter and with certain metals and if allowed to become alkali. It may contain a suitable stabilising agent. Solutions not containing a stabilising agent should be stored at a temperature below 15°. Protect from light.
The BP 2001 directs that when Hydrogen Peroxide is prescribed or demanded, Hydrogen Peroxide Solution (6 per cent) be dispensed or supplied.
USP 25: Hydrogen Peroxide Concentrate is a clear, colourless liquid containing 29 to 32% w/w of $H_2O_2$. It may contain up to 0.05% of a suitable preservative or preservatives. It is acid in litmus. It slowly decomposes and is affected by light. Store in partially-filled containers having a small vent in the closure, at a temperature of 8° to 15°.

### Adverse Effects and Precautions
Strong solutions of hydrogen peroxide produce irritating 'burns' on the skin and mucous membranes with a white eschar, but the pain disappears in about an hour. Continued use of hydrogen peroxide as a mouthwash may cause reversible hypertrophy of the papillae of the tongue.

It is dangerous to inject or instil hydrogen peroxide into closed body cavities from which the released oxygen has no free exit. Colonic lavage with solutions of hydrogen peroxide has been followed by gas embolism, rupture of the colon, proctitis, ulcerative colitis, and gangrene of the intestine.

**Closed body cavities.** Liberation of oxygen during the use of hydrogen peroxide in surgical procedures has resulted in oxygen embolism and local emphysema.[1,2] Gas embolism has also been reported after accidental ingestion of hydrogen peroxide solution.[4] Local damage to the colonic and rectal mucosa has followed the use of hydrogen peroxide 3% as an enema[5] and from residual hydrogen peroxide following disinfection of endoscopes.[6]
1. Sleigh JW, Linter SPK. Hazards of hydrogen peroxide. *BMJ* 1985; 291: 1706.
2. Saissy JM, *et al.* Risques de l'irrigation au peroxyde d'hydrogène en chirurgie de guerre. *Ann Fr Anesth Reanim* 1994; 13: 749–53.
3. Kornad C, *et al.* Pulmonary embolism and hydrogen peroxide. *Can J Anaesth* 1997; 44: 338–9.
4. Rackoff WR, Merton DF. Gas embolism after ingestion of hydrogen peroxide. *Pediatrics* 1990; 85: 593–4.
5. Asensa I, *et al.* Rectocolite aiguë iatrogène après l'avement à l'eau oxygénée. *Rev Geriatr* 1997; 22: 31–4.
6. Ryan CK, Potter GD. Disinfectant colitis: rinse as well as you wash. *J Clin Gastroenterol* 1995; 21: 6–9.

**Effects on the eyes.** Hydrogen peroxide, in a concentration as low as 30 ppm, caused damage to human corneal epithelial cells *in vitro*; concentrations of 70 to 100 ppm caused cell death within minutes.[1]
1. Tripathi BJ, Tripathi RC. Hydrogen peroxide damage to human corneal epithelial cells *in vitro*: implications for contact lens disinfection systems. *Arch Ophthalmol* 1989; 107: 1516–19.

**Effects on the mouth.** Use of hydrogen peroxide 3% as a mouthwash has been reported to cause mouth ulceration.[1]
1. Rees TD, Orth CF. Oral ulterations with use of hydrogen peroxide. *J Periodontol* 1986; 57: 689–92.

**Intravascular administration.** Intravenous administration of hydrogen peroxide solutions as unconventional therapy for AIDS or cancer has resulted in severe acute haemolysis.[1,2] Haemolysis was also reported following contamination of haemodialysis fluid with hydrogen peroxide.[3]
1. Jordan KS, *et al.* A 39-year-old man with acute hemolytic crisis secondary to intravenous injection of hydrogen peroxide. *J Emerg Nurs* 1991; 17: 8–10.
2. Hirschdt RE, *et al.* Death from an unconventional therapy for AIDS. *Ann Intern Med* 1994; 120: 694.
3. Gordon SM, *et al.* Hemolysis associated with hydrogen peroxide at a pediatric dialysis center. *Am J Nephrol* 1990; 10: 123–7.

### Uses and Administration
Hydrogen peroxide is an oxidising agent used as an antiseptic, disinfectant, and deodorant. It has weak antibacterial activity and is also effective against viruses, including HIV. It also has a mild haemostatic action. It owes its antiseptic action to its ready release of oxygen when applied to tissues, but the effect lasts only as long as the oxygen is being released and is of short duration; in addition the antimicrobial effect of the liberated oxygen is reduced in the presence of or-

ganic matter. The mechanical effect of effervescence is probably more useful for wound cleansing than the antimicrobial action (but see p.1130).

Hydrogen peroxide solutions are used to cleanse wounds and ulcers in concentrations of up to 6%; creams containing 1% or 1.5% stabilised hydrogen peroxide are also used. Although hydrogen peroxide alone is not considered effective on intact skin, it is used in combination with other antiseptics for the disinfection of hands, skin, and mucous membranes. Injection into closed body cavities is dangerous (see above). Adhering and blood-soaked dressings may be released by the application of a solution of hydrogen peroxide.

A 1.5% solution of hydrogen peroxide has been used as a mouthwash in the treatment of acute stomatitis and as a deodorant gargle. A suitable solution can be prepared by diluting 15 mL of hydrogen peroxide 6% in half a tumblerful of warm water. An oral gel has also been used.

Hydrogen peroxide ear drops have been used for the removal of wax. Such ear drops were prepared by diluting a 6% solution of hydrogen peroxide with 3 parts of water preferably just before use.
Hydrogen peroxide 3% is used for disinfecting soft contact lenses.

Immersion for 30 minutes in hydrogen peroxide 6% has been suggested for disinfecting cleaned equipment.

For bleaching hair and delicate fabrics hydrogen peroxide 6% should be diluted with an equal volume of water.

Strong solutions (27 per cent and 30 per cent) of hydrogen peroxide are used for the preparation of weaker solutions and should not be applied to tissues undiluted.

Hydrogen peroxide and other peroxides have many industrial uses as bleaching and oxidising agents.

**Disinfection.** CONTACT LENSES. Hydrogen peroxide 3% is particularly useful for disinfecting soft contact lenses (p.1129) and less storage cases since it is effective against *Acanthamoeba* spp. However, it is irritant to the cornea (see Effects on the Eyes, above) and requires inactivating with sodium pyruvate, catalase, or sodium thiosulfate before the lenses are used.

DIALYSIS EQUIPMENT. A disinfectant containing hydrogen peroxide and peracetic acid (Renalin) was not completely effective in killing *Mycobacterium chelonae* in high-flux dialysers. This possibly led to infection of 5 dialysis patients.[1] For a report of haemolysis following inadvertent contamination of dialysis fluid with hydrogen peroxide, see Intravascular Administration, under Adverse Effects and Precautions, above.
1. Lowry PW, *et al.* Mycobacterium chelonae infection among patients receiving high-flux dialysis in a hemodialysis clinic in California. *J Infect Dis* 1990; 161: 85–90.

ENDOSCOPES. Peroxygen compounds have been suggested for disinfection of endoscopes as an alternative to glutaral (p.1129). Hydrogen peroxide solution 3% is fully effective against oocysts of *Cryptosporidium* and immersion for 30 minutes at room temperature has been recommended.[1] However, it has been pointed out that hydrogen peroxide damages external surfaces, particularly rubbers and plastics of the insertion tubes, and thus is not ideal for such purposes.[2] Other peroxygen-containing compounds have been assessed for disinfecting endoscopes but their activity against enteroviruses and mycobacteria may be inadequate.[3,4] Residual hydrogen peroxide solution can cause mucosal damage (see Closed Body Cavities, under Adverse Effects, above) and endoscopes should be thoroughly rinsed before use.
1. Cazemont DJ, *et al.* Cleaning and disinfection of equipment for gastrointestinal flexible endoscopy: interim recommendations of a working party of the British Society of Gastroenterology. *Gut* 1989; 30: 1156.
2. Weller IVD, *et al.* Reply. *Gut* 1989; 30: 1156–7.
3. Tyler R, *et al.* Virucidal activity of disinfectant studies with the poliovirus. *J Hosp Infect* 1990; 15: 339–45.
4. Broadley SJ, *et al.* Antimycobacterial activity of 'Virkon'. *J Hosp Infect* 1993; 23: 189–97.

**Mouth ulceration and infection.** The use of antiseptic mouthwashes may be helpful in the management of mouth ulcers (p.1206), although the use of hydrogen peroxide 3% is not advisable. However, application of a 1.5% solution to individual ulcers in combination with a topical corticosteroid may be useful. For oral candidal infections, specific antifungals are recommended (see p.372), and a hydrogen peroxide denture cleaner was not effective in either preventing re-infection or in reducing mucosal inflammation in a study of 49 patients.[1] See also Adverse Effects on the Mouth, above.
1. Walker DM, *et al.* The treatment of denture-induced stomatitis: evaluation of two agents. *Br Dent J* 1981; 151: 416–19.

**APPENDIX F**





# Material Safety Data Sheet

| NFPA | HMIS | Personal Protective Equipment |
|---|---|---|
| ◇ OXY | Fire Hazard **3** / **0** / Reactivity **1** | See Section 15. |

## Section 1. Chemical Product and Company Identification

Page Number: 1

| | | | |
|---|---|---|---|
| Common Name/ Trade Name | **Hydrogen Peroxide 35%** | Catalog Number(s). | HY115, H1075 |
| | | CAS# | Mixture. |
| Manufacturer | SPECTRUM LABORATORY PRODUCTS INC. 14422 S. SAN PEDRO STREET GARDENA, CA 90248 | RTECS | Not applicable. |
| | | TSCA | TSCA 8(b) inventory: Water; Hydrogen Peroxide |
| Commercial Name(s) | Not available. | CI# | Not applicable. |
| Synonym | Hydrogen Peroxide 35% | | |
| Chemical Name | Not applicable. | **IN CASE OF EMERGENCY** | |
| Chemical Family | (Oxidizing agent.) | **CHEMTREC (24hr) 800-424-9300** | |
| Chemical Formula | Not applicable. | CALL (310) 516-8000 | |
| Supplier | SPECTRUM LABORATORY PRODUCTS INC. 14422 S. SAN PEDRO STREET GARDENA, CA 90248 | | |

## Section 2. Composition and Information on Ingredients

| Name | CAS # | Exposure Limits | | | % by Weight |
|---|---|---|---|---|---|
| | | TWA (mg/m³) | STEL (mg/m³) | CEIL (mg/m³) | |
| 1) Water | 7732-18-5 | | | | 65 |
| 2) Hydrogen Peroxide | 7722-84-1 | 1 | 2 | | 35 |

| Toxicological Data on Ingredients | Hydrogen Peroxide: ORAL (LD50): Acute: 2000 mg/kg [Mouse]. DERMAL (LD50): Acute: 4060 mg/kg [Rat]. 2000 mg/kg [ pig]. VAPOR (LC50): Acute: 2000 mg/m³ 4 hours [Rat]. |
|---|---|

## Section 3. Hazards Identification

| Potential Acute Health Effects | Very hazardous in case of skin contact (irritant), of eye contact (irritant). Hazardous in case of skin contact (corrosive, permeator), of eye contact (corrosive), of ingestion, . Slightly hazardous in case of inhalation (lung sensitizer). Non-corrosive for lungs. Liquid or spray mist may produce tissue damage particularly on mucous membranes of eyes, mouth and respiratory tract. Skin contact may produce burns. Inhalation of the spray mist may produce severe irritation of respiratory tract, characterized by coughing, choking, or shortness of breath. Prolonged exposure may result in skin burns and ulcerations. Over-exposure by inhalation may cause respiratory irritation. Inflammation of the eye is characterized by redness, watering, and itching. Skin inflammation is characterized by itching, scaling, reddening, or, occasionally, blistering. |
|---|---|

**Continued on Next Page**

| *Hydrogen Peroxide 35%* | *Page Number: 2* |
|---|---|
| **Potential Chronic Health Effects** | **CARCINOGENIC EFFECTS:** Classified A3 (Proven for animal.) by ACGIH [Hydrogen Peroxide]. Classified 3 (Not classifiable for human.) by IARC [Hydrogen Peroxide].<br>**MUTAGENIC EFFECTS:** Mutagenic for mammalian somatic cells. [Hydrogen Peroxide]. Mutagenic for bacteria and/or yeast. [Hydrogen Peroxide].<br>**TERATOGENIC EFFECTS:** Not available.<br>**DEVELOPMENTAL TOXICITY:** Not available.<br>The substance may be toxic to blood, upper respiratory tract, skin, eyes, central nervous system (CNS).<br>Repeated or prolonged exposure to the substance can produce target organs damage. Repeated or prolonged contact with spray mist may produce chronic eye irritation and severe skin irritation. Repeated or prolonged exposure to spray mist may produce respiratory tract irritation leading to frequent attacks of bronchial infection. |

## Section 4. First Aid Measures

| | |
|---|---|
| **Eye Contact** | Check for and remove any contact lenses. In case of contact, immediately flush eyes with plenty of water for at least 15 minutes. Cold water may be used. Get medical attention immediately. |
| **Skin Contact** | In case of contact, immediately flush skin with plenty of water for at least 15 minutes while removing contaminated clothing and shoes. Cover the irritated skin with an emollient. Cold water may be used.Wash clothing before reuse. Thoroughly clean shoes before reuse. Get medical attention immediately. |
| **Serious Skin Contact** | Wash with a disinfectant soap and cover the contaminated skin with an anti-bacterial cream. Seek immediate medical attention. |
| **Inhalation** | If inhaled, remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. Get medical attention immediately. |
| **Serious Inhalation** | Evacuate the victim to a safe area as soon as possible. Loosen tight clothing such as a collar, tie, belt or waistband. If breathing is difficult, administer oxygen. If the victim is not breathing, perform mouth-to-mouth resuscitation. WARNING: It may be hazardous to the person providing aid to give mouth-to-mouth resuscitation when the inhaled material is toxic, infectious or corrosive. Seek immediate medical attention. |
| **Ingestion** | Do NOT induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person. Loosen tight clothing such as a collar, tie, belt or waistband. Get medical attention if symptoms appear. |
| **Serious Ingestion** | Not available. |

## Section 5. Fire and Explosion Data

| | |
|---|---|
| **Flammability of the Product** | Non-flammable. |
| **Auto-Ignition Temperature** | Not applicable. |
| **Flash Points** | Not applicable. |
| **Flammable Limits** | Not applicable. |
| **Products of Combustion** | Not available. |
| **Fire Hazards in Presence of Various Substances** | combustible materia |
| **Explosion Hazards in Presence of Various Substances** | Slightly explosive in presence of open flames and sparks, of heat, of organic materials, of metals, of acids. |
| **Fire Fighting Media and Instructions** | Fire: Small fires: Use water. Do not use dry chemicals or foams. CO2, or Halon may provide limited control. Large fires: Flood fire area with water from a distance. Move containers from fire area if you can do it without risk. Do not move cargo or vehicle if cargo has been exposed to heat. Fight fire from<br>maximum distance or use unmanned hose holders or monitor nozzles. Cool containers with flooding quantities of water until well after fire is out. ALWAYS stay away from tanks engulfed in fire. For massive fire, use unmanned hose holders or monitor nozzles; if this is impossible, withdraw from area and let fire burn. /Hydrogen peroxide, aqueous solution, with not less than 8% but less than 20% Hydrogen peroxide; Hydrogen peroxide, aqueous solution, with not less than 20% but not more than 60% Hydrogen peroxide (stabilized as necessary)/ [QC Reviewed] [U.S. Department of Transportation. 2000 Emergency Response Guidebook. RSPA P 5800.8 Edition. Washington, D.C: U.S. Government Printing Office, 2000,p. G-140] |

*Continued on Next Page*

| *Hydrogen Peroxide 35%* | Page Number: 3 |
|---|---|

| Special Remarks on Fire Hazards | Most cellulose (wood, cotton) materials contain enough catalyst to cause spontaneous ignition with 90% Hydrogen Peroxide. Hydrogen Peroxide is a strong oxider. It is not flammable itself, but it can cause spontaneous combustion of flammable materials and continued support of the combustion because it liberates oxygen as it decomposes.<br><br>Hydrogen peroxide mixed with magnesium and a trace of magnesium dioxide will ignite immediately. |
|---|---|
| Special Remarks on Explosion Hazards | Soluble fuels (acetone, ethanol, glycerol) will detonate on a mixture with peroxide over 30% concentration, the violence increasing with concentration.<br>Explosive with acetic acid, acetic anhydride, acetone, alcohols, carboxylic acids, nitrogen containing bases, As2S3, Cl2 + KOH, FeS, FeSO4 + 2 methylpryidine + H2SO4, nitric acid, potassium permanganate, P2O5, H2Se, Alcohols + H2SO4, Alcohols + tin chloride, Antimoy trisulfide, chlorosulfonic acid, Aromatic hydrocarbons + trifluoroacetic acid, Azellac acid + sulfuric acid (above 45 C), Benzenesulfonic anhydride, tert-butanol + sulfuric acid, Hydrazine, Sulfuric acid, Sodium iodate, Tetrahydrothiophene, Thiodiglycol, Mercurous oxide, mercuric oxide, Lead dioxide, Lead oxide, Manganese dioxide, Lead sulfide, Gallium + HCl, Ketenes + nitric acid, Iron (II) sulfate + 2-methylpyridine + sulfuric acid, Iron (II) sulfate + nitric acid, + sodium carboxymethylcellulose (when evaporated), Vinyl acetate, trioxane, water + oxygenated compounds (eg: acetaldehyde, acetic acid, acetone, ethanol, formaldehyde, formic acid, methanol, 2-propanol, propionaldehyde), organic compounds. Beware: Many mixtures of hydrogen peroxide and organic materials may not explode upon contact. However, the resulting combination is detonatable either upon catching fire or by impact.<br>EXPLOSION HAZARD: SEVERE, WHEN HIGHLY CONCENTRATED OR PURE H2O2 IS EXPOSED TO HEAT, MECHANICAL IMPACT, OR CAUSED TO DECOMPOSE CATALYTICALLY BY METALS & THEIR SALTS, DUSTS & ALKALIES.<br>ANOTHER SOURCE OF HYDROGEN PEROXIDE EXPLOSIONS IS FROM SEALING THE MATERIAL IN STRONG CONTAINERS. UNDER SUCH CONDITIONS EVEN GRADUAL DECOMPOSITION OF HYDROGEN PEROXIDE TO WATER + 1/2 OXYGEN CAN CAUSE LARGE PRESSURES TO BUILD UP IN THE CONTAINERS WHICH MAY BURST EXPLOSIVELY.<br>Fire or explosion:<br>May explode from friction, heat or contamination. These substances will accelerate burning when involved in a fire. May ignite combustibles (wood, paper, oil, clothing, etc.). Some will react explosively with hydrocarbons (fuels). Containers may explode when heated. Runoff may create fire or explosion hazard. /Hydrogen peroxide, aqueous solution, stabilized, with more than 60% Hydrogen peroxide; Hydrogen peroxide, stabilized/ [QC Reviewed] [U.S. Department of Transportation. 2000 Emergency Response Guidebook. RSPA P 5800.8 Edition. Washington, D.C: U.S. Government Printing Office, 2000,p. G-143] .<br>Fire or explosion: These substances will accelerate burning when involved in a fire. Some may decompose explosively when heated or involved in a fire. May explode from heat or contamination. Some will react explosively with hydrocarbons (fuels). May ignite combustibles (wood, paper, oil, clothing, etc.). Containers may explode when heated. Runoff may create fire or explosion hazard. /Hydrogen peroxide, aqueous solution, with not less than 8% but less than 20% Hydrogen peroxide; Hydrogen peroxide, aqueous solution, with not less than 20% but not more than 60% Hydrogen peroxide (stabilized as necessary)/ [QC Reviewed] [U.S. Department of Transportation. 2000 Emergency Response Guidebook. RSPA P 5800.8 Edition. Washington, D.C: U.S. Government Printing Office, 2000,p. G-140]<br><br><br>(Hydrogen Peroxide) |

## Section 6. Accidental Release Measures

| Small Spill | Dilute with water and mop up, or absorb with an inert dry material and place in an appropriate waste disposal container. |
|---|---|
| Large Spill | Corrosive liquid. Oxidizing material.<br>Stop leak if without risk. Absorb with DRY earth, sand or other non-combustible material. Do not get water inside container. Avoid contact with a combustible material (wood, paper, oil, clothing...). Keep substance damp using water spray. Do not touch spilled material. Use water spray curtain to divert vapor drift. Prevent entry into sewers, basements or confined areas; dike if needed. Call for assistance on disposal. Be careful that the product is not present at a concentration level above TLV. Check TLV on the MSDS and with local authorities. |

*Continued on Next Page*

| *Hydrogen Peroxide 35%* | *Page Number: 4* |

## Section 7. Handling and Storage

| Precautions | Keep container dry. Keep away from heat. Keep away from sources of ignition. Keep away from combustible material.. Do not ingest. Do not breathe gas/fumes/ vapor/spray. Never add water to this product. In case of insufficient ventilation, wear suitable respiratory equipment. If ingested, seek medical advice immediately and show the container or the label. Avoid contact with skin and eyes. Keep away from incompatibles such as oxidizing agents, reducing agents, combustible materials, organic materials, metals, acids, alkalis. |
|---|---|
| Storage | Keep container tightly closed. Keep container in a cool, well-ventilated area. Separate from acids, alkalies, reducing agents and combustibles. See NFPA 43A, Code for the Storage of Liquid and Solid Oxidizers. Do not store above 8°C (46.4°F). Refrigerate Sensitive to light. Store in light-resistant containers. |

## Section 8. Exposure Controls/Personal Protection

| Engineering Controls | Provide exhaust ventilation or other engineering controls to keep the airborne concentrations of vapors below their respective threshold limit value. Ensure that eyewash stations and safety showers are proximal to the work-station location. |
|---|---|
| Personal Protection | Face shield. Full suit. Vapor respirator. Be sure to use an approved/certified respirator or equivalent. Gloves. Boots. |
| Personal Protection in Case of a Large Spill | Splash goggles. Full suit. Vapor respirator. Boots. Gloves. A self contained breathing apparatus should be used to avoid inhalation of the product. Suggested protective clothing might not be sufficient; consult a specialist BEFORE handling this product. |
| Exposure Limits | Hydrogen Peroxide<br>TWA: 1 (ppm) from ACGIH (TLV) [United States]<br>TWA: 1 (ppm) from OSHA (PEL) [United States]<br>TWA: 1 STEL: 2 [Canada]<br>TWA: 1.4 (mg/m³) from NIOSH<br>TWA: 1.4 (mg/m³) from OSHA (PEL) [United States]<br>TWA: 1 (ppm) [United Kingdom (UK)]<br>TWA: 1.4 (mg/m³) [United Kingdom (UK)]<br><br>Consult local authorities for acceptable exposure limits. |

## Section 9. Physical and Chemical Properties

| Physical state and appearance | Liquid. | Odor | Odorless. |
|---|---|---|---|
| Molecular Weight | Not applicable. | Taste | Bitter. Slight acid. |
| pH (1% soln/water) | Neutral. | Color | Clear Colorless. |
| Boiling Point | 108°C (226.4°F) | | |
| Melting Point | -33°C (-27.4°F) | | |
| Critical Temperature | Not available. | | |
| Specific Gravity | 1.1 (Water = 1) | | |
| Vapor Pressure | 3.1 kPa (@ 20°C) | | |
| Vapor Density | 1.1 (Air = 1) | | |
| Volatility | Not available. | | |
| Odor Threshold | Not available. | | |
| Water/Oil Dist. Coeff. | Not available. | | |
| Ionicity (in Water) | Not available. | | |
| Dispersion Properties | See solubility in water, diethyl ether. | | |
| Solubility | Easily soluble in cold water.<br>Soluble in diethyl ether. | | |

*Continued on Next Page*

| Hydrogen Peroxide 35% | *Page Number: 5* |
|---|---|

## Section 10. Stability and Reactivity Data

| | |
|---|---|
| **Stability** | The product is stable. It contains a stabilizer. |
| **Instability Temperature** | Not available. |
| **Conditions of Instability** | Light, excess heat, combustible materials, incompatible materials (Hydrogen Peroxide) |
| **Incompatibility with various substances** | Reactive with reducing agents, combustible materials, organic materials, metals, acids, alkalis. Slightly reactive with water. |
| **Corrosivity** | Non-corrosive in presence of glass. |
| **Special Remarks on Reactivity** | Light sensitive.<br>Incompatible with reducing materials, ethers (dioxane, furfuran, tetrahydrofuran), oxidizing materials, Metals(eg. potassium, sodium lithium, iron, copper, brass, bronze, chromium, zinc, lead, silver, nickel), metal oxides (eg. cobalt oxide, iron oxide, lead oxide, lead hydroxide, manganese oxide), metal salts (eg. calcium permanganate, salts of iron), manganese, asbestos, vanadium, platinium, tungsten, molybdeum, triethylamine, palladium, sodium pyrophosphate, carboxylic acids, cyclopentadiene, formic acid, rust, ketones, sodium carbonate, alcohols, sodium borate, aniline, mercurous chloride, rust, nitric acid, sodium pyrophosphate, hexavalent chromium compounds, tetrahydrofuran, sodium fluoride organic matter, potassium permanganate, urea, chlorosulfonic acid, manganese dioxide, hydrogen selenide, charcoal, coal, sodium borate, alkalies, cyclopentadiene, glycerine, cyanides (potassium, cyanide, sodium cyanide), nitrogen compounds..<br>Caused to decompose catalytically by metals (in order of decreasing effectiveness): Osmium, Palladium, Platinum, Iridium, Gold, Silver, Manganese, Cobalt, Copper, Lead. Concentrated hydrogen peroxide may decompose violently or explosively in contact with iron, copper, chromium, and most other metals and their salts, and dust.<br>(Hydrogen Peroxide) |
| **Special Remarks on Corrosivity** | Not available. |
| **Polymerization** | Will not occur. |

## Section 11. Toxicological Information

| | |
|---|---|
| **Routes of Entry** | Absorbed through skin. Eye contact. |
| **Toxicity to Animals** | Acute oral toxicity (LD50): 5714 mg/kg (Mouse) (Calculated value for the mixture).<br>Acute dermal toxicity (LD50): 5714 mg/kg ( pig) (Calculated value for the mixture). |
| **Chronic Effects on Humans** | CARCINOGENIC EFFECTS: Classified A3 (Proven for animal.) by ACGIH [Hydrogen Peroxide]. Classified 3 (Not classifiable for human.) by IARC [Hydrogen Peroxide].<br>MUTAGENIC EFFECTS: Mutagenic for mammalian somatic cells. [Hydrogen Peroxide]. Mutagenic for bacteria and/or yeast. [Hydrogen Peroxide].<br>Contains material which may cause damage to the following organs: blood, upper respiratory tract, skin, eyes, central nervous system (CNS). |
| **Other Toxic Effects on Humans** | Very hazardous in case of skin contact (irritant).<br>Hazardous in case of skin contact (corrosive, permeator), of eye contact (corrosive), of ingestion, of inhalation (lung corrosive). |
| **Special Remarks on Toxicity to Animals** | Not available. |
| **Special Remarks on Chronic Effects on Humans** | May cause cancer and may affect genetic material based on animal data. May be tumorigenic. (Hydrogen Peroxide) |
| **Special Remarks on other Toxic Effects on Humans** | Acute Potential Health Effects:<br>Skin: Causes severe skin irritation and possible burns. Absorption into skin may affect behavior/central nervous system (tremor, ataxia, convulsions), respiration (dyspnea, pulmonary emboli), brain.<br>Eyes: Causes severe eye irritation, superficial clouding, corneal edema, and may cause burns.<br>Inhalation: Causes respiratory tract irritation with coughing, lacrimation. May cause chemical burns to the respiratory tract. May affect behavior/Central nervous system (insomnia, headache, ataxia, nervous tremors with numb extremities) and may cause ulceration of nasal tissue, and , chemical pneumonia, unconsciousness, and possible death. At high concentrations, respiratory effects may include acute lung damage, and delayed pulmonary edema. May affect blood.<br>Ingestion: Causes gastrointestinal tract irritation with nausea, vomiting, hypermotility, and diarrhea. Causes |

Continued on Next Page

**Hydrogen Peroxide 35%**                                                          *Page Number: 6*

gastrointestinal tract burns. May affect cardiovascular system and cause vascular collapse and damage. May affect blood (change in leukocyte count, pigmented or nucleated red blood cells). May cause difficulty in swallowing, stomach distension and possible cerebal swelling. May affect behavior/central nervous system (tetany, excitement).
Chronic Potential Health Effects:
Prolonged or repeated skin contact may cause dermatitis.
Repeated contact may also cause corneal damage.
Prolonged or repeated ingestion may affect metabolism (weight loss).
Prolonged or repeated inhalation may affect respiration, blood.
  (Hydrogen Peroxide)

## Section 12. Ecological Information

| | |
|---|---|
| Ecotoxicity | Not available. |
| BOD5 and COD | Not available. |
| Products of Biodegradation | Possibly hazardous short term degradation products are not likely. However, long term degradation products may arise. |
| Toxicity of the Products of Biodegradation | The products of degradation are less toxic than the product itself. |
| Special Remarks on the Products of Biodegradation | Not available. |

## Section 13. Disposal Considerations

| | |
|---|---|
| Waste Disposal | Waste must be disposed of in accordance with federal, state and local environmental control regulations. |

## Section 14. Transport Information

| | |
|---|---|
| DOT Classification | Class 8: Corrosive material<br>CLASS 5.1: Oxidizing material. |
| Identification | : Hydrogen peroxide, aqueous solution  UNNA: 2014  PG: II |
| Special Provisions for Transport | Not available. |
| DOT (Pictograms) |   |

## Section 15. Other Regulatory Information and Pictograms

| | |
|---|---|
| Federal and State Regulations | New York acutely hazardous substances: Hydrogen Peroxide<br>Rhode Island RTK hazardous substances: Hydrogen Peroxide<br>Pennsylvania RTK: Hydrogen Peroxide<br>Florida: Hydrogen Peroxide<br>Minnesota: Hydrogen Peroxide<br>Massachusetts RTK: Hydrogen Peroxide<br>New Jersey: Hydrogen Peroxide<br>California Director's List of Hazardous Substances:  Hydrogen Peroxide<br>TSCA 8(b) inventory: Hydrogen Peroxide<br>SARA 302/304/311/312 extremely hazardous substances: Hydrogen Peroxide<br>CERCLA: Hazardous substances.: Hydrogen Peroxide: 1 lbs. (0.4536 kg); |
| California Proposition 65 Warnings | California prop. 65: This product contains the following ingredients for which the State of California has found to cause cancer which would require a warning under the statute: No products were found.<br>California prop. 65: This product contains the following ingredients for which the State of California has found to cause birth defects which would require a warning under the statute: No products were found. |

## Continued on Next Page

*Hydrogen Peroxide 35%* | *Page Number: 7*

| Other Regulations | OSHA: Hazardous by definition of Hazard Communication Standard (29 CFR 1910.1200). | |
|---|---|---|
| Other Classifications | WHMIS (Canada) | CLASS C: Oxidizing material.<br>CLASS D-2A: Material causing other toxic effects (VERY TOXIC). | |
| | DSCL (EEC) | R8- Contact with combustible material may cause fire.<br>R34- Causes burns. | S3- Keep in a cool place.<br>S26- In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.<br>S28- After contact with skin, wash immediately with plenty of water.<br>S36/37/39- Wear suitable protective clothing, gloves and eye/face protection.<br>S45- In case of accident or if you feel unwell, seek medical advice immediately (show the label where possible). |

**HMIS (U.S.A.)**



Health 3
Fire Hazard 0
Reactivity 1
Personal Protection

**National Fire Protection Association (U.S.A.)**



Flammability
Health
Reactivity 1
Specific hazard OXY

**WHMIS (Canada) (Pictograms)**



**DSCL (Europe) (Pictograms)**



**TDG (Canada) (Pictograms)**



**ADR (Europe) (Pictograms)**



**Protective Equipment**

 Gloves.

 Full suit.

 Vapor respirator. Be sure to use an approved/certified respirator or equivalent. Wear appropriate respirator when ventilation is inadequate.

 Face shield.

*Continued on Next Page*

| *Hydrogen Peroxide 35%* | *Page Number: 8* |
|---|---|

### Section 16. Other Information

| | |
|---|---|
| MSDS Code | H3316 |
| References | Not available. |
| Other Special Considerations | Not available. |

| Validated by Sonia Owen on 10/28/2004. | Verified by Sonia Owen.<br>Printed 10/28/2004. |
|---|---|

CALL (310) 516-8000

**Notice to Reader**

*All chemicals may pose unknown hazards and should be used with caution. This Material Safety Data Sheet (MSDS) applies only to the material as packaged. If this product is combined with other materials, deteriorates, or becomes contaminated, it may pose hazards not mentioned in this MSDS. It shall be the user's responsibility to develop proper methods of handling and personal protection based on the actual conditions of use. While this MSDS is based on technical data judged to be reliable, Spectrum Quality Products, Inc. assumes no responsibility for the completeness or accuracy of the information contained herein.*

**APPENDIX G**





# Material Safety Data Sheet

| NFPA | HMIS | Personal Protective Equipment |
|---|---|---|
| | Health 2 | |
| | Fire Hazard 0 | |
| | Reactivity 0 | |
| | | See Section 15. |

## Section 1. Chemical Product and Company Identification

Page Number: 1

| | | | |
|---|---|---|---|
| **Common Name/ Trade Name** | **Hydrogen Peroxide - 3%** | Catalog Number(s). | H1060, HY110 |
| | | CAS# | Mixture. |
| **Manufacturer** | SPECTRUM LABORATORY PRODUCTS INC. 14422 S. SAN PEDRO STREET GARDENA, CA 90248 | RTECS | Not applicable. |
| | | TSCA | TSCA 8(b) inventory: Water; Hydrogen Peroxide |
| Commercial Name(s) | Not available. | CI# | Not applicable. |
| Synonym | Hydrogen Peroxide 3% Solution; Hydrogen Peroxide Topical Solution | | |
| Chemical Name | Not applicable. | **IN CASE OF EMERGENCY** CHEMTREC (24hr) 800-424-9300 |  |
| Chemical Family | (Oxidizing agent.) | CALL (310) 516-8000 | |
| Chemical Formula | Not applicable. | | |
| Supplier | SPECTRUM LABORATORY PRODUCTS INC. 14422 S. SAN PEDRO STREET GARDENA, CA 90248 | | |

## Section 2. Composition and Information on Ingredients

| | | Exposure Limits | | | |
|---|---|---|---|---|---|
| Name | CAS # | TWA (mg/m³) | STEL (mg/m³) | CEIL (mg/m³) | % by Weight |
| 1) Water | 7732-18-5 | 1 | | | 97 |
| 2) Hydrogen Peroxide | 7722-84-1 | | 2 | | 3 |

| Toxicological Data on Ingredients | Hydrogen Peroxide: ORAL (LD50): Acute: 2000 mg/kg [Mouse]. DERMAL (LD50): Acute: 4060 mg/kg [Rat]. 2000 mg/kg [ pig]. VAPOR (LC50): Acute: 2000 mg/m³ 4 hours [Rat]. |
|---|---|

## Section 3. Hazards Identification

| Potential Acute Health Effects | Hazardous in case of eye contact (irritant). Slightly hazardous in case of skin contact (irritant, permeator), of ingestion, of inhalation (lung sensitizer). Non-corrosive for skin. Non-corrosive to the eyes. Non-corrosive for lungs. Prolonged exposure may result in skin burns and ulcerations. Over-exposure by inhalation may cause respiratory irritation. |
|---|---|

*Continued on Next Page*

| *Hydrogen Peroxide - 3%* | *Page Number: 2* |
|---|---|

| Potential Chronic Health Effects | **CARCINOGENIC EFFECTS:** Classified A3 (Proven for animal.) by ACGIH [Hydrogen Peroxide]. **MUTAGENIC EFFECTS:** Mutagenic for mammalian somatic cells. [Hydrogen Peroxide]. Mutagenic for bacteria and/or yeast. [Hydrogen Peroxide]. **TERATOGENIC EFFECTS:** Not available. **DEVELOPMENTAL TOXICITY:** Not available. The substance may be toxic to blood, upper respiratory tract, skin, eyes, central nervous system (CNS). Repeated or prolonged exposure to the substance can produce target organs damage. |
|---|---|

## Section 4. First Aid Measures

| Eye Contact | Check for and remove any contact lenses. In case of contact, immediately flush eyes with plenty of water for at least 15 minutes. Cold water may be used. Get medical attention. |
|---|---|
| Skin Contact | In case of contact, immediately flush skin with plenty of water. Cover the irritated skin with an emollient. Remove contaminated clothing and shoes. Cold water may be used. Wash clothing before reuse. Thoroughly clean shoes before reuse. Get medical attention. |
| Serious Skin Contact | Wash with a disinfectant soap and cover the contaminated skin with an anti-bacterial cream. Seek medical attention. |
| Inhalation | If inhaled, remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. Get medical attention if symptoms appear. |
| Serious Inhalation | Not available. |
| Ingestion | Do NOT induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person. Loosen tight clothing such as a collar, tie, belt or waistband. Get medical attention if symptoms appear. |
| Serious Ingestion | Not available. |

## Section 5. Fire and Explosion Data

| Flammability of the Product | Non-flammable. |
|---|---|
| Auto-Ignition Temperature | Not applicable. |
| Flash Points | Not applicable. |
| Flammable Limits | Not applicable. |
| Products of Combustion | Not available. |
| Fire Hazards in Presence of Various Substances | Not applicable. |
| Explosion Hazards in Presence of Various Substances | Non-explosive in presence of open flames and sparks, of shocks, of heat, of reducing materials, of combustible materials, of organic materials, of metals, of acids, of alkalis. |
| Fire Fighting Media and Instructions | Not applicable. |
| Special Remarks on Fire Hazards | Most cellulose (wood, cotton) materials contain enough catalyst to cause spontaneous ignition with 90% Hydrogen Peroxide. Hydrogen Peroxide is a strong oxider. It is not flammable itself, but it can cause spontaneous combustion of flammable materials and continued support of the combustion because it liberates oxygen as it decomposes. Hydrogen peroxide mixed with magnesium and a trace of magnesium dioxide will ignite immediately. |
| Special Remarks on Explosion Hazards | Soluble fuels (acetone, ethanol, glycerol) will detonate on a mixture with peroxide over 30% concentration, the violence increasing with concentration. Explosive with acetic acid, acetic anhydride, acetone, alcohols, carboxylic acids, nitrogen containing bases, As2S3, Cl2 + KOH, FeS, FeSO4 + 2 methylpryidine + H2SO4, nitric acid, potassium permanganate, P2O5, H2Se, Alcohols + H2SO4, Alcohols + tin chloride, Antimoy trisulfide, chlorosulfonic acid, Aromatic hydrocarbons + trifluoroacetic acid, Azeliac acid + sulfuric acid (above 45 C), Benzenesulfonic anhydride, tert-butanol + sulfuric acid, Hydrazine, Sulfuric acid, Sodium Iodate, Tetrahydrothiophene, Thiodiglycol, Mercurous oxide, mercuric oxide, Lead dioxide, Lead oxide, Manganese dioxide, Lead sulfide, Gallium + HCl, Ketenes + nitric acid, Iron (II) sulfate + 2-methylpyridine + sulfuric acid, Iron (II) sulfate + nitric acid, + sodium carboxymethylcellulose (when |

## Continued on Next Page

---

evaporated), Vinyl acetate, trioxane, water + oxygenated compounds (eg: acetaldehyde, acetic acid, acetone, ethanol, formaldehyde, formic acid, methanol, 2-propanol, propionaldehyde), organic compounds. Beware: Many mixtures of hydrogen peroxide and organic materials may not explode upon contact. However, the resulting combination is detonatable either upon catching fire or by impact.

EXPLOSION HAZARD: SEVERE, WHEN HIGHLY CONCENTRATED OR PURE H2O2 IS EXPOSED TO HEAT, MECHANICAL IMPACT, OR CAUSED TO DECOMPOSE CATALYTICALLY BY METALS & THEIR SALTS, DUSTS & ALKALIES.

ANOTHER SOURCE OF HYDROGEN PEROXIDE EXPLOSIONS IS FROM SEALING THE MATERIAL IN STRONG CONTAINERS. UNDER SUCH CONDITIONS EVEN GRADUAL DECOMPOSITION OF HYDROGEN PEROXIDE TO WATER + 1/2 OXYGEN CAN CAUSE LARGE PRESSURES TO BUILD UP IN THE CONTAINERS WHICH MAY BURST EXPLOSIVELY.

Fire or explosion:
May explode from friction, heat or contamination. These substances will accelerate burning when involved in a fire. May ignite combustibles (wood, paper, oil, clothing, etc.). Some will react explosively with hydrocarbons (fuels). Containers may explode when heated. Runoff may create fire or explosion hazard. /Hydrogen peroxide, aqueous solution, stabilized, with more than 60% Hydrogen peroxide; Hydrogen peroxide, stabilized/ [QC Reviewed] [U.S. Department of Transportation. 2000 Emergency Response Guidebook. RSPA P 5800.8 Edition. Washington, D.C: U.S. Government Printing Office, 2000,p. G-143] .

Fire or explosion: These substances will accelerate burning when involved in a fire. Some may decompose explosively when heated or involved in a fire. May explode from heat or contamination. Some will react explosively with hydrocarbons (fuels). May ignite combustibles (wood, paper, oil, clothing, etc.). Containers may explode when heated. Runoff may create fire or explosion hazard. /Hydrogen peroxide, aqueous solution, with not less than 8% but less than 20% Hydrogen peroxide; Hydrogen peroxide, aqueous solution, with not less than 20% but not more than 60% Hydrogen peroxide (stabilized as necessary)/ [QC Reviewed] [U.S. Department of Transportation. 2000 Emergency Response Guidebook. RSPA P 5800.8 Edition. Washington, D.C: U.S. Government Printing Office, 2000,p. G-140]

(Hydrogen Peroxide)

## Section 6. Accidental Release Measures

| | |
|---|---|
| Small Spill | Dilute with water and mop up, or absorb with an inert dry material and place in an appropriate waste disposal container. Finish cleaning by spreading water on the contaminated surface and dispose of according to local and regional authority requirements. |
| Large Spill | Absorb with an inert material and put the spilled material in an appropriate waste disposal. Finish cleaning by spreading water on the contaminated surface and allow to evacuate through the sanitary system. Be careful that the product is not present at a concentration level above TLV. Check TLV on the MSDS and with local authorities. |

## Section 7. Handling and Storage

| | |
|---|---|
| Precautions | Keep locked up.. Do not ingest. Do not breathe gas/fumes/ vapor/spray. Wear suitable protective clothing. In case of insufficient ventilation, wear suitable respiratory equipment. If ingested, seek medical advice immediately and show the container or the label. Avoid contact with skin and eyes. |
| Storage | Keep container tightly closed. Keep container in a cool, well-ventilated area. Separate from acids, alkalies, reducing agents and combustibles. See NFPA 43A, Code for the Storage of Liquid and Solid Oxidizers. Do not store above 30°C (86°F). Sensitive to light. Store in light-resistant containers. |

## Section 8. Exposure Controls/Personal Protection

| | |
|---|---|
| Engineering Controls | Provide exhaust ventilation or other engineering controls to keep the airborne concentrations of vapors below their respective threshold limit value. |
| Personal Protection | Splash goggles. Lab coat. Vapor respirator. Be sure to use an approved/certified respirator or equivalent. Gloves. |
| Personal Protection in Case of a Large Spill | Splash goggles. Full suit. Vapor respirator. Boots. Gloves. A self contained breathing apparatus should be used to avoid inhalation of the product. Suggested protective clothing might not be sufficient; consult a specialist BEFORE handling this product. |
| Exposure Limits | |

## Continued on Next Page

**Hydrogen Peroxide - 3%**

Hydrogen Peroxide
TWA: 1 (ppm) from ACGIH (TLV) [United States]
TWA: 1 (ppm) from OSHA (PEL) [United States]
TWA: 1 STEL: 2 [Canada]
TWA: 1.4 (mg/m³) from NIOSH
TWA: 1.4 (mg/m³) from OSHA (PEL) [United States]
TWA: 1 (ppm) [United Kingdom (UK)]
TWA: 1.4 (mg/m³) [United Kingdom (UK)]

Consult local authorities for acceptable exposure limits.

## Section 9. Physical and Chemical Properties

| | | | |
|---|---|---|---|
| Physical state and appearance | Liquid. | Odor | Not available. |
| | | Taste | Bitter. |
| Molecular Weight | Not applicable. | Color | Colorless. Clear |
| pH (1% soln/water) | Neutral. | | |

| | |
|---|---|
| Boiling Point | The lowest known value is 100°C (212°F) (Water). Weighted average: 101.56°C (214.8°F) |
| Melting Point | May start to solidify at -0.43°C (31.2°F) based on data for: Hydrogen Peroxide. |
| Critical Temperature | Not available. |
| Specific Gravity | Weighted average: 1.01 (Water = 1) |
| Vapor Pressure | The highest known value is 2.3 kPa (@ 20°C) (Water). Weighted average: 2.24 kPa (@ 20°C) |
| Vapor Density | The highest known value is 1.2 (Air = 1) (Hydrogen Peroxide). Weighted average: 0.64 (Air = 1) |
| Volatility | Not available. |
| Odor Threshold | Not available. |
| Water/Oil Dist. Coeff. | Not available. |
| Ionicity (in Water) | Not available. |
| Dispersion Properties | See solubility in water, diethyl ether. |
| Solubility | Soluble in cold water, diethyl ether. |

## Section 10. Stability and Reactivity Data

| | |
|---|---|
| Stability | The product is stable. |
| Instability Temperature | Not available. |
| Conditions of Instability | Light, excess heat, combustible materials, incompatible materials (Hydrogen Peroxide) |
| Incompatibility with various substances | Slightly reactive to reactive with reducing agents, combustible materials, organic materials, metals, acids, alkalis. |
| Corrosivity | Non-corrosive in presence of glass. |
| Special Remarks on Reactivity | Light Sensitive. Incompatible with reducing materials, ethers (dioxane, furfuran), oxidizing materials, Metals(eg. potassium, sodium lithium, iron, copper, brass, bronze, chromium, zinc, lead, silver), metal oxides (eg. cobalt oxide, iron oxide, lead oxide, lead hydroxide, manganese oxide), metal salts (eg. calcium permanganate), manganese, asbestos, vanadium, platinium, tungsten, molybdeum, triethylamine, palladium, sodium pyrophosphate, carboxylic acids, cyclopentadiene, formic acid, rust, ketones, cyanides, sodium carbonate alcohols, sodium borate, aniline, mercurous chloride, rust sodium pyrophosphate, hexavalent chromium compounds, tetrahydrofuran, sodium fluoride organic matter, potassium permanganate, urea, chlorosulfonic acid, manganese dioxide, hydrogen selenide, charcoal, coal, sodium borate, alkalies, cyclopentadiene, glycerine. Caused to decompose catalytically by metals (in order of decreasing effectiveness): Osmium, Palladium, Platinum, Iridium, Gold, Silver, Manganese, Cobalt, Copper, Lead (Hydrogen Peroxide) A solution of 3% Hydrogen peroxide is also incompatible with: Albumin, Alkali citrates, Balsam Peru, Phenol, Tinctures, and Lime water |

**Continued on Next Page**

| *Hydrogen Peroxide - 3%* | *Page Number: 5* |
|---|---|

| Special Remarks on Corrosivity | Not available. |
|---|---|
| Polymerization | Will not occur. |

## Section 11. Toxicological Information

| Routes of Entry | Absorbed through skin. Eye contact. |
|---|---|
| Toxicity to Animals | Acute oral toxicity (LD50): 66667 mg/kg (Mouse) (Calculated value for the mixture). Acute dermal toxicity (LD50): 66667 mg/kg ( pig) (Calculated value for the mixture). |
| Chronic Effects on Humans | **CARCINOGENIC EFFECTS:** Classified A3 (Proven for animal.) by ACGIH [Hydrogen Peroxide]. Classified 3 (Not classifiable for human.) by IARC [Hydrogen Peroxide]. **MUTAGENIC EFFECTS:** Mutagenic for mammalian somatic cells. [Hydrogen Peroxide]. Mutagenic for bacteria and/or yeast. [Hydrogen Peroxide]. Contains material which may cause damage to the following organs: blood, upper respiratory tract, skin, eyes, central nervous system (CNS). |
| Other Toxic Effects on Humans | Slightly hazardous in case of skin contact (irritant, permeator), of ingestion, of inhalation (lung sensitizer). Non-corrosive for skin. Non-corrosive to the eyes. Non-corrosive for lungs. |
| Special Remarks on Toxicity to Animals | Not available. |
| Special Remarks on Chronic Effects on Humans | May may affect genetic material. May cause cancer (be tumorigenic) based on animal data. IARC states that there is either no adequate human data or inadequate evidence for carcinogenicity in humans.  (Hydrogen Peroxide) |
| Special Remarks on other Toxic Effects on Humans | Acute Potential Health Effects: Skin:  May cause skin irritation.  May cause reddening of the skin and temporary discoloration/whitening of the skin.  Absorption into skin may affect behavior, brain, respiration (pulmonary edema) Eyes:  Causes eye irritation.  Symptoms may include burning sensation, redness, inflammaton, pain and possible corneal edema, and corneal cloudiness.  Vapors may cause eye irritation. Inhalation:  Not expected to be a health hazard under normal conditions.  May cause respiratory tract and mucous membrane irritation with coughing, laryngitis, bronchitis, pulmonary edema.  May affect respiration (dyspnea). May also cause headache, nausea, and vomiting. Ingestion:  Ingestion of large doses may cause digestive tract/gastrointestinal tract irritation (irritation or possible blistering of the tongue, buccal muosa/mouth, throat, and stomach)  with nausea, vomiting, hypermotility, and diarrhea.  May cause difficulty in swallowing, stomach distension.  May affect blood (change in leukocyte count, pigmented or nucleated red blood cells).  May affect behavior/central nervous system.  May affect cardiovascular system and cause vascular collapse and damage. Chronic Potential Health Effects: Prolonged or repeated skin contact may cause dermatitis. Prolonged or repeated ingestion may affect metabolism (weight loss). Prolonged or repeated inhalation may affect respiration, blood. Continue use of hydrogen peroxide solution as a mouth wash, even at half-strength, may cause hypertrophied filiform papillae of the tongue ("hairy tongue").  But these disappear after it is discontinued |

## Section 12. Ecological Information

| Ecotoxicity | Not available. |
|---|---|
| BOD5 and COD | Not available. |
| Products of Biodegradation | Possibly hazardous short term degradation products are not likely.  However, long term degradation products may arise. |
| Toxicity of the Products of Biodegradation | The product itself and its products of degradation are not toxic. |
| Special Remarks on the Products of Biodegradation | Not available. |

**Continued on Next Page**

| *Hydrogen Peroxide - 3%* | *Page Number: 6* |

## Section 13. Disposal Considerations

| Waste Disposal | Waste must be disposed of in accordance with federal, state and local environmental control regulations. |

## Section 14. Transport Information

| DOT Classification | Not a DOT controled material (United States). |
| Identification | Not applicable. |
| Special Provisions for Transport | Not applicable. |
| DOT (Pictograms) |  |

## Section 15. Other Regulatory Information and Pictograms

| Federal and State Regulations | New York acutely hazardous substances: Hydrogen Peroxide<br>Rhode Island RTK hazardous substances: Hydrogen Peroxide<br>Pennsylvania RTK: Hydrogen Peroxide<br>Florida: Hydrogen Peroxide<br>Minnesota: Hydrogen Peroxide<br>Massachusetts RTK: Hydrogen Peroxide<br>New Jersey: Hydrogen Peroxide<br>TSCA 8(b) inventory: Hydrogen Peroxide |
| California Proposition 65 Warnings | |
| Other Regulations | OSHA: Hazardous by definition of Hazard Communication Standard (29 CFR 1910.1200). |
| Other Classifications | WHMIS (Canada) | CLASS C: Oxidizing material. |
| | DSCL (EEC) | This product is not classified according to the EU regulations. | Not applicable. |

| HMIS (U.S.A.) | Health 2 <br> Fire Hazard 0 <br> Reactivity 0 <br> Personal Protection h | **National Fire Protection Association (U.S.A.)** |  Flammability<br>Health 1  0 Reactivity<br>Specific hazard |
| WHMIS (Canada) (Pictograms) |  |
| DSCL (Europe) (Pictograms) |  |

**Continued on Next Page**

*Hydrogen Peroxide - 3%*                                    Page Number: 7

| | | |
|---|---|---|
| **TDG (Canada) (Pictograms)** |  | |
| **ADR (Europe) (Pictograms)** |  | |

| Protective Equipment | | |
|---|---|---|
| | | Gloves. |
| | | Lab coat. |
| | | Vapor respirator. Be sure to use an approved/certified respirator or equivalent. |
| | | Splash goggles. |

## Section 16. Other Information

| | |
|---|---|
| MSDS Code | **H3310** |
| References | Not available. |
| Other Special Considerations | Not available. |

| | |
|---|---|
| Validated by Sonia Owen on 10/11/2004. | Verified by Sonia Owen. Printed 10/11/2004. |

CALL (310) 516-8000

**Notice to Reader**

All chemicals may pose unknown hazards and should be used with caution. This Material Safety Data Sheet (MSDS) applies only to the material as packaged. If this product is combined with other materials, deteriorates, or becomes contaminated, it may pose hazards not mentioned in this MSDS. It shall be the user's responsibility to develop proper methods of handling and personal protection based on the actual conditions of use. While this MSDS is based on technical data judged to be reliable, Spectrum Quality Products, Inc. assumes no responsibility for the completeness or accuracy of the information contained herein.

<u>**APPENDIX H**</u>

## Good Compounding Practices
## Applicable to
## State Licensed Pharmacies

Subpart A – General Provisions
Subpart B – Organization and Personnel
Subpart C – Drug Compounding Facilities
Subpart D – Equipment
Subpart E – Control of Components and Drug Product Containers and Closures
Subpart F – Drug Compounding Controls
Subpart G – Labeling Control of Excess Products
Subpart H – Records and Reports

The following Good Compounding Practices (GCPs) are meant to apply only to the compounding of drugs by State-licensed pharmacies.

**Subpart A - General Provisions**

The recommendations contained herein are considered to be the minimum current good compounding practices for the preparation of drug products by State-licensed pharmacies for dispensing and/or administration to humans or animals.

The following definitions from the NABP *Model State Pharmacy Act* apply to these Good Compounding Practices. States may wish to insert their own definitions to comply with State Pharmacy Practice Acts.

> **"Compounding"** - the preparation, mixing, assembling, packaging, or Labeling of a Drug or Device (i) as the result of a Practitioner's Prescription Drug Order or initiative based on the Practitioner/patient/Pharmacist relationship in the course of professional practice, or (ii) for the purpose of, or as an incident to, research, teaching, or chemical analysis and not for sale or Dispensing. Compounding also includes the preparation of Drugs or Devices in anticipation of Prescription Drug Orders based on routine, regularly observed prescribing patterns.

> **"Manufacturing"** - the production, preparation, propagation, conversion, or processing of a Drug or Device, either directly or indirectly, by extraction from substances of natural origin or independently by means of chemical or biological synthesis, and includes any packaging or repackaging of the substance(s) or Labeling or relabeling of its container, and the promotion and marketing of such Drugs or Devices. Manufacturing also includes the preparation and promotion of commercially available products from bulk compounds for resale by pharmacies, Practitioners, or other Persons.

PHARMACY LAW

Model State
Pharmacy Act and
Rules

Download MSWord97
Version

NABPLAW Searches



"Component" - any ingredient intended for use in the compounding of a drug product, including those that may not appear in such product.

Based on the existence of a Pharmacist/patient/Prescriber relationship and the presentation of a valid Prescription, Pharmacists may Compound, in reasonable quantities, Drug products that are commercially available in the marketplace.

Pharmacists shall receive, store, or use drug substances for compounding that have been made in an FDA-approved facility. Pharmacists shall also receive, store, or use drug components in compounding prescriptions that meet official compendia requirements. If neither of these requirements can be met, pharmacists shall use their professional judgment to procure alternatives.

Pharmacists may compound drugs in very limited quantities prior to receiving a valid prescription based on a history of receiving valid prescriptions that have been generated solely within an established pharmacist/patient/prescriber relationship, and provided that they maintain the prescriptions on file for all such products compounded at the pharmacy (as required by State law). The compounding of inordinate amounts of drugs in anticipation of receiving prescriptions without any historical basis is considered manufacturing.

Pharmacists shall not offer compounded drug products to other State-licensed persons or commercial entities for subsequent resale, except in the course of professional practice for a prescriber to administer to an individual patient. Compounding pharmacies/pharmacists may advertise or otherwise promote the fact that they provide prescription compounding services; however, they shall not solicit business (e.g., promote, advertise, or use salespersons) to compound specific drug products.

The distribution of inordinate amounts of compounded products pursuant to a legitimate prescription out of state without a prescriber/patient/pharmacist relationship is considered manufacturing. Pharmacists engaged in the compounding of drugs shall operate in conformance with applicable State law regulating the practice of pharmacy.

## Subpart B – Organization and Personnel

As in the dispensing of all prescriptions, the pharmacist has the responsibility and authority to inspect and approve or reject all components, drug product containers, closures, in-process materials, labeling, and the authority to prepare and review all compounding records to assure that no errors have occurred in the compounding process. The pharmacist is also responsible for the proper maintenance, cleanliness, and use of all equipment used in prescription compounding practice.

All pharmacists who engage in compounding of drugs, shall be proficient in the art of compounding and shall maintain that proficiency through current awareness and training. Also, every pharmacist who engages in drug compounding must be aware of and familiar with all details of the Good Compounding Practices.

Personnel engaged in the compounding of drugs shall wear clean clothing appropriate to the operation being performed. Protective apparel, such as a coat/jacket, apron, or hand or arm coverings, shall be worn as necessary to protect drug products from contamination.

Only personnel authorized by the responsible pharmacist shall be in the immediate vicinity of the drug compounding operation. Any person shown at any time (either by medical examination or pharmacist determination) to have an apparent illness or open lesion(s) that may adversely affect the safety or quality of a drug product being compounded shall be excluded from direct contact with components, drug product containers, closures, in-process materials, and drug products until the condition is corrected or determined by competent medical personnel not to jeopardize the safety or quality of the products(s) being compounded. All personnel who normally assist the pharmacist in compounding procedures shall be instructed to report to the pharmacist any health conditions that may have an adverse effect on drug products.

## Subpart C – Drug Compounding Facilities

Pharmacies engaging in compounding shall have a specifically designated and adequate area (space) for the orderly placement of equipment and materials to be used to compound medications. The drug compounding area for sterile products shall be separate and distinct from the area used for the compounding or dispensing of non-sterile drug products. The area(s) used for the compounding of drugs shall be maintained in a good state of repair.

Bulk drugs and other materials used in the compounding of drugs must be stored in adequately labeled containers in a clean, dry area or, if required, under proper refrigeration.

Adequate lighting and ventilation shall be provided in all drug compounding areas. Potable water shall be supplied under continuous positive pressure in a plumbing system free of defects that could contribute contamination to any compounded drug product. Adequate washing facilities, easily accessible to the compounding area(s) of the pharmacy, shall be provided. These facilities shall include, but not be limited to, hot and cold water, soap or detergent, and air-driers or single-use towels.

The area(s) used for the compounding of drugs shall be maintained in a clean and sanitary condition. It shall be free of infestation by insects, rodents, and other

vermin. Trash shall be held and disposed of in a timely and sanitary manner.
Sewage, trash, and other refuse in and from the pharmacy and immediate drug
compounding area(s) shall be disposed of in a safe and sanitary manner.

Sterile Products/Radiopharmaceuticals

If sterile (aseptic) products are being compounded, conditions set forth in the NABP
*Model Rules for Sterile Pharmaceuticals* must be followed.

If radiopharmaceuticals are being compounded, conditions set forth in the NABP
*Model Rules for Nuclear/Radiologic Pharmacy* must be followed.

Special Precaution Products

If drug products with special precautions for contamination, such as penicillin, are
involved in a compounding operation, appropriate measures, including either the
dedication of equipment for such operations or the meticulous cleaning of
contaminated equipment prior to its return to inventory, must be utilized in order to
prevent cross-contamination.

**Subpart D – Equipment**

Equipment used in the compounding of drug products shall be of appropriate design,
adequate size, and suitably located to facilitate operations for its intended use and
for its cleaning and maintenance. Equipment used in the compounding of drug
products shall be of suitable composition so that surfaces that contact components,
in-process materials, or drug products shall not be reactive, additive, or absorptive
so as to alter the safety, identity, strength, quality, or purity of the drug product
beyond that desired.

Equipment and utensils used for compounding shall be cleaned and sanitized
immediately prior to use to prevent contamination that would alter the safety,
identity, strength, quality, or purity of the drug product beyond that desired. In the
case of equipment, utensils, and containers/closures used in the compounding of
sterile drug products, cleaning, sterilization, and maintenance procedures as set
forth in the NABP *Model Rules for Sterile Pharmaceuticals* must be followed.

Previously cleaned equipment and utensils used for compounding drugs must be
protected from contamination prior to use. Immediately prior to the initiation of
compounding operations, they must be inspected by the pharmacist and determined
to be suitable for use.

Automatic, mechanical, or electronic equipment, or other types of equipment or

related systems that will perform a function satisfactorily may be used in the compounding of drug products. If such equipment is used, it shall be routinely inspected, calibrated (if necessary), or checked to assure proper performance.

### Subpart E – Control of Components and Drug Product Containers and Closures

Components, drug product containers, and closures, used in the compounding of drugs shall be handled and stored in a manner to prevent contamination. Bagged or boxed components of drug product containers and closures used in the compounding of drugs shall be stored off the floor in such a manner as to permit cleaning and inspection.

Drug product containers and closures shall not be reactive, additive, or absorptive so as to alter the safety, identity, strength, quality, or purity of the compounded drug beyond the desired result. Components, drug product containers, and closures for use in the compounding of drug products shall be rotated so that the oldest stock is used first. Container closure systems shall provide adequate protection against foreseeable external factors in storage and use that can cause deterioration or contamination of the compounded drug product. Drug product containers and closures shall be clean and, where indicated by the intended use of the drug, sterilized and processed to remove pyrogenic properties to assure that they are suitable for their intended use.

Drug product containers and closures intended for the compounding of sterile products must be handled, sterilized, stored, etc. in keeping with the NABP *Model Rules for Sterile Pharmaceuticals*. Methods of cleaning, sterilizing, and processing to remove pyrogenic properties shall be written and followed for drug product containers and closures used in the preparation of sterile pharmaceuticals, if these processes are performed by the pharmacist, or under the pharmacist's supervision following the NABP *Model Rules for Sterile Pharmaceuticals*.

### Subpart F – Drug Compounding Controls

There shall be written procedures for the compounding of drug products to assure that the finished products have the identity, strength, quality, and purity they purport or are represented to possess. Such procedures shall include a listing of the components (ingredients), their amounts (in weight or volume), the order of component addition, and a description of the compounding process. All equipment and utensils and the container/closure system, relevant to the sterility and stability of the intended use of the drug, shall be listed. These written procedures shall be followed in the execution of the drug compounding procedure.

All records required to be retained under these Good Compounding Practices, or copies of such records, shall be readily available for authorized inspection during the retention period at the establishment where the activities described in such records occurred. These records or copies thereof shall be subject to photocopying or other means of reproduction as part of such inspection.

Records required under these Good Compounding Practices may be retained either as the original records or as true copies, such as photocopies, microfilm, microfiche, or other accurate reproductions of the original records.

**Top of Page        Home        Next**

Copyright ©1999 National Association of Boards of Pharmacy

Click here for a printable version of this page.

<u>**APPENDIX I**</u>

# Compliance Policy Guide
## Compliance Policy Guidance for FDA Staff and Industry[1]
## CHAPTER - 4
## SUB CHAPTER - 460

**Sec. 460.200   Pharmacy Compounding**

> This guidance represents the Food and Drug Administration's (FDA's) current thinking on this topic. It does not create or confer any rights for or on any person and does not operate to bind FDA or the public. An alternative approach may be used if such approach satisfies the requirements of the applicable statutes and regulations.

INTRODUCTION

This document provides guidance to drug compounders and the staff of the Food and Drug Administration (FDA) on how the Agency intends to address pharmacy compounding of human drugs in the immediate future as a result of the decision of the Supreme Court in Thompson v. Western States Medical Center, No. 01-344, April 29, 2002. FDA is considering the implications of that decision and determining how it intends to regulate pharmacy compounding in the long term. However, FDA recognizes the need for immediate guidance on what types of compounding might be subject to enforcement action under current law. This guidance describes FDA's current thinking on this issue.

BACKGROUND

On March 16, 1992, FDA issued a compliance policy guide (CPG), section 7132.16 (later renumbered as 460.200) to delineate FDA's enforcement policy on pharmacy compounding. That CPG remained in effect until 1997 when Congress enacted the Food and Drug Administration Modernization Act of 1997.

---

[1] This guidance has been prepared by the Office of Regulatory Policy and the Office of Compliance in the Center for Drug Evaluation and Research (CDER) at the Food and Drug Administration.

On November 21, 1997, the President signed the Food and Drug Administration Modernization Act of 1997 (Pub. L. 105-115) (the Modernization Act). Section 127 of the Modernization Act added section 503A to the Federal Food, Drug, and Cosmetic Act (the Act), to clarify the status of pharmacy compounding under Federal law. Under section 503A, drug products that were compounded by a pharmacist or physician on a customized basis for an individual patient were entitled to exemptions from three key provisions of the Act: (1) the adulteration provision of section 501(a)(2)(B) (concerning the good manufacturing practice requirements); (2) the misbranding provision of section 502(f)(1) (concerning the labeling of drugs with adequate directions for use); and (3) the new drug provision of section 505 (concerning the approval of drugs under new drug or abbreviated new drug applications). To qualify for these statutory exemptions, a compounded drug product was required to satisfy several requirements, some of which were to be the subject of FDA rulemaking or other actions.

Section 503A of the Act took effect on November 21, 1998, one year after the date of the enactment of the Modernization Act. In November, 1998, the solicitation and advertising provisions of section 503A were challenged by seven compounding pharmacies as an impermissible regulation of commercial speech. The U.S. District Court for the District of Nevada ruled in the plaintiffs' favor. FDA appealed to the U.S. Court of Appeals for the Ninth Circuit. On February 6, 2001, the Court of Appeals declared section 503A invalid in its entirety (Western States Medical Center v. Shalala, 238 F.3rd 1090 (9th Cir. 2001)). The government petitioned for a writ of certiorari to the U.S. Supreme Court for review of the circuit court opinion. The Supreme Court granted the writ and issued its decision in the case on April 29, 2002.

The Supreme Court affirmed the 9th Circuit Court of Appeals decision that found section 503A of the Act invalid in its entirety because it contained unconstitutional restrictions on commercial speech (i.e., prohibitions on soliciting prescriptions for and advertising specific compounded drugs). The Court did not rule on, and therefore left in place, the 9th Circuit's holding that the unconstitutional restrictions on commercial speech could not be severed from the rest of section 503A. Accordingly, all of section 503A is now invalid.

FDA has therefore determined that it needs to issue guidance to the compounding industry on what factors the Agency will consider in exercising its enforcement discretion regarding pharmacy compounding.

DISCUSSION

FDA recognizes that pharmacists traditionally have extemporaneously compounded and manipulated reasonable quantities of human drugs upon receipt of a valid prescription for an individually identified patient from a licensed practitioner. This traditional activity is not the subject of this guidance.[2]

---

[2] With respect to such activities, 21 U.S.C. 360(g)(1) exempts retail pharmacies from the registration requirements of the Act. The exemption applies to "Pharmacies" that operate in accordance with state law and dispense drugs "upon prescriptions of practitioners licensed to administer such drugs to patients under the care of such practitioners in the

FDA believes that an increasing number of establishments with retail pharmacy licenses are engaged in manufacturing and distributing unapproved new drugs for human use in a manner that is clearly outside the bounds of traditional pharmacy practice and that violates the Act. Such establishments and their activities are the focus of this guidance. Some "pharmacies" that have sought to find shelter under and expand the scope of the exemptions applicable to traditional retail pharmacies have claimed that their manufacturing and distribution practices are only the regular course of the practice of pharmacy. Yet, the practices of many of these entities seem far more consistent with those of drug manufacturers and wholesalers than with those of retail pharmacies. For example, some firms receive and use large quantities of bulk drug substances to manufacture large quantities of unapproved drug products in advance of receiving a valid prescription for them. Moreover, some firms sell to physicians and patients with whom they have only a remote professional relationship. Pharmacies engaged in activities analogous to manufacturing and distributing drugs for human use may be held to the same provisions of the Act as manufacturers.

POLICY:

Generally, FDA will continue to defer to state authorities regarding less significant violations of the Act related to pharmacy compounding of human drugs. FDA anticipates that, in such cases, cooperative efforts between the states and the Agency will result in coordinated investigations, referrals, and follow-up actions by the states.

However, when the scope and nature of a pharmacy's activities raise the kinds of concerns normally associated with a drug manufacturer and result in significant violations of the new drug, adulteration, or misbranding provisions of the Act, FDA has determined that it should seriously consider enforcement action. In determining whether to initiate such an action, the Agency will consider whether the pharmacy engages in any of the following acts:

1. Compounding of drugs in anticipation of receiving prescriptions, except in very limited quantities in relation to the amounts of drugs compounded after receiving valid prescriptions.

2. Compounding drugs that were withdrawn or removed from the market for safety reasons. Appendix A provides a list of such drugs that will be updated in the future, as appropriate.

---

course of their professional practice, and which do not manufacture, prepare, propagate, compound, or process drugs or devices for sale other than in the regular course of their business of dispensing or selling drugs or devices at retail" (emphasis added). See also 21 U.S.C. §§ 374(a)(2) (exempting pharmacies that meet the foregoing criteria from certain inspection provisions) and 353(b)(2) (exempting drugs dispensed by filling a valid prescription from certain misbranding provisions).

3

3. Compounding finished drugs from bulk active ingredients that are not components of FDA approved drugs without an FDA sanctioned investigational new drug application (IND) in accordance with 21 U.S.C. § 355(i) and 21 CFR 312.

4. Receiving, storing, or using drug substances without first obtaining written assurance from the supplier that each lot of the drug substance has been made in an FDA-registered facility.

5. Receiving, storing, or using drug components not guaranteed or otherwise determined to meet official compendia requirements.

6. Using commercial scale manufacturing or testing equipment for compounding drug products.

7. Compounding drugs for third parties who resell to individual patients or offering compounded drug products at wholesale to other state licensed persons or commercial entities for resale.

8. Compounding drug products that are commercially available in the marketplace or that are essentially copies of commercially available FDA-approved drug products. In certain circumstances, it may be appropriate for a pharmacist to compound a small quantity of a drug that is only slightly different than an FDA-approved drug that is commercially available. In these circumstances, FDA will consider whether there is documentation of the medical need for the particular variation of the compound for the particular patient.

9. Failing to operate in conformance with applicable state law regulating the practice of pharmacy.

The foregoing list of factors is not intended to be exhaustive. Other factors may be appropriate for consideration in a particular case.

Other FDA guidance interprets or clarifies Agency positions concerning nuclear pharmacy, hospital pharmacy, shared service operations, mail order pharmacy, and the manipulation of approved drug products.

REGULATORY ACTION GUIDANCE:

District offices are encouraged to consult with state regulatory authorities to assure coherent application of this guidance to establishments that are operating outside of the traditional practice of pharmacy.

FDA-initiated regulatory action may include issuing a warning letter, seizure, injunction, and/or prosecution. Charges may include, but need not be limited to, violations of 21 U.S.C. §§ 351(a)(2)(B), 352(a), 352(f)(1), 352(o), and 355(a) of the Act.

4

Issued: 3/16/1992
Reissued: 5/29/2002

APPENDIX A

LIST OF COMPOUNDING DRUGS THAT WERE WITHDRAWN OR REMOVED FROM THE MARKET FOR SAFETY REASONS

Adenosine phosphate: All drug products containing adenosine phosphate.
Adrenal cortex: All drug products containing adrenal cortex.
Aminopyrine: All drug products containing aminopyrine.
Astemizole: All drug products containing astemizole.
Azaribine: All drug products containing azaribine.
Benoxaprofen: All drug products containing benoxaprofen.
Bithionol: All drug products containing bithionol.
Bromfenac sodium: All drug products containing bromfenac sodium.
Butamben: All parenteral drug products containing butamben.
Camphorated oil: All drug products containing camphorated oil.
Carbetapentane citrate: All oral gel drug products containing carbetapentane citrate.
Casein, iodinated: All drug products containing iodinated casein.
Chlorhexidine gluconate: All tinctures of chlorhexidine gluconate formulated  for use as a patient preoperative skin preparation.
Chlormadinone acetate: All drug products containing chlormadinone acetate.
Chloroform: All drug products containing chloroform.
Cisapride: All drug products containing cisapride.
Cobalt: All drug products containing cobalt salts (except radioactive forms cobalt and its salts and cobalamin and its derivatives).
Dexfenfluramine hydrochloride: All drug products containing dexfenfluramine hydrochloride.
Diamthazole dihydrochloride: All drug products containing diamthazole dihydrochloride.
Dibromsalan: All drug products containing dibromsalan.
Diethylstilbestrol: All oral and parenteral drug products containing 25 milligrams or more of diethylstilbestrol per unit dose.
Dihydrostreptomycin sulfate: All drug products containing dihydrostreptomycin sulfate.
Dipyrone: All drug products containing dipyrone.
Encainide hydrochloride: All drug products containing encainide hydrochloride.
Fenfluramine hydrochloride: All drug products containing fenfluramine hydrochloride.
Flosequinan: All drug products containing flosequinan.
Gelatin: All intravenous drug products containing gelatin.
Glycerol, iodinated: All drug products containing iodinated glycerol.
Gonadotropin, chorionic: All drug products containing chorionic gonadotropins of animal origin.
Grepafloxacin: All drug products containing grepafloxacin.
Mepazine: All drug products containing mepazine hydrochloride or mepazine acetate.
Metabromsalan: All drug products containing metabromsalan.
Methamphetamine hydrochloride: All parenteral drug products containing methamphetamine hydrochloride.
Methapyrilene: All drug products containing methapyrilene.
Methopholine: All drug products containing methopholine.

6

Mibefradil dihydrochloride: All drug products containing mibefradil dihydrochloride.

Nitrofurazone: All drug products containing nitrofurazone (except topical drug products formulated for dermatalogic application).

Nomifensine maleate: All drug products containing nomifensine maleate.

Oxyphenisatin: All drug products containing oxyphenisatin.

Oxyphenisatin acetate: All drug products containing oxyphenisatin acetate.

Phenacetin: All drug products containing phenacetin.

Phenformin hydrochloride: All drug products containing phenformin hydrochloride.

Pipamazine: All drug products containing pipamazine.

Potassium arsenite: All drug products containing potassium arsenite.

Potassium chloride: All solid oral dosage form drug products containing potassium chloride that supply 100 milligrams or more of potassium per dosage unit (except for controlled-release dosage forms and those products formulated for preparation of solution prior to ingestion).

Povidone: All intravenous drug products containing povidone.

Reserpine: All oral dosage form drug products containing more than 1 milligram of reserpine.

Sparteine sulfate: All drug products containing sparteine sulfate.

Sulfadimethoxine: All drug products containing sulfadimethoxine.

Sulfathiazole: All drug products containing sulfathiazole (except those formulated for vaginal use).

Suprofen: All drug products containing suprofen (except ophthalmic solutions).

Sweet spirits of nitre: All drug products containing sweet spirits of nitre.

Temafloxacin hydrochloride: All drug products containing temafloxacin.

Terfenadine: All drug products containing terfenadine.

3,3',4',5-tetrachlorosalicylanilide: All drug products containing 3,3',4',5-tetrachlorosalicylanilide.

Tetracycline: All liquid oral drug products formulated for pediatric use containing tetracycline in a concentration greater than 25 milligrams/milliliter.

Ticrynafen: All drug products containing ticrynafen.

Tribromsalan: All drug products containing tribromsalan.

Trichloroethane: All aerosol drug products intended for inhalation containing trichloroethane.

Troglitazone: All drug products containing troglitazone.

Urethane: All drug products containing urethane.

Vinyl chloride: All aerosol drug products containing vinyl chloride.

Zirconium: All aerosol drug products containing zirconium.

Zomepirac sodium: All drug products containing zomepirac sodium.