3:04-cv-22306-MJP    Date Filed 12/06/05    Entry Number 72-1    Page 1 of 34
CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

**Page 97**

1  Q:  And you all weren't registered, correct?
2  A:  I don't feel we had to be.
3  Q:  Yes, sir.  Well, where is the authority to
4      compound where there's not a prescription?
5  A:  In the state, the state board there.
6  Q:  So you think that one sentence about office use
7      allows you to do it, notwithstanding the other
8      sentence that says if you do it without the
9      triangular relationship, you are manufacturing?
10 A:  Yes, sir.
11 Q:  You just interpreted it that way?
12 A:  Yes, sir.
13 Q:  But I take it until you walked in here you had
14     never noticed that sentence about the
15     triangular relationship and manufacturing?
16 A:  Yes, sir.
17 Q:  You had noticed that?
18 A:  I had noticed the triangular relationship.
19 Q:  Yes, sir.  But did you know that if you didn't
20     have the triangular relationship, you were
21     manufacturing?
22 A:  No, sir, I don't believe that.
23 Q:  Okay.  You just elected to disregard that
24     sentence in the statute?
25 MR. ELLIOTT: Objection.

**Page 98**

1  Q:  Go ahead and answer.
2  A:  I don't believe it applied.
3  Q:  Okay.  And the definition of compound that
4      requires the triangular relationship, you don't
5      think that applies either?
6  A:  It applies in certain cases, yes, sir.
7  Q:  But it doesn't apply to you?
8  A:  Not in that particular case.
9  Q:  Okay.  So you think you can compound without
10     the triangular relationship and you can ... and
11     you are not a manufacturer, correct?
12 A:  That's correct.
13 Q:  Have you figured out how you then meet the
14     federal requirements for labeling, and for
15     registration, and for listing, and all that?
16     How do you meet those requirements?
17 A:  I can't answer that.
18 Q:  Because you didn't meet any of those, did you?
19 A:  I don't feel like we had to.
20 Q:  But you don't really know, do you?
21 A:  No, sir.
22 Q:  And you did not provide in this product you
23     delivered, directions for the use of the drug,
24     did you?
25 A:  No, sir.

**Page 99**

1  Q:  And you did not provide cautionary statements,
2      did you?
3  A:  No, sir.
4  Q:  Are there any other drugs that you have
5      compounded without a written order from a
6      practitioner?
7  A:  For office use?
8  Q:  For office use.
9  A:  Yes, sir.
10 Q:  Tell me about those.
11 A:  It would be other injectables.
12 Q:  What other injectables?
13 A:  Pyridoxine, Taurine.
14 Q:  Are they commercially available?
15 A:  I don't know.
16 Q:  Were you aware ...
17 A:  I assume that they probably are.  These are
18     vitamins and minerals.
19 Q:  Okay.  Are those for Dr. Shortt?
20 A:  Yes, sir.
21 Q:  Okay.  And you understand those are
22     commercially available?
23 A:  I don't know.
24 Q:  Okay. But you ... other than Dr. Shortt, did
25     you provide any other drugs for office use

**Page 100**

1      without a written prescription for any other
2      practitioners?
3  A:  Yes, sir.
4  Q:  Who is that?
5  A:  Dr. Mitchell Ghen.
6  Q:  And who is Dr. Ghen?
7  A:  He used to be with Biogenesis.
8  Q:  What did you prescribe for him?  What did you
9      produce for him?
10 A:  The same type of things that we did for Dr.
11     Shortt.
12 Q:  Did you do hydrogen peroxide?
13 A:  Not that I'm aware of.
14 Q:  Okay.  What did you do for Dr. Ghen, vitamins?
15 A:  Vitamins and minerals, yes, sir.
16 Q:  Okay.  And you didn't have a written
17     prescription from him?
18 A:  No, sir.
19 Q:  You just did it orally?
20 A:  Yes, sir.
21 Q:  Anybody else?
22 A:  Dr. Rozema.
23 Q:  Dr. Rozema?
24 A:  Rozema.
25 Q:  And what did you do for Dr. Rozema?

25 (Pages 97 to 100)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

Page 101

1  A:  The same, same sort of things.
2  Q:  And are Dr. Ghen and Dr. Rozema also
3      alternative medicine doctors?
4  A:  Yes, sir.
5  Q:  Where is Dr. Ghen now?
6  A:  Dr. Ghen?
7  Q:  Ghen.
8  A:  I think he's in Florida now.
9  Q:  Did he have any disciplinary problems here
10     before he left?
11 A:  Not that I'm aware of, sir.
12 Q:  How about Dr. Rozema, did he?
13 A:  No, sir.
14 Q:  He hadn't had any?  Where is he?
15 A:  He's here in ... he works at Biogenesis or he
16     owns Biogenesis.
17 Q:  Uh-huh.  But neither one of them order hydrogen
18     peroxide?
19 A:  Not that I'm aware of.
20 Q:  Not that you are aware.  In fact, Dr. Shortt is
21     the only practitioner you have ever heard of to
22     provide this unconventional treatment of
23     intravenous hydrogen peroxide?
24 A:  Yes, sir, in our area.
25 Q:  and you certainly knew the use of hydrogen

Page 102

1      peroxide wasn't standard of care in Columbia?
2      You knew that, didn't you?
3  A:  Yes, sir.
4  Q:  And you knew it wasn't standard of care
5      nationally when you did that, didn't you?
6  A:  No.  It was different, yes.
7  Q:  Yes, sir.  You knew Dr. Shortt was not
8      practicing within the standards of care when he
9      was using intravenous hydrogen peroxide, didn't
10     you?
11 A:  What do you mean by standards of care?
12 Q:  The routine and customary practice of dealing
13     with medical conditions.
14 A:  Then it ...
15 MR. HOWARD: I'm going to object to the form of the
16     question.
17 Q:  Go ahead and answer.
18 MR. ELLIOTT: Same objection.
19 A:  Yes, sir, you are correct, not ...
20 Q:  Just so the record ...
21 MR. GERGEL: And these objections are continuing.
22 Q:  You recognize that Dr. Short was not operating
23     within the standards of care, correct?
24 A:  Yes, sir.
25 Q:  Now, you mentioned this Micromedics source of

Page 103

1      information.  How would you get access to
2      Micromedics information?
3  A:  It's ... subscribed to it.
4  Q:  You have to subscribe to it?
5  A:  Yes, sir.
6  Q:  Okay.  Does it have hydrogen peroxide on there?
7  A:  It's listed on there, yes, sir.
8  Q:  And does it provide for intravenous use?
9  A:  I can't answer that.  I don't ...
10 Q:  You have never looked?
11 A:  I'd have to look, yes, sir.
12 Q:  Have you ever seen anywhere on any independent
13     publication, professional publication, that
14     actually recommends intravenous hydrogen
15     peroxide?
16 A:  No, sir.
17 Q:  And did you disclose to anyone any anxiety you
18     had about this unknown medication for this
19     unconventional treatment before you delivered
20     the medication?
21 A:  No, sir.
22 Q:  And you didn't warn the patient, did you?
23 A:  No, sir.
24 Q:  You didn't disclose it to anyone you hadn't
25     done the research to know whether it was really

Page 104

1      safe or not?
2  A:  No, sir.
3  Q:  If you had to do it over again, obviously, you
4      would go do research on this, would you not?
5  A:  Yes, sir.
6  Q:  And that's a lesson from this experience; is it
7      not?
8  A:  Yes, sir.
9  Q:  You just can't rely on word of mouth, you've
10     got to go do your own independent work, don't
11     you?
12 A:  Yes, sir.
13 Q:  And as a pharmacist, I take it you are not
14     really proud, Mr. Dawn, of having dispensed a
15     medication without having done that basic
16     research; is that fair?
17 MR. ELLIOTT: Object to the form of the question.
18 Q:  Go ahead and answer.
19 A:  No, I don't think that's fair.
20 Q:  You don't think that's fair?
21 A:  No.
22 Q:  You certainly did not do the kind ... you did
23     not have the kind of knowledge about hydrogen
24     peroxide you generally had when you dispensed
25     a medication, did you?

26  (Pages 101 to 104)

CREEL COURT REPORTING, INC.

Page 105

1  A:  That's ...
2  Q:  Is that fair?
3  A:  That's correct, sir.
4  Q:  Okay. And you regret not having that knowledge
5      at the time you dispensed it or delivered it;
6      isn't that fair?
7  MR. ELLIOTT: Objection.
8  A:  I wish I ... I wish I had more knowledge of it.
9  Q:  Yes, sir.
10 A:  And you really didn't do the kind of work you
11     should have done before you delivered it; is
12     that fair?
13 MR. ELLIOTT: Objection.
14 A:  I don't think that is required.
15 Q:  Well, for your own professional standards ...
16     we'll let someone else determine what the
17     standard of care is. Certainly, for your own
18     standards, you would have liked to have known
19     more about it before you delivered it; is that
20     fair?
21 A:  Yes, sir.
22 Q:  And if you had to do it over again, you
23     wouldn't do it without doing that necessary
24     research and investigation; is that fair?
25 A:  I would probably do some more, yes, sir.

Page 106

1  Q:  Yes, sir. And meeting your own standards here,
2      this is probably ... you probably had the least
3      knowledge about this drug before you dispensed
4      it than anything you can really think of
5      sitting here; is that fair?
6  A:  Not of anything, no, sir. I mean ...
7  A:  Well, certainly, this was ...
8  A:  ... I've known of those who have used it so.
9  Q:  Well, you knew this was very unconventional
10     treatment, correct?
11 A:  Yes, sir, that's ...
12 Q:  And you knew it wasn't FDA approved, correct?
13 A:  Yes, sir.
14 Q:  And I guess when all this has arisen, in your
15     heart of hearts, you kind of kicked yourself
16     for not having done a little more work before
17     you compounded it; is that fair?
18 MR. ELLIOTT: Object to the form.
19 A:  Would you repeat that, please?
20 Q:  Yes, sir. Knowing all that has happened here
21     ...
22 A:  Yeah.
23 Q:  ... you have kind of kicked yourself a little
24     bit for having not done more independent work
25     before you compounded and dispensed this; is

Page 107

1      that fair?
2  A:  No.
3  MR. ELLIOTT: Same objection.
4  A:  No, I can't say I would have kick myself.
5  Q:  But you didn't do what you would normally ...
6      you didn't have the knowledge you would
7      normally have; is that fair?
8  A:  I would have liked to have more knowledge, yes.
9  Q:  Yes, sir. And you regret that that you didn't
10     have that, don't you?
11 A:  Yes, sir.
12 Q:  And if you had to do it again, you would
13     acquire that knowledge before you made a
14     decision on dispensing something unconventional
15     like this?
16 A:  Yes, sir.
17 Q:  And talking about your own standard of care,
18     your own standard of care is if you are going
19     to do something unconventional, you are going
20     to know about it and understand it and know the
21     risks before you do it, correct?
22 A:  Yes, sir.
23 Q:  And you didn't do that here, did you?
24 A:  No, sir.
25 Q:  And you regret that, don't you, Mr. Dawn?

Page 108

1  A:  Somewhat.
2  Q:  Through all of this, have you ever talked to
3      Dr. Short about the dangers and risks in
4      association with hydrogen peroxide?
5  A:  At any time?
6  Q:  At any time.
7  A:  I don't recall.
8  Q:  And though you say you had a
9      physician/pharmacist relationship, you didn't
10     really consult with him or talk to him about
11     this unconventional treatment before you
12     prepared the medication?
13 A:  No, sir, I did not.
14 Q:  And he was available to you if you wanted him
15     to, was he not?
16 A:  Right.
17 Q:  And you're the one who controls whether you are
18     going to deliver it or not, not, not Dr. Short,
19     correct? I mean you are the one who has to
20     compound it, not Dr. Short, correct?
21 A:  That's correct.
22 Q:  And you had control over this as a pharmacist
23     to simply say, I'm not going to do it until
24     understand this better, that was within your
25     power, wasn't it?

27 (Pages 105 to 108)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

| Page 109 |
|---|

1  A:  I felt I understood it.
2  Q:  Well, you told me earlier you really didn't
3    have the knowledge ...
4  A:  From what I had learned from Buster, I felt I
5    understood it enough.
6  Q:  But you have learned a lot since then, I take
7    it, have you not?
8  A:  I learned some different things, yes, sir.
9  Q:  About the risks of haemolysis, correct?
10  A:  Yes, sir.
11  Q:  The risk of air emboli, correct?
12  A:  Yes, sir.
13  Q:  The risk of death?
14  A:  I didn't feel it was there, but I guess it's
15    there.
16  Q:  And part of the lack of knowledge that there
17    was a risk of death was you didn't really do
18    any independent research, did you?
19  A:  Other than speaking with my partner.
20  Q:  Now, Dr. Shortt had a pretty extensive
21    relationship with Mr. Phillips, didn't he?
22  MR. ELLIOTT: Object to the form.
23  A:  I'm not sure what you mean by that.
24  Q:  Well, I mean, he ordered his patients ... you
25    dispensed a lot of prescriptions to his

| Page 110 |
|---|

1    patients, did you not?
2  A:  I felt we probably didn't dispense very many.
3  Q:  Well ...
4  A:  Considering that he was next door. We didn't
5    fill very many prescriptions for Dr. Shortt.
6  Q:  You didn't fill ... how many would you say you
7    dispensed?
8  A:  A couple a day, maybe.
9  Q:  A couple a day. And was it ... so it was
10    steady every day, you had several?
11  A:  Not necessarily.
12  Q:  But you dispensed a good many medications to
13    ... for instance, did you have the occasion to
14    dispense medications to professional football
15    players?
16  A:  I don't recall.
17  Q:  You don't recall whether they were ...
18  A:  If I dispensed or not. I understand now that
19    there was dispensed to some.
20  Q:  Uh-huh. And did you play any role in that?
21  A:  No, sir.
22  Q:  You never dispensed steroids to a professional
23    football player?
24  A:  Well, I don't recall if I did.
25  Q:  Okay. Were you all dispensing steroids to

| Page 111 |
|---|

1    people who were patients of Dr. Shortt?
2  A:  I dispensed testosterone.
3  Q:  Okay. Who did you dispense ...
4  A:  I don't consider that steroids, that's a
5    hormone.
6  Q:  Okay. You don't ... okay. Well, how about
7    Tamoxifen, did you dispense Tamoxifen to
8    anybody?
9  A:  Not that I recall.
10  Q:  Okay. And what would be steroids? Give me
11    some of the names of drugs that would be
12    steroids.
13  A:  Decadurabolin is one.
14  Q:  Okay. What else?
15  A:  I don't remember. I very rarely see any.
16  Q:  Do you remember a fellow named Todd Steussie?
17  A:  I understand he's a football player.
18  Q:  Didn't you dispense testosterone to him?
19  A:  I may have.
20  Q:  You don't consider that a hormone ... I mean,
21    a hormone. You don't consider that a steroid?
22  A:  I consider it hormone, yes, sir.
23  Q:  Not a steroid?
24  A:  Well, it's a steroid also, it falls in that
25    class, but it's considered a male hormone.

| Page 112 |
|---|

1  Q:  Yes, sir. But it's a steroid, isn't it?
2  A:  Yes, sir.
3  Q:  Okay. And you dispensed that to Mr. Steussie
4    on a number of dates, did you not?
5  MR. ELLIOTT: Object to the form.
6  Q:  Go ahead and answer.
7  A:  I don't know if I did or didn't.
8  Q:  Okay. But you know you had a duty to counsel
9    your patient, counsel the customer, in this
10    triangular relationship, about the risk
11    associated with steroid use, did you not?
12  A:  If it was the first time fill.
13  Q:  Yes, sir.
14  A:  I may have refilled one for him.
15  Q:  Okay. You don't ...
16  A:  I very rarely get first time fills.
17  Q:  By the way, did you ever get intravenous
18    hydrogen peroxide yourself?
19  A:  No, sir.
20  MR. GERGEL: I'm thinking that we had previously did
21    not mark this exhibit titled, Physicians
22    Utilization Report for Congaree Pharmacy, and
23    I want to question him about it, but I don't
24    want to mark it as an exhibit. But we all
25    understand what this is; is that correct,

28  (Pages 109 to 112)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

Page 113

1    gentlemen?
2    MR. ELLIOTT: Yes.
3    MR. GERGEL: Okay.
4    MR. HOWARD: I think it's been discussed before.
5    MR. GERGEL: Yeah.
6    Q:   If you would go to the second page of this
7         exhibit, Physician Utilization Report, this is
8         a report covering nine months of prescriptions
9         between Dr. Shortt and Congaree Pharmacy; is
10        that fair?  It starts in January '04 ...
11   A:   Yes, sir.
12   Q:   And it goes ... if you go to the last page,
13        it's hard to read this, but I believe it's 10-
14        05, 10-5-04; is that correct?
15   A:   I reckon that's what that is, yes, sir.
16   Q:   Okay.  Now, I look ... it says filled by down
17        the right-hand column, that's GED is you; is
18        that correct?
19   A:   Yes, sir.
20   Q:   Okay.  And if we go down on the second page and
21        just pull out ... it indicates that you gave
22        testosterone, 1-24-04, to a fellow named Ken
23        Butler, and you gave it 1-27-04, to a fellow
24        named Todd Steussie; is that correct?
25   A:   Okay.  There's Butler, yeah.

Page 114

1    Q:   Do you see it right below it it's Steussie?
2    A:   Yes, sir.
3    Q:   You did dispense steroids to these gentlemen,
4         did you not?
5    A:   Yes, sir.  My name is on there.
6    Q:   Yes, sir.
7    A:   And you had to make an independent
8         determination that this was an appropriate
9         regimen before you dispensed that, correct?
10   A:   Correct.
11   Q:   Why did Mr. Steussie, a professional football
12        player, need Testosterone?
13   A:   I would assume he had low levels.
14   Q:   Did you determine that?
15   A:   It's not my job to determine that.
16   Q:   You don't need to confirm whether it's
17        medically indicated or not?
18   A:   If the doctor wrote a legal prescription.
19   Q:   But don't you have a duty to determine that it
20        is a medically appropriate treatment
21        independent of that?
22   A:   No, sir.
23   Q:   You do not need to do that?
24   A:   Not every time, no, sir.
25   Q:   How about anytime?

Page 115

1    A:   I mean if it was excessive, it would be
2         different.  That's not an excessive amount.
3    Q:   Well, are you aware that there are certain
4         legal restrictions on dispensing steroids to
5         people for academic enhancing athletic
6         performance?  Are you aware of that?
7    A:   I'm sure there are.
8    Q:   Yes, sir.  And did you make any determination
9         that there was a genuine medical need for Mr.
10        Steussie, a professional football player, to
11        get Testosterone?
12   A:   I don't feel Testosterone is an enhancing.
13   Q:   You don't think so?
14   A:   No, sir.
15   Q:   Why was he needing it then?
16   A:   I assume he had low testosterone levels.
17   Q:   But you didn't confirm that?
18   A:   No, sir.
19   Q:   Go to the third page.  I see that on 2-11-04,
20        you gave CPD Testos CYP.  What is that?
21   A:   It's Testosterone Cypionate.
22   Q:   What is that?
23   A:   Injectable form of testosterone.
24   Q:   And why did you ... why was that necessary?
25   A:   It's usually given for low levels of

Page 116

1         testosterone.
2    Q:   Did you determine whether the patient, Mr.
3         Spencer Fleming, actually had low testosterone?
4    A:   No, sir.
5    Q:   How about Ken Burbella, you compounded for him.
6         Did you determine whether he actually had it?
7    A:   No, sir.
8    Q:   Did it seem odd to you that Dr. Shortt seemed
9         to have so many patient who had low
10        testosterone levels?
11   MR. ELLIOTT: Object to the form.
12   A:   No, sir.
13   Q:   Okay.  Was Mr. Fleming a body builder?
14   A:   I don't know, sir.
15   Q:   How about Mr. Burbella?
16   A:   Don't know, sir.
17   Q:   You don't know that?
18   A:   No, sir.
19   Q:   And then 2-18-04, William Burnett, I believe
20        you filled a prescription for something, CPD
21        ... and what's that term next to it,
22        Stanozolol, 2-18-04?
23   A:   Stanozolol.
24   Q:   Stanozolol?
25   A:   Yes, sir.

29  (Pages 113 to 116)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

---

**Page 117**

1  Q:  What is Stanozolol?
2  A:  That's a steroid.
3  Q:  Yes, sir. I believe that's what Ben Johnson
4      got banned for life for having on board or
5      banned from the Olympics for life; isn't that
6      right?
7  MR. ELLIOTT: Object to the form.
8  A:  I can't answer that.
9  Q:  Okay. Why did Mr. Burnett need that steroid?
10  A:  I can't answer that, sir.
11  Q:  You didn't make an independent determination of
12      that, did you?
13  A:  No, sir.
14  Q:  Did it seem suspicious to you that all these
15      people seemed to be needing steroids from Dr.
16      Shortt?
17  A:  No, sir.
18  Q:  Did it occur to you that he was running a
19      steroid racket?
20  A:  No, sir.
21  Q:  But you did not make an independent
22      determination of whether these many people that
23      showed up ... did they appear to you unhealthy?
24  A:  I don't know if I saw them, sir.
25  Q:  If Dr. Shortt asked for it, they got it; is

---

**Page 118**

1      that fair?
2  A:  I can't answer that.
3  Q:  Was there ever a time you refused to fill a
4      prescription for Dr. Shortt for a steroid?
5  A:  Not that I recall.
6  Q:  What's the medical indication for Stanozolol?
7  A:  I would assume he's helping to repair.
8  Q:  Repair what?
9  A:  If his body is broken down.
10  Q:  Well, why would Mr. ... why would Mr. Burnett's
11      body be broken down?
12  A:  I can't answer that.
13  Q:  Did you make a determine whether his body was
14      broken down?
15  A:  No, sir.
16  Q:  And then here is Todd Sauerbrun. He got
17      Stanozolol as well, correct?
18  MR. ELLIOTT: Which one are you talking about?
19  MR. GERGEL: 2-19-04.
20  MR. ELLIOTT: All right. That's ...
21  MR. GERGEL: I'm sorry. You are correct. Thank you.
22  Q:  Did you ever meet Mr. Sauerbrun when he came
23      in?
24  A:  I don't recall.
25  Q:  So when you say that they needed it for body

---

**Page 119**

1      breakdown, tell me the medical indication for
2      this steroid for, quote, body breaking down.
3  A:  Helping somebody to repair.
4  Q:  Repair what?
5  A:  Repair their muscles, repair their body in
6      general.
7  Q:  And that's a ...
8  A:  That's my understanding.
9  Q:  That's an unlabeled use for that drug?
10  A:  I can't answer if it's unlabeled or not.
11  Q:  Well, did you make any independent
12      determination whether it was appropriate for
13      Mr. Burnett?
14  A:  No, sir.
15  Q:  That was your duty to do that, wasn't it?
16  A:  Not necessarily.
17  Q:  You don't have a duty to review the patient's
18      record to see if the medication is appropriate?
19  A:  Well, if it's already on his record and he's
20      had it before, it's probably a refill.
21  Q:  Well, does it say that? Can you tell?
22  A:  Not from this, sir.
23  Q:  There's no indication it's a refill here, is
24      it?
25  A:  Yes, sir, it is, refill number 2.

---

**Page 120**

1  Q:  Where does that show? Show me that.
2  A:  Third column.
3  MR. ELLIOTT: To the left.
4  Q:  Okay. So did you do it the first time?
5  A:  I can't answer that.
6  Q:  Did you have these football players coming into
7      the business?
8  A:  I don't know.
9  Q:  Well, 300 pound guys who are about 6 foot 6 ...
10  A:  I'm in ... I'm in ...
11  Q:  ... are kind of notable?
12  A:  Yes, sir. I'm in the lab, so I don't
13      necessarily see people when they come in.
14  Q:  Well, who's doing the counseling of the
15      patients?
16  A:  Buster.
17  Q:  When your name is on it, you are supposed to be
18      doing the counseling, aren't you?
19  A:  Well, it should be.
20  Q:  But you're not doing that? You don't do the
21      counseling?
22  A:  I didn't.
23  Q:  And then you go to the fourth page, Robert
24      Nuesser, Testosterone, compounding ...
25      something you compounded for Testosterone.

30  (Pages 117 to 120)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

---

Page 121

1  MR. ELLIOTT: You are going to have to point him
2      there.
3  Q:  Yeah. 3-3-04. I'm sorry.
4  MR. ELLIOTT: That's all right.
5  Q:  Have you got it there?
6  A:  Who are we looking for?
7  Q:  Robert Nuesser.
8  MR. ELLIOTT: About halfway down.
9  A:  Robert Nuesser, okay, yes, sir.
10 Q:  Did you remember meeting with him?
11 A:  No, sir.
12 Q:  Do you know his need for Testosterone?
13 A:  No, sir.
14 Q:  And I see there's a lot of ... I know you're
15     not the only one filling it, but there's
16     Testosterone, and Progesterone, and Stanozolol,
17     and Testosterone. There's a lot of steroids
18     around this time being provided out of your
19     pharmacy for Dr. Shortt's patients, aren't
20     there?
21 MR. ELLIOTT: Object to the form.
22 A:  I don't consider that to be a lot.
23 Q:  Okay. That seems a moderate amount to you?
24 A:  A small amount, actually.
25 Q:  Okay. Other pharmacies dispense to football

Page 122

1      players a lot more than that?
2  MR. ELLIOTT: Object to the form.
3  A:  I can't answer what other pharmacies do.
4  Q:  You never even discovered that these people
5      were professional football players? You didn't
6      learn enough about them to know that?
7  MR. ELLIOTT: Object to the form.
8  Q:  Huh?
9  MR. ELLIOTT: Object to the form.
10 A:  After the fact.
11 Q:  After the fact. You never found out beforehand
12     that you were dispensing steroids to
13     professional football players? You weren't
14     aware you were doing that?
15 A:  I found out that I was dispensing Testosterone.
16 Q:  Yes, sir. Well, I think we had Stanozolol
17     earlier as well?
18 A:  Yes, sir.
19 MR. ELLIOTT: To whom?
20 MR. GERGEL: William Burnett.
21 Q:  You never saw the football players in the
22     pharmacy?
23 A:  I'm sure I did.
24 Q:  I mean you don't ... do you remember any of
25     these very large men?

Page 123

1  A:  I can remember some big people.
2  Q:  Yes, sir.
3  A:  Not very many.
4  Q:  Were they wearing cat, Panther hats?
5  A:  Not that I'm aware of.
6  Q:  You never heard the talk around here around the
7      time of the Super Bowl when they were all
8      showing up there?
9  A:  That's when I discovered ...
10 MR. ELLIOTT: Object to the form.
11 Q:  Yeah. They were coming right before the Super
12     Bowl, correct?
13 A:  I don't remember.
14 Q:  But you remember around the Super Bowl they
15     were showing up, don't you?
16 A:  Just because of the hype of them being in it.
17 Q:  Yes, sir.
18 A:  Yes.
19 Q:  And they were getting steroids, weren't they?
20 A:  I don't ... can't answer that.
21 Q:  Well, you were in the ... what do you think
22     they were there for?
23 A:  One of them was getting what they call a Prolo
24     solution. Others were just getting IV's, that
25     I was aware of.

Page 124

1  Q:  Okay.
2  A:  That was my assumption.
3  Q:  Okay. Then if you will look on 3-18-04, it
4      looks like we have here ... what is Cortef, C-O
5      ...
6  A:  That's for adrenal glands.
7  Q:  Okay. And what's the medical indication for
8      that?
9  A:  I assume he had low cortisol.
10 Q:  And would that be something that might be
11     performance enhancing?
12 A:  Not that I'm aware of.
13 Q:  Would it potentially add bulk for Mr. Burbella,
14     a bodybuilder?
15 A:  No, sir, I wouldn't think so.
16 Q:  And then it has 3 milliliter syringes. Do
17     those have to be prescribed?
18 A:  You can sign for them over-the-counter if you
19     want to, but ...
20 Q:  Right. These were on order from Dr. Shortt for
21     Bobby Jones?
22 A:  Yes, sir.
23 Q:  He had syringes and needles, correct?
24 A:  Yes, sir.
25 Q:  And then we've got Mr. Burbella again. He's

31 (Pages 121 to 124)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

**Page 125**

1    getting Testos, a compound. Did you compound
2    that?
3  A:  Testosterone Cypionate.
4  Q:  Yes, sir. You compounded that?
5  A:  I do compound that, yes, sir.
6  Q:  Okay. And what was the medical indication for
7    that?
8  A:  Low testosterone.
9  Q:  But you didn't confirm whether he had it or
10    not?
11  A:  No, sir.
12  Q:  And then Mr. Howell, the same day. Who is Mr.
13    Howell? Do you know him?
14  A:  No, sir.
15  Q:  He's also getting the same compounded
16    medication from Dr. Short, correct?
17  A:  That's correct.
18  Q:  A lot of that low testosterone running around
19    there, isn't it?
20  MR. ELLIOTT: Object to the form.
21  A:  It's called andropause.
22  Q:  What is it called?
23  A:  Andropause.
24  Q:  What is that?
25  A:  Low testosterone in men.

**Page 126**

1  Q:  Yes, sir. And but whether this man, Mr. Howe,
2    actually had it, you don't know, do you?
3  A:  No, sir.
4  Q:  And then the next one is, it's Bobby Jones.
5    He's getting ... he's got the same condition?
6  A:  Yes, sir.
7  Q:  Is it contagious?
8  MR. ELLIOTT: Object to the form.
9  MR. HOWARD: Objection.
10  A:  No.
11  Q:  And then Ken Butler is getting Testosterone,
12    another compounded medication?
13  A:  Yes, sir.
14  Q:  Okay. And what's the indication for that, the
15    same thing?
16  A:  Yes, sir.
17  Q:  Okay. And did you wonder that day when all
18    these people, these men showed up, otherwise
19    healthy looking men showed up, you didn't make
20    any kind of wondering in your mind, hey, you
21    know, maybe there's something funning going on
22    here?
23  MR. ELLIOTT: Object to the form.
24  MR. HOWARD: Object to the form.
25  Q:  It never even occurred to you?

**Page 127**

1  MR. ELLIOTT: Object to the form.
2  MR. HOWARD: Same objection.
3  A:  No, sir.
4  Q:  But you actually didn't do your counseling to
5    these people, did you?
6  A:  No, sir. I may have. I don't know. I don't
7    remember.
8  Q:  Yes, sir. You don't have any recollection of
9    counseling them, do you?
10  A:  No, sir.
11  Q:  And then we have ... pronounce that for me
12    again.
13  A:  Stanozolol.
14  Q:  STANOZOLOL. I see you've got that going to Mr.
15    Howe?
16  A:  Yes, sir.
17  Q:  What's the medical indication for that?
18  A:  Just to help to repair.
19  Q:  Help to repair. What's Mr. Howe's repair he
20    needs? He's getting that and the Testosterone.
21    What's his problem?
22  A:  Don't know, sir.
23  Q:  You recognize that these medications could be
24    used for steroid abuse; you recognize that,
25    don't you?

**Page 128**

1  A:  That's possible, yes, sir.
2  Q:  Yes, sir. But you didn't determine whether
3    they were doing it or not, did you?
4  A:  No, sir.
5  Q:  If you had a duty to counsel these men and to
6    determine whether there was a medical need for
7    it, you didn't do that, did you?
8  A:  Not at that time. I can't recall at this time.
9  Q:  Yes, sir. You don't have any recollection of
10    doing it, do you?
11  A:  No, sir. I may have talked to them though.
12  Q:  Well, isn't it true that you really weren't in
13    a position to question Dr. Shortt because he
14    was a very important customer of Congaree
15    Pharmacy?
16  MR. ELLIOTT: Object to the form.
17  A:  No, sir.
18  Q:  He was a good friend of Buster's, wasn't he?
19  A:  I can't answer that.
20  Q:  Okay. But you didn't question ... your
21    recollection, you never questioned anything Dr.
22    Shortt did, did you?
23  A:  I can't answer that.
24  Q:  You can't remember sitting here today anything
25    you ever questioned, did you?

32 (Pages 125 to 128)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

## Page 129

1  A:  I can't remember anything, no, sir.
2  Q:  Okay. You don't remember all these steroids,
3     every questioning them, do you?
4  A:  Only if I needed to get a refill and it was
5     refused or not. I don't know. I don't
6     remember.
7  Q:  But you never have a recollection of
8     questioning Dr. Shortt about these ... all
9     these fellows showing up needing these ...
10 A:  No, sir.
11 Q:  ... steroids?
12 A:  No, sir.
13 MR. ELLIOTT: Objection.
14 Q:  Not one time, do you?
15 MR. ELLIOTT: Let him finish.
16 MR. GERGEL: I'm sorry. Thank you.
17 Q:  Not one time do you remember questioning him,
18    do you?
19 MR. ELLIOTT: Objection. You can answer.
20 A:  No, sir.
21 Q:  You didn't question the hydrogen peroxide and
22    you didn't question the steroids, right?
23 MR. ELLIOTT: Objection.
24 A:  No, sir.
25 Q:  And then I see on March 23rd, you've got

## Page 130

1     Testosterone for Lewis Williams. Why did he
2     need it?
3  A:  I can't answer that, sir, other than making my
4     assumptions.
5  Q:  Yes, sir. It would have to be a guess,
6     wouldn't it?
7  A:  Yes, sir.
8  Q:  Because you didn't determine it?
9  A:  That's a small amount.
10 Q:  Yes, sir. Now, what is Progesterone?
11 A:  It's a female hormone.
12 Q:  Why would you be giving men Progesterone?
13 MR. ELLIOTT: Where are you?
14 MR. GERGEL: Page ... the next page, date 4-5-04.
15 MR. ELLIOTT: Minnie Allen, the third down.
16 Q:  I guess that's a woman, Minnie Allen.
17 A:  I would assume that to be a female.
18 Q:  Okay. We've got some other ones.
19 MR. ELLIOTT: It doesn't say that though, does it?
20 MR. DAWN: No.
21 Q:  Did you give any ... did you ever dispense
22    Tamoxifen to a male?
23 A:  Yes.
24 Q:  And who did you do that ...
25 A:  I think it was ... the only one I can remember

## Page 131

1     is John Henry. I'm trying to think of his last
2     name.
3  Q:  And why would you give a man Tamoxifen?
4  A:  He was ... I'm not sure if it was treating
5     prostate cancer or something like that.
6  Q:  How about Clomiphene, have you ever given that
7     to a man?
8  A:  Not that I'm aware of.
9  Q:  That wouldn't be a medical indication for a man
10    to get those, would it?
11 A:  Off the top of my head, I can't think of any,
12    but ...
13 Q:  Then I see on the 4-5-04, you are giving
14    Testosterone to Don Bundrich and Arthur
15    Burnett. Do you see that?
16 A:  Right.
17 Q:  And again, they must be running low, huh?
18 A:  Arthur Burnett sure is.
19 Q:  How is that?
20 A:  It's an old man.
21 Q:  How about the Don Bundrich?
22 A:  I don't ... the name rings a bell, but I can't
23    remember him.
24 Q:  Okay. Then if you go down to 4-22-04, same
25    page, Jeffrey Mitchell, he's getting

## Page 132

1     Testosterone. Do you know who Mr. Mitchell is?
2  A:  I think he's a football player now.
3  Q:  Yeah. He's a lineman for the Panthers, isn't
4     he?
5  A:  I don't know.
6  Q:  Isn't that who that is? He weighs about 360
7     pounds?
8  A:  Uh-huh.
9  Q:  Do you think many people who are lineman for
10    the NFL might have a low testosterone problem?
11 A:  Yes, sir.
12 Q:  You think so?
13 A:  Yes, sir.
14 Q:  Did you determine independently that he had
15    such a problem?
16 A:  That's a combination there, that's Testosterone
17    and DHEA.
18 Q:  And what's DHEA?
19 A:  It's also a male hormone. Well, it's a
20    hormone.
21 Q:  Are you aware that combination is banned by the
22    NFL?
23 A:  No, sir, Im' not aware of that.
24 Q:  Okay. What's CPD DMPS?
25 A:  That's a kelator.

33  (Pages 129 to 132)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

---

**Page 133**

1  Q:  What does that do?
2  A:  It removes metals.
3  Q:  And then we've got ... what is Ketoroiac.
4  A:  Ketoroiac.
5  Q:  Ketoroiac.
6  A:  It's a pain medication.
7  Q:  Okay. Ambien is a pain medication?
8  A:  No, Ambien is a sleep medication.
9  Q:  Hydrocodone?
10  A:  Pain medication.
11  Q:  That's a pain medication. And that's Mr.
12    Steussie, correct, the gentleman we talked
13    about earlier?
14  A:  Yes, sir.
15  Q:  Go to the ... it's the eighth page in. It's 5-
16    13-04. Who is Dewey Skidmore?
17  A:  I don't know, sir.
18  Q:  Do you know why he needed a steroid?
19  A:  No, sir.
20  Q:  Do you know that's the same steroid banned ...
21    which Ben Johnson got banned for life for? You
22    don't know why you are dispensing that
23    medication?
24  MR. ELLIOTT: Object to the form.
25  Q:  Go ahead and answer.

---

**Page 134**

1  A:  No, sir. They are a refill.
2  Q:  Yes, sir. You didn't question it?
3  A:  No, sir.
4  Q:  And then I see you've got Mr. Steussie back
5    here getting another pain medication on 5-24,
6    correct?
7  A:  Yes, sir.
8  Q:  Okay. And then you are dispensing to a Bobby
9    Jones, who we've talked about earlier, syringes
10    and injectable steroids.
11  A:  Yes, sir.
12  Q:  Correct?
13  A:  That's correct.
14  Q:  What is Mr. Jones' need for that?
15  A:  I can't answer that, sir.
16  Q:  But you are in there dispensing needles to the
17    man?
18  A:  Yes, sir. You have to have those to inject.
19  Q:  Yes, sir. Injecting steroids, huh?
20  A:  Yes, sir. Well, it's Testosterone.
21  Q:  Yes, sir. Then I see you've got Mr. Steussie
22    on 5-24. He's getting Testosterone now.
23  A:  Uh-huh.
24  Q:  Correct?
25  MR. ELLIOTT: Testosterone.

---

**Page 135**

1  Q:  Testosterone?
2  MR. GERGEL: Thank you.
3  A:  Yes, sir.
4  Q:  And you knew Mr. Steussie was a professional
5    football player, didn't you?
6  A:  I know it now.
7  Q:  Did you know then?
8  A:  I don't know.
9  Q:  Have you appeared before a Grand Jury regarding
10    this matter?
11  A:  No, sir.
12  Q:  Then you've got 5-25-04, you've got compounded
13    Testosterone to a Larry Druffel. Who is Mr.
14    Druffel?
15  A:  I don't know him, sir.
16  Q:  What was his medical need for this drug?
17  A:  Based on there, I'd say it's testosterone
18    replacement.
19  Q:  But you don't really know?
20  A:  No, sir.
21  Q:  And then you've got a Robert Muncaster. Why
22    did he need it? Another steroid.
23  A:  I can't answer.
24  Q:  Do you have ... I mean how common is giving
25    steroids to healthy younger men? Is that a

---

**Page 136**

1    common part of your pharmacy practice?
2  A:  I'm not sure if these are healthy younger men.
3  Q:  Let's assume they are. My question is how
4    common is that, other than from Dr. Shortt?
5  A:  I've seen it from other physicians.
6  Q:  Anywhere in this level?
7  A:  These are small ...
8  MR. ELLIOTT: Object to the form.
9  A:  These are small levels.
10  Q:  Now, I'm talking about the number of patients.
11    Who is doing it, other than Dr. Shortt, in
12    large numbers of patients?
13  A:  Lexington Urology.
14  Q:  Who at Lexington Urology is dispensing steroids
15    to healthy patients?
16  A:  I can't tell you if ...
17  MR. ELLIOTT: Objection.
18  A:  I can't answer that. I can tell you that we
19    have gotten prescriptions from a lot of doctors
20    for testosterone creams and injections.
21  Q:  And I see again you've got more Ambien for Todd
22    Steussie on 5-25. Have you ever heard of
23    patients who are on steroids will have trouble
24    sleeping?
25  A:  No, sir.

34 (Pages 133 to 136)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

### Page 137

1  Q:  You didn't know that?
2  A:  No, sir.
3  MR. ELLIOTT: We've been going about an hour.  Do you
4      need a break?
5  MR. DAWN: I can go a little longer.
6  MR. GERGEL: When you are ready, you let me know.
7  Q:  Looking at 6-29-04, Mr. Druffel is back getting
8      more Testosterone Cream?
9  A:  Yes, sir.
10 Q:  Do you know why he needs that?
11 A:  Well, it's on a daily ... he's getting a very
12     small amount and I would assume that it's still
13     or testosterone replacement.  It's done on a
14     monthly basis.  It's nothing unusual about
15     that.
16 Q:  And then I see Mr. Mitchell is back on 7-8-04.
17     He's getting another compounded steroid; is he
18     not?
19 A:  I'm sorry, what was the date, sir?
20 Q:  7-8-04.
21 A:  Okay.
22 Q:  Do you know Mr. Mitchell?
23 A:  Personally, no, sir.
24 Q:  Okay.  If you are dispensing to him, shouldn't
25     you have conversations with him?

### Page 138

1  A:  Possibly.  That's a refill.
2  Q:  Do you ever have a specific recollection of
3      talking to a football player and counseling
4      that football player about the dangers of
5      steroids?
6  A:  No, sir.
7      (OFF THE RECORD TO CHANGE THE VIDEO TAPE.)
8  Q:  Going back on the record, we're still using the
9      Physician Utilization Report.  And if I could
10     refer you to August 24, 2004.  And you have got
11     another order here for Mr. Steussie.  Do you
12     know who Mr. Steussie is?
13 A:  Yes, sir.
14 Q:  Who is Mr. Steussie?
15 A:  He's a football player for the Panthers, or
16     was.
17 Q:  Was.  I believe he's with Tampa Bay now?  About
18     6'6:, weighs about 350 pounds?  Kind of
19     distinctive looking guy, isn't he?
20 A:  I suspect he would be, yes, sir.
21 Q:  Yeah.  And he ... I see you are giving him
22     steroids, and pain medications, and Ambien,
23     correct?
24 A:  Yes, sir.
25 Q:  You are unfamiliar that there could be an

### Page 139

1      association with an inability to sleep with
2      steroids; is that correct?
3  A:  That's correct, sir.
4  Q:  But you are giving him steroids, correct?
5  A:  I'm giving him Testosterone.
6  Q:  Yes, sir.  And you are giving him Ambien and
7      you are giving him pain medication, correct?
8  A:  I have never heard of sleep disorders with
9      Testosterone.
10 Q:  Okay.  But you installed these, but you have no
11     recollection of counseling him about this?
12 A:  No, sir.
13 Q:  Let me go back if we could to the second page
14     here and we'll go to 1-29 and 1-30-04, and I
15     know that you are not the dispensing agent, Mr.
16     Phillips is, but there is a Todd Sauerbrun.  Do
17     you see him here?  And there's Tamoxifen and
18     Clomiphene.
19 A:  Yes, sir.
20 Q:  And I believe you told me there might be, for
21     prostate cancer, a Tamoxifen ... it might be
22     appropriate for Tamoxifen.  Isn't that what you
23     told me earlier?
24 A:  No.  I'm making a little bit of a guess.
25 Q:  All right.

### Page 140

1  A:  I think that's what it's for.
2  Q:  But you don't really know?
3  A:  No, sir.
4  Q:  It's a female hormone, is it not?
5  A:  That's correct.
6  Q:  And then what is Clomiphene for?
7  A:  Generally, if I remember correctly, it's given
8      for mostly females.  I don't know why it's
9      given to a male.
10 Q:  Yeah.  And Mr. Sauerbrun is what, the field
11     goal kicker for the Panthers?
12 A:  I don't know, sir.
13 Q:  You don't know that?
14 A:  No.
15 Q:  You don't know Mr. Sauerbrun?
16 A:  No, sir.
17 Q:  Okay.  But you don't know of any indication why
18     he would need Tamoxifen, Clomiphene, needles,
19     syringes and other steroids, all which are
20     provided here?  Do you see that?
21 A:  I see that, yes, sir.
22 MR. ELLIOTT: Objection.
23 Q:  Did you ever hear the report that some of these
24     females hormones are used to cover up the
25     presence of the steroids for the NFL testing?

35  (Pages 137 to 140)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

**Page 141**

1  A:  No, sir.
2  Q:  You didn't know that?
3  A:  No, sir.
4  Q:  But you don't know a medical indication for all
5      this mixture, do you?
6  A:  No, sir.
7  Q:  Knowing he is a professional football player,
8      this mixture is not understandable to you, is
9      it?
10 A:  I don't under ... I don't know why he's using
11     those two, no, sir.
12 Q:  All those different medications, do you?
13 A:  No, sir.
14 Q:  I mean we've got steroids, we've got male
15     steroids, female steroids, we've got needles
16     and syringes, correct?
17 A:  That's what it looks like, yes, sir.
18 Q:  If you were looking at someone who was
19     prescribing steroids to football players, this
20     is the kind of pattern you would expect to see,
21     isn't it?
22 MR. ELLIOTT: Object to the form.
23 A:  I can't answer that.
24 Q:  Okay.  Are there risks associated with multiple
25     prescriptions of Testosterone?

**Page 142**

1  A:  Testosterone?
2  Q:  Testosterone.  I'm going pronounce it right
3      yet.
4  A:  I've not known of any ...
5  Q:  You don't know of any risks?
6  A:  ... his risks of Testosterone, other than
7      mostly in women, which have been they grow hair
8      and voices deepens, et cetera.
9  Q:  Like the East German swimmers?
10 A:  I guess, yes, sir.
11 (PLAINTIFF'S EXHIBIT NUMBER 10 WAS MARKED FOR
12 IDENTIFICATION PURPOSES.)
13 Q:  Let me hand you Exhibit Number 10, which is the
14     ... relates to the suspension of Dr. Shortt by
15     the Board of Medical Examiners.  Are you
16     familiar with that document?
17 A:  No, sir.
18 Q:  Go to the second page of that exhibit.  It's
19     titled, Order of Temporary Suspension.  You
20     have not seen that document before?
21 A:  No, sir.
22 Q:  Okay.  Let's look at the second whereas.  It
23     says, whereas, beginning no later than January
24     4, 2004, and continuing thereafter, Respondent
25     prescribed testosterone, an anabolic steroid,

**Page 143**

1  and it lists patients, and to others in doses
2  and frequencies that were extremely unlikely to
3  have been prescribed with any legitimate
4  medical justification.  Do you have any quarrel
5  with that statement?
6  A:  I can't ... I don't know how they were
7      prescribed without looking at them.
8  Q:  But you're not in a position to challenge the
9      Board of Medical Examiners statement up there
10     without ...
11 A:  Not at this time, no, sir.
12 Q:  Yes, sir.  And then it says, whereas, during
13     the same period, Respondent issues
14     prescriptions for Tamoxifen and Clomiphene for
15     one or more of the above-referenced male
16     patients for which there is no FDA approved
17     indication.  You don't have any way to question
18     that?
19 A:  No, sir.
20 Q:  Go to the next page.  And under a series of (a)
21     through (e), it says, that he ... it says,
22     Respondent has engaged in a number of other
23     practices that other physicians have previously
24     testified under oath to have been outside the
25     standard of care.  And first, until stopped by

**Page 144**

1  a Cease and Desist Order, Respondent regularly
2  infused patients with intravenous hydrogen
3  peroxide.  Do you see that?
4  A:  Uh-huh.
5  Q:  Now, first of all, you were aware that he was
6      regularly infusing patients with intravenous
7      hydrogen peroxide, correct?
8  A:  Yes, sir.
9  Q:  And you are also aware, as stated here, that it
10     was outside the standard of care, correct?
11 MR. ELLIOTT: Objection.
12 MR. HOWARD: Objection.
13 Q:  Go ahead and answer it.
14 A:  It's not a normal type of care.
15 Q:  Yes, sir.  And you knew that at the time,
16     didn't you?
17 A:  I don't ... that it was different, yes, sir.
18 Q:  Yes, sir.  And you knew it wasn't the normal
19     standard of care practice for physicians?  You
20     knew that, didn't you?
21 MR. ELLIOTT: Objection.
22 A:  Yes, sir.
23 Q:  And then it goes onto say, on at least one
24     occasions, Respondent prescribed testosterone
25     for a terminally ill prostate cancer patient.

36  (Pages 141 to 144)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

## Page 145

1    Would that be inappropriate to prescribe
2    testosterone to a terminally ill cancer ...
3    prostate cancer patient?
4  A:  Not necessarily.
5  Q:  Even though there was a ... you think that
6    would be an appropriate thing to do?
7  A:  I've understood that that seems to help some
8    folks.
9  Q:  Okay. Who told you that?
10 A:  I discussed that with Buster.
11 Q:  Buster is your source for that information?
12 A:  Yes, sir. I did not look it up, no, sir.
13 Q:  Okay. And then ) Respondent also assisted the
14   same patient referenced in subparagraph (b)
15   above with obtaining Laetrile, a substance that
16   is illegal in the United States. Are you
17   familiar with Laetrile?
18 A:  I've heard of it, yes, sir. It comes from
19   peach pits, I believe or ...
20 Q:  Yeah, apricot pits.
21 A:  ... apricot pits.
22 Q:  Yes, sir. Another one, Respondent diagnosed
23   and treated patients for Lyme disease. Were
24   you aware that Dr. Short had this epidemic of
25   Lyme disease in his office?

## Page 146

1  A:  No, sir.
2  Q:  You weren't aware of that? Were you giving
3    medications for treatment?
4  MR. HOWARD:  I would object to the form of that
5    question.
6  MR. GERGEL:  Epidemic?
7  Q:  But it would be fair to say on a number of
8    counts upon which the Board of Medical
9    Examiners is acting to temporarily suspend Dr.
10   Shortt, he obtained medications from Congaree
11   Pharmacy, did he not?
12 MR. ELLIOTT:  Object to the form.
13 A:  I can't answer that. I don't know.
14 Q:  Well, we certainly know he got the hydrogen
15   peroxide, don't we?
16 A:  I don't know if he did or not. Did he?
17 Q:  Well, you don't know that he got hydrogen
18   peroxide from ...
19 A:  I don't know what time frame you are talking
20   about, sir.
21 Q:  Well, let's assume that if it involves Ms.
22   Bibeau, you are the source, you are the
23   pharmacist that compounded the hydrogen
24   peroxide, correct?
25 A:  Yes, sir.

## Page 147

1  Q:  And you don't know of any other place Dr.
2    Shortt could have gotten it other than if
3    Congaree Pharmacy hadn't give it to him, do
4    you?
5  A:  Maybe I'm misunderstanding your question.
6  Q:  Yes, sir. You're not aware of any other place
7    Dr. Shortt could have gotten his hydrogen
8    peroxide, right, that day when Ms. Bibeau was
9    there if he hadn't gotten it from Congaree
10   Pharmacy, do you?
11 A:  No, sir.
12 Q:  Okay.
13 A:  Unless he ... there are other places, but ...
14 Q:  But at the time, you certainly weren't aware of
15   any?
16 A:  I wasn't aware of them, no, sir.
17 Q:  But for you compounding it, Ms. Bibeau wouldn't
18   have had it that day; is that fair?
19 MR. ELLIOTT:  Object to the form.
20 A:  No, I don't ... I can't answer that.
21 Q:  Are you aware of any other place she could have
22   gotten it, that he could have gotten it for her
23   that day, other than from you?
24 A:  Sure. Any other compounding pharmacy.
25 Q:  Are you aware of any others who would actually

## Page 148

1    compound hydrogen peroxide?
2  A:  I'm not aware that they did or didn't.
3  Q:  You're not aware of any that do, are you?
4  A:  I know that other pharmacies compound. Whether
5    they compounded that, I can't answer that.
6  Q:  Well, there's one thing compounding.
7    Compounding hydrogen peroxide is what I'm
8    asking. Are you aware of any other pharmacy,
9    to your own personal knowledge, that compounds
10   hydrogen peroxide?
11 A:  No, sir.
12 Q:  Are you aware of any other specific
13   pharmacists, other than this Affidavit from
14   Marty Jones after the fact, that there was
15   hydrogen peroxide ... pharmacists who compounds
16   hydrogen peroxide?
17 A:  No, sir.
18 Q:  Now, were you present the day that SLED
19   appeared and executed its Search Warrants?
20 A:  Yes, sir. I came in after they had arrived.
21 Q:  And what did they take out of the pharmacy?
22 A:  I'm not sure. They took out records.
23 Q:  Computers?
24 A:  Computers and records, yes, sir.
25 Q:  And were you aware there was a Search Warrant

37 (Pages 145 to 148)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

Page 149

1     that was ...
2  A:  I'm assuming that there would be if they were
3     taking all of that, yes, sir.
4  Q:  Yes, sir. And did you ever see the Search
5     Warrant?
6  A:  No, sir.
7  Q:  Were you aware there were allegations that
8     there was a confidential informant who raised
9     the distribution of steroids by Dr. Shortt and
10    Congaree Pharmacy?
11 A:  Not at that time.
12 Q:  You are aware of it now?
13 A:  I understand there is one.
14 Q:  Do you know who that person was?
15 A:  No, sir.
16 Q:  But you understand there was a confidential
17    source?
18 A:  Yes, sir.
19 Q:  Have you retained criminal counsel?
20 A:  No, sir.
21 Q:  Has anyone questioned you?
22 A:  No, sir.
23 Q:  But you don't have any recollection on any of
24    these steroid prescriptions that we've looked
25    at that you ever actually made an independent

Page 150

1     determination that it was medically indicated
2     for them to get this drug?
3  A:  No, sir.
4  Q:  And you can't remember making an independent
5     conclusion that it was safe, do you?
6  A:  As far as testosterone?
7  Q:  Or any of the drugs or the steroids?
8  A:  I felt that what I dispensed would have been
9     safe, yes, sir.
10 Q:  Did you ... you have no recollection of
11    actually providing counseling to any of them,
12    do you?
13 A:  I have no recollection of it, no, sir.
14 Q:  To your knowledge, Dr. Shortt was not engaged
15    in approved clinical trials when he was
16    utilizing hydrogen peroxide intravenously, was
17    he?
18 A:  Not to my knowledge.
19 Q:  And he had not submitted an FDA ... to the FDA,
20    a new drug application for the intravenous use
21    of hydrogen peroxide, had he?
22 A:  I can't answer that. I don't know.
23 Q:  Not to your knowledge, correct?
24 A:  Correct.
25 Q:  And you didn't dispense or deliver the hydrogen

Page 151

1     peroxide to him with the understanding that
2     this was part of research or an approved
3     clinical trial, did you?
4  A:  I didn't know that it was research or not, no,
5     sir.
6  Q:  Okay. But although you knew it was not FDA
7     approved, you really didn't determine what
8     authority he had or you had to be selling an
9     unapproved drug, did you?
10 A:  Other than he's a member of the Oxidated
11    Therapy.
12 Q:  He's a member of the Oxidated Therapy
13    Association?
14 A:  Whatever that's called.
15 Q:  But whether that's a bunch of quacks or not,
16    you have no idea, do you?
17 MR. ELLIOTT: Object to the form.
18 A:  I have no idea, no, sir.
19 Q:  And do you know the Oxidated Medical
20    Association contains a bunch of people who make
21    a living or make money trying to sell this
22    unapproved drug? Are you aware of that?
23 A:  I'm not aware of anything about them hardly.
24 Q:  Are you aware that there have been disciplinary
25    actions in multiple states against these

Page 152

1     members ...
2  A:  No, sir.
3  Q:  ... for intravenous use of hydrogen peroxide?
4  A:  No, sir.
5  Q:  You didn't make any inquiry about whether there
6     had been such?
7  A:  No, sir.
8  Q:  Are you aware that's a matter of public record
9     in numerous states of these people being
10    disciplined?
11 MR. ELLIOTT: Object to the form.
12 A:  No, sir.
13 Q:  This was part of the research you didn't do,
14    right?
15 MR. ELLIOTT: Object to the form.
16 A:  No, sir.
17 Q:  Are you still dispensing drugs or delivering
18    drugs from Congaree Pharmacy to practitioners
19    without written prescriptions?
20 A:  I am delivering drugs for office use without
21    written prescriptions, yes, sir.
22 Q:  And that's ... is that Dr. Ghen and Dr. Rozema?
23 A:  That would be Dr. ... that could be Lexington
24    Urology.
25 Q:  What kind of drugs are you doing there?

38 (Pages 149 to 152)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

Page 153

1  A:  They are manufactured drugs.
2  Q:  They are manufactured drugs?
3  A:  Yes, sir.
4  Q:  What do you mean?  Like what?
5  A:  Furosemide injections.  I can't tell you off
6      the top of my head.  They call and ...
7  Q:  These are commercially available drugs?
8  A:  Yes, sir, that they ask us to buy for them for
9      their office use.
10  Q:  So they are commercially available drugs?
11  A:  Yes, sir.
12  Q:  FDA approved?
13  A:  Yes, sir.
14  Q:  Do you have any drugs you are delivering that
15      you are compounding, which are not FDA
16      approved, and that you are providing to
17      practitioners without a written prescription?
18  A:  I would assume, other than the ... are you
19      talking about other than the two we've talked,
20      Dr. Ghen and Rozema?
21  Q:  Ghen and Rozema ...
22  A:  Are we still doing ... we still have some of
23      the injections for those folks.
24  Q:  These were IV's?
25  A:  Yes, sir, the Taurine and the Pyridoxine and

Page 154

1      the Dexpanthenol.
2  Q:  But you are doing those with the understanding
3      that they are being administered under medical
4      supervision, correct?
5  A:  Yes, sir.
6  Q:  And your belief is that any intravenous
7      medications need to be under medical
8      supervision, correct?
9  A:  Yes, sir.
10  Q:  But you are doing them without prescriptions,
11      correct?
12  A:  That's correct.
13  Q:  Mr. Dawn, let me talk to you a little about
14      your financial status.  Tell me first of all
15      about your assets and then I want to talk about
16      your liabilities.
17  A:  My assets?
18  Q:  Yes, sir.
19  A:  I own my home.
20  Q:  And where is that?
21  A:  In St. Andrews area.
22  Q:  What's the address?
23  A:  3425 Bronte Road.
24  Q:  How long have you been there?
25  A:  Thirty-two ... 31 years.

Page 155

1  Q:  And what is the ... I take it there's not a
2      mortgage on it?
3  A:  No, sir.
4  Q:  And what's the approximate value of that home?
5  A:  I'm not sure.
6  Q:  What's the appraised value?
7  A:  If I was to guess, probably 60.
8  Q:  Sixty thousand?
9  A:  Sixty thousand dollars, yes, sir.
10  Q:  Is that the assessed value of it for tax
11      purposes?
12  A:  I can't answer that.  I'd have to look up the
13      records.
14  Q:  Okay.  How do you spell Bronte?
15  A:  B-R-O-N-T-E.
16  Q:  What other assets do you have?
17  A:  A car.
18  Q:  Do you own that?
19  A:  Yes, sir.
20  Q:  What year is that?
21  A:  2002 Subaru.
22  Q:  Do you own any other real estate?
23  A:  No, sir.
24  Q:  Do you own ... do you have CD's or stocks?
25  A:  I've got an IRA.

Page 156

1  Q:  How much is that?
2  A:  Hundred and ... 130, $140,000, I think.
3  Q:  What other assets do you have?
4  A:  That's all I can think of at the time.
5  Q:  How about cash in bank, that kind of thing?
6  A:  I don't know right off the bat.
7  Q:  Approximately?
8  A:  Thirty thousand or so.
9  Q:  Do you own any stocks?
10  A:  Other than what's in my IRA.
11  Q:  How about liabilities?
12  A:  None that I'm aware of.
13  Q:  And you have mentioned to me that you live in
14      Spring Valley ... I mean in St. Andrews.  Are
15      you a member of a church there?
16  A:  No, sir.
17  Q:  Are you a member of any civic organizations?
18  A:  No, sir.
19  Q:  Are you a member of any social organizations?
20  A:  No, sir.
21  Q:  Are you a member of any group, other than
22      perhaps your state pharmacy association?
23  A:  Just my professional groups.
24  MR. GERGEL: Let's take a break just for a minute, if
25      we could.

39  (Pages 153 to 156)

1116 Blanding St., Suite 1B / Columbia, SC 29201
(803) 252-3445 / (800) 822-0896

Page 157

1          (OFF THE RECORD.)
2   Q:   Mr. Dawn, I understand that you have liability
3        insurance; is that correct?
4   A:   Through the pharmacy.
5   Q:   Through the pharmacy. And are you aware that
6        there have been offers to settle the case
7        within policy limits? Are you aware of that?
8   A:   Yes, sir.
9   Q:   Are you aware of your right to seek legal
10       counsel to protect your assets by demanding
11       that your carrier accept settlement offers
12       within policy limits? Are you aware of your
13       right?
14  A:   No, sir.
15  Q:   I think you are now learning of that, of that
16       right. Are you aware of your right to retain
17       your own counsel and to make demands on your
18       carrier to settle within policy limits?
19  A:   No, sir.
20  Q:   Are you aware that if the carrier unreasonably
21       refuses to accept settlement within policy
22       limits and you have made such a demand, that
23       the insurance company can be responsible for
24       verdicts in excess of your policy limits? Are
25       you aware of that?

Page 158

1   A:   No, sir.
2   Q:   You are learning that for the first time
3        sitting here?
4   A:   Yes, sir.
5   Q:   Were you aware that Dr. Shortt was selling
6        human growth hormone out of his office?
7   A:   No, sir.
8   Q:   What is human growth hormone?
9   A:   HGH, I think. I don't know a lot about it.
10  Q:   It's a drug?
11  A:   Yes, sir.
12  Q:   And do doctors supposed to be wholesalers or
13       retailers of drugs that are not dispensed by
14       pharmacists?
15  A:   Doctors can dispense out of their office, yes,
16       sir.
17  Q:   Even without a prescription, something like
18       human growth hormone?
19  A:   He's the doctor. He can write the
20       prescription.
21  Q:   But can he be the ... can he be the pharmacist
22       and the doctor?
23  A:   That's my understanding.
24  Q:   Okay. You were not aware that he was
25       dispensing human growth hormone to football,

Page 159

1        professional football players?
2   A:   No, sir.
3   Q:   We earlier discussed the issue of the cause of
4        death of Ms. Bibeau and I think you have told
5        me that it's really outside of your area of
6        expertise; is that fair?
7   A:   Yes, sir.
8   (PLAINTIFF'S EXHIBIT NUMBER 11 WAS MARKED FOR
9   IDENTIFICATION PURPOSES.)
10  Q:   But as Exhibit 11 sets forth, the pathologist,
11       Dr. Clay Nichols, reached a conclusion that the
12       cause of death was secondary to shock from the
13       administration of hydrogen peroxide; is that
14       correct?
15  A:   I don't know. Is that what ...
16  Q:   Have you ever seen this document before?
17  A:   No, sir.
18  Q:   If you will turn to the second page of the
19       document under Cause of Death, cardiac arrest
20       due to systemic shock and DIC due to iatrogenic
21       infusion of hydrogen peroxide. Do you see
22       that?
23  A:   I see that, yes, sir.
24  Q:   Okay. Is that the first time you have learned
25       that, that Dr. Nichols had reached that

Page 160

1        conclusion as to the cause of death?
2   A:   No, sir, I've heard that.
3   Q:   Yes, sir. And I take it that as a forensic
4        pathologist, Dr. Nichols would have expertise
5        in areas beyond yours as to the cause of death;
6        is that correct?
7   A:   Possibly.
8   Q:   Yes, sir. But, well, you told me you are not
9        ...
10  A:   It would certainly be more than mine.
11  Q:   Yes, sir.
12  A:   I didn't do any ...
13  Q:   And you are not in a position to challenge Dr.
14       Nichols' conclusions here, are you?
15  A:   No, sir.
16  Q:   Were you aware that he found air emboli in the
17       pulmonary arteries? Were you aware of that?
18  A:   No, sir.
19  Q:   Are you aware that air emboli are one of the
20       complications associated with the intravenous
21       administration of hydrogen peroxide?
22  A:   No, sir, I wasn't.
23  Q:   Okay. But we did look earlier at Martindale
24       and it talked about emboli being a risk of
25       hydrogen peroxide?

40  (Pages 157 to 160)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

**Page 161**

1  A:  Yes, sir.
2  Q:  And the presence of air emboli in her
3       bloodstream would be consistent with a
4       complication from intravenous administration of
5       hydrogen peroxide, wouldn't it?
6  MR. ELLIOTT: Objection.
7  Q:  Go ahead and answer.
8  A:  It's possible.
9  MR. HOWARD: I object to the form of the question,
10      also.
11 Q:  And also, the presence of the disseminated
12      intravascular coagulopathy is also a reported
13      complication associated with the intravenous
14      use of hydrogen peroxide, is it not?
15 MR. ELLIOTT: Same objection.
16 MR. HOWARD: Same objection.
17 A:  Along with other things, yes, sir.
18 Q:  Well, are you aware of anything, other than
19      hydrogen peroxide, that is associated with both
20      air emboli and haemolysis?
21 A:  Not at this time, no, sir.
22 Q:  The only one you know that is associated with
23      both of those conditions would be the
24      intravenous administration of hydrogen
25      peroxide; is that fair?

**Page 162**

1  MR. ELLIOTT: Objection.
2  A:  That's a possibility.
3  Q:  You don't know of any other, other than ...
4  A:  Not at this time, no, sir.
5  Q:  Yes, sir.
6  MR. GERGEL: Thank you.  I don't have any further
7       questions, Mr. Dawn.
8  MR. ELLIOTT: Do you have any questions?
9  MR. HOWARD: No.
10 MR. DAWN - EXAMINATION BY MR. ELLIOTT:
11 Q:  I just have a couple.  Mr. Dawn, do you know
12      what the strength of the hydrogen peroxide
13      compound injection was that Dr. Shortt
14      administered to Ms. Bibeau in or around March
15      of 2004?
16 A:  The actual strength of the IV itself?
17 Q:  Correct.
18 A:  It was a lot lower than 3 percent.
19 Q:  Was it .03 percent?
20 A:  .03 is what I ...
21 MR. GERGEL: I'm going to object, leading.
22 Q:  Do you know what strength it was?
23 A:  I understood it was a hundredfold reduction in
24      concentration.
25 Q:  So what would a hundredfold equate to?

**Page 163**

1  A:  That would be .03.
2  Q:  All right.  When the compound was provided to
3       Dr. Shortt, was it your understanding that it
4       would be diluted further than what the strength
5       was that Congaree provided?
6  A:  That is correct.
7  Q:  Are you a medical doctor?
8  A:  No, sir.
9  Q:  Are you licensed to prescribe medication?
10 A:  To prescribe medication, no, sir.
11 Q:  Are you an attorney?
12 A:  No, sir.
13 MR. ELLIOTT: Thank you.
14 MR. DAWN - RE-EXAMINATION BY MR. GERGEL:
15 Q:  Just a couple of questions occasioned by my
16      friend, Mr. Elliott's questions.  While you are
17      not a lawyer, you certainly have a duty to
18      comply with the State Pharmacy Act, do you not?
19 A:  Yes, sir.
20 Q:  And part of that duty is to review ... where
21      there's a prescription drug order, you ... I'm
22      referring to the top of that page K there.
23 MR. ELLIOTT: What exhibit are you looking at?
24 MR. GERGEL: Thank you very much.  I need to do that.
25 Q:  Exhibit Number 8, and we are looking the 40-43-

**Page 164**

1       86(k).  A pharmacist shall review the pharmacy
2       patient record in each prescription drug order
3       for dispensing for purposes of promoting
4       therapeutic appropriateness by identifying, and
5       it lists various things you are supposed to do;
6       is that correct?
7  A:  That's correct.
8  Q:  So though you are a licensed pharmacist and not
9       a medical doctor, you do have duties before you
10      fill a prescription drug order, do you not?
11 A:  A prescription, yes, sir.
12 Q:  Yes, sir.  And those include assessing the drug
13      disease contraindications, correct?
14 A:  Yes, sir.
15 Q:  And if there are potential complications, you
16      are supposed to take steps to resolve the
17      problem, including consultation with the
18      practitioner; isn't that correct?
19 A:  Yes, sir.
20 Q:  Okay.  And you are supposed to offer
21      counseling, aren't you?
22 A:  Yes, sir.
23 Q:  Now, you mentioned that it was your
24      understanding what Dr. Shortt was going to do
25      was to dilute further this compounded

41 (Pages 161 to 164)

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)

---

Page 165

1    medication you had already diluted; is that
2    correct?
3    A:   Yes, sir.
4    Q:   And you understood this, but you never spoke to
5    him directly about it?
6    A:   Not directly, no, sir.
7    Q:   And how he was going to use it was not placed
8    on the directions for use on your label, was
9    it?
10   A:   No, sir.  My understanding is that he is
11   responsible for how he is going to use it.
12   Q:   But when you ... normally, when you label
13   something, whether a non prescription drug or
14   a prescription drug, it's supposed to have
15   directions for use on it, does it not?
16   MR. ELLIOTT: Object to the form.
17   Q:   Go ahead and answer.
18   MR. ELLIOTT: Same objection.
19   A:   The directions was for clinic use.
20   Q:   Yes, sir.  But there was no directions as to
21   the regimen utilized, was there?
22   A:   No, sir. It was for his determination.
23   Q:   Yes, sir.  But whether you have a duty to put
24   that on the label, you don't really know, do
25   you?

---

Page 166

1    MR. ELLIOTT: Object to the form.

2    A:   In this case, I don't feel that we had to.

3    Q:   Okay.  Now, whether at .03 percent it could ...

4    the hydrogen peroxide administered

5    intravenously could create haemolysis or air

6    emboli, you don't really know, do you?

7    A:   No, sir.

8    Q:   And didn't know at the time, did you?

9    A:   No, sir.

10   Q:   Didn't do any investigation to determine it,

11   did you?

12   A:   No, sir.

13   MR. ELLIOTT: Objection.

14   MR. GERGEL: No further questions.

15   (There being no further questions, the deposition

16   concluded at 1:13 p.m.)

42  (Pages 165 to 166)

CREEL COURT REPORTING, INC.

**A**

able 76:5
above-referenced
  143:15
abuse 127:24
academic 115:5
accept 157:11,21
access 103:1
accidental 30:24
accommodate 5:12
accurate 21:5 49:14
  49:16
acknowledge 17:6
  80:7
acquire 107:13
act 16:2 45:25 48:5
  69:10,12,15 163:18
acting 146:9
action 4:4
actions 7:6 151:25
actual 162:16
acute 31:14 33:10,14
add 124:13
address 48:17 79:9
  154:22
addressing 40:24
administer 50:10
  58:4
administered 58:8
  59:16 154:3 162:14
  166:4
administration 27:7
  31:6,9,12 59:21
  93:24 159:13
  160:21 161:4,24
adrenal 124:6
Adverse 29:22 30:4
advice 25:2 46:13
Affidavit 148:13
agent 45:12,19,25
  46:3 139:15
ago 8:2
agreed 3:9
ahead 9:4,20 10:11
  13:4 15:24 22:8
  32:1 51:13,18 67:3
  76:19 82:7 88:25
  98:1 102:17 104:18
  112:6 133:25
  144:13 161:7

165:17
AIDS 31:13
air 27:6 40:8,13
  109:11 160:16,19
  161:2,20 166:5
allegations 149:7
Allen 130:15,16
Allied 5:22
allow 85:20
allowed 72:17 75:17
  75:18 78:20
allows 97:7
alternative 101:3
Ambien 133:7,8
  136:21 138:22
  139:6
ambiguous 4:25
America 77:2
amount 94:17 115:2
  121:23,24 130:9
  137:12
anabolic 142:25
analysis 64:14,17
Andrews 154:21
  156:14
andropause 125:21
  125:23
Ann 1:5
answer 4:22 9:4,20
  13:4 17:22 18:4
  22:8 32:1 37:13
  40:19 44:23 51:13
  51:18 52:5 55:19
  67:3 75:14,16
  76:19 82:7 88:25
  89:2 92:11,15 98:1
  98:17 102:17 103:9
  104:18 112:6 117:8
  117:10 118:2,12
  119:10 120:5 122:3
  123:20 128:19,23
  129:19 130:3
  133:25 134:15
  135:23 136:18
  141:23 144:13
  146:13 147:20
  148:5 150:22
  155:12 161:7
  165:17
answered 67:2

anticipation 70:15
  71:17
anxiety 103:17
anybody 9:17,18
  17:2 49:23 65:3
  100:21 111:8
anytime 46:25 50:19
  50:21 114:25
appear 23:23 41:19
  117:23
**APPEARANCES**
  2:1
appeared 135:9
  148:19
appears 60:10 80:8
applicable 70:8
application 76:13
  150:20
applied 62:5 98:2
applies 98:5,6
apply 98:7
appraised 155:6
appropriate 18:22
  19:10 28:9,13 47:8
  86:19 88:3,8 114:8
  114:20 119:12,18
  139:22 145:6
appropriateness 18:9
  164:4
approval 45:18 76:17
  76:21 78:10
approve 89:11
approved 14:23 21:7
  28:8 42:19,23 43:4
  43:8,15,18 74:21,21
  75:4,8,19 76:6,13
  76:14 78:1 106:12
  143:16 150:15
  151:2,7 153:12,16
approves 33:3
approximate 155:4
approximately 8:2
  156:7
apricot 145:20,21
area 6:19 101:24
  154:21 159:5
areas 160:5
argue 33:12 34:17
arisen 106:14
arrest 159:19

arrived 148:20
arteries 160:17
Arthur 131:14,18
asked 12:13,23 13:5
  15:1 32:9 45:2
  64:25 74:18,22
  87:11,20 117:25
asking 4:15 12:19
  26:16 68:11 90:18
  96:12 148:8
assembling 64:4 81:4
asserted 34:14
assessed 155:10
assessing 164:12
assets 154:15,17
  155:16 156:3
  157:10
assisted 145:13
associated 13:22
  22:22 27:6 32:18
  59:20 79:18 93:24
  112:11 141:24
  160:20 161:13,19
  161:22
association 63:10
  108:4 139:1 151:13
  151:20 156:22
assume 39:1 52:6,10
  58:14 59:2,3 75:2
  86:14 99:17 114:13
  115:16 118:7 124:9
  130:17 136:3
  137:12 146:21
  153:18
assumed 36:2 39:3
assuming 72:8 149:2
assumption 43:5
  74:17 124:2
assumptions 130:4
athletic 115:5
attach 36:14
attached 3:16
attempted 32:4
attorney 2:4,8,11
  163:11
August 1:16,22 49:3
  50:1 138:10
authoritative 29:10
  29:13
authority 82:17 97:3

151:8
authorization 71:11
authorize 75:12
authorized 45:13,16
  82:13
authorizes 70:12
autopsy 33:23
available 14:17 23:3
  29:2,4 37:21 41:8
  43:10,12,18 53:21
  53:24 67:25 70:20
  71:8 74:19,20
  99:14,22 108:14
  153:7,10
aware 9:22 11:13
  14:21 16:1 18:20
  18:21 22:2 23:13
  25:5,9,10 26:6,10
  26:11,19,22 27:3,8
  30:25 31:17 33:22
  33:24 34:13,15
  35:25 38:1 50:25
  51:4,9,14 54:24
  56:6 61:7,8,12 63:8
  64:19 66:3 71:23
  73:1 74:11 78:25
  85:3 88:21 90:3,7,8
  90:8,12,18,21 92:19
  92:21 99:16 100:13
  101:11,19,20 115:3
  115:6 122:14 123:5
  123:25 124:12
  131:8 132:21,23
  144:5,9 145:24
  146:2 147:6,14,16
  147:21,25 148:2,3,8
  148:12,25 149:7,12
  151:22,23,24 152:8
  156:12 157:5,7,9,12
  157:16,20,25 158:5
  158:24 160:16,17
  160:19 161:18
a.m 1:16

**B**

b 70:12 145:14
back 55:14 134:4
  137:7,16 138:8
  139:13
bank 156:5

GEORGE DAWN (8/2/2005)
Page 2

banned 117:4,5
  132:21 133:20,21
Barnwell 2:9
based 41:15 64:7
  66:16 68:6,7,9
  70:12,16 81:8
  83:21 95:6,19
  135:17
basic 104:15
basically 91:16
basis 71:18 95:23
  137:14
bat 156:6
Bay 138:17
beginning 142:23
behalf 1:20
belief 154:6
believe 11:1 20:6
  33:21 55:7 62:10
  62:12 76:16 81:18
  83:17 84:24 85:7,8
  89:19 90:24 91:1
  92:25 97:22 98:2
  113:13 116:19
  117:3 138:17
  139:20 145:19
bell 131:22
Ben 117:3 133:21
better 108:24
beyond 160:5
Bibeau 1:4 35:7
  59:16 67:17 71:3,6
  86:9 89:8 146:22
  147:8,17 159:4
  162:14
Bibeau's 34:8 59:13
big 123:1
bill 49:12
Biogenesis 100:7
  101:15,16
biological 81:3
bit 92:16 94:16
  106:24 139:24
blank 57:12
blood 23:10 24:15
  25:19,25 26:12,22
  27:5 35:5 38:8 39:6
  39:13,25 40:1
  41:12 46:22 61:12
  62:1

bloodstream 8:17,23
  161:3
board 7:9 97:5 117:4
  142:15 143:9 146:8
Boards 63:10
Bobby 124:21 126:4
  134:8
body 30:3,5,18
  116:13 118:9,11,13
  118:25 119:2,5
bodybuilder 124:14
bold 60:14
book 28:17
bottle 59:2,5,15,19
Bowl 123:7,12,14
Box 2:7
branding 73:2
break 5:11 78:17,18
  78:20 137:4 156:24
breakdown 35:5
  119:1
breaking 119:2
briefly 4:14
bring 45:1
brings 75:7
Broad 2:6
broke 51:21 52:11
  92:8
broken 118:9,11,14
Bronte 154:23
  155:14
builder 116:13
bulk 91:17 124:13
bunch 2:13 151:15
  151:20
Bundrich 131:14,21
Burbella 116:5,15
  124:13,25
burn 20:5
Burnett 116:19 117:9
  119:13 122:20
  131:15,18
Burnett's 118:10
business 120:7
Buster 1:9 2:11 4:10
  4:11 11:21 12:10
  12:12,19,22 35:23
  35:25 47:24 93:12
  95:7 109:4 120:16
  145:10,11

Buster's 128:18
Butler 113:23,25
  126:11
buy 14:20 153:8
B-R-O-N-T-E 155:15

——————————
C
——————————

call 28:8,12 44:5,8
  55:10 56:5 123:23
  153:6
called 24:7 28:17
  125:21,22 151:14
calling 35:20,20
  95:18
calls 15:17
cancer 31:13 131:5
  139:21 144:25
  145:2,3
car 155:17
cardiac 159:19
care 63:19 102:1,4,8
  102:11,23 105:17
  107:17,18 143:25
  144:10,14,19
Carolina 1:1,22,24
  2:4,7,10 5:21 6:1,3
  6:16 54:7 80:10
carrier 157:11,18,20
case 21:14 33:23
  72:17 87:7 98:8
  157:6 166:2
cases 98:6
cash 156:5
cat 123:4
cause 25:18,24 34:9
  35:12 46:22 159:3
  159:12,19 160:1,5
caused 34:14 35:15
cautionary 99:1
caveat 60:9
cavities 30:3,5,18
CC 69:17
CD's 155:24
Cease 144:1
cells 35:5
center 6:10,14,15
  20:17,24 29:22
  30:11 39:17,23
  41:17,23 78:25
  79:9,13

certain 13:11 79:17
  93:1 98:6 115:3
certainly 4:21 17:25
  18:1 34:22 38:22
  42:25 85:24 87:2
  94:4 101:25 104:22
  105:17 106:7
  146:14 147:14
  160:10 163:17
Certificate 2:19,19
cetera 12:9 19:25
  20:1 36:4 142:8
challenge 143:8
  160:13
CHANGE 138:7
charged 69:14
charges 7:13
Charleston 2:7,10
Chattanooga 5:20,25
check 20:13 23:19
  42:24
chemical 5:22 14:4
  23:13,25 64:13,17
  81:2
chemist 5:23
chronic 25:17,22
  38:6
church 156:15
cited 84:14
civic 156:17
Civil 3:11 77:12
class 111:25
Clay 159:11
clear 11:5 21:16
  81:24 84:20 96:11
Clement 2:6
clinic 58:2,17 165:19
clinical 75:3,5 76:14
  150:15 151:3
Clomiphene 131:6
  139:18 140:6,18
  143:14
close 61:21
closed 30:3,5,18
closely 61:18
coagulopathy 161:12
colleague 19:17
college 5:24 6:16
Columbia 1:2,22 2:4
  102:1

column 29:22 30:11
  113:17 120:2
combination 132:16
  132:21
come 8:6 37:15
  120:13
comes 145:18
coming 8:3 120:6
  123:11
commercially 14:16
  43:10,12,18 53:20
  53:24 67:25 70:20
  71:8 74:19,20
  99:14,22 153:7,10
common 15:7 49:8
  95:8,9 135:24
  136:1,4
community 17:19
  65:15
company 157:23
compared 12:22
compatible 87:2
complication 35:10
  161:4,13
complications 34:24
  79:25 160:20
  164:15
comply 163:18
compound 13:20
  15:8 32:10 53:9
  56:13 70:18 72:10
  72:18 74:18,23
  75:8,18,25 76:1,5
  77:25 82:14,18,20
  83:6,21 85:14,24
  86:4 96:3,6,23 97:4
  98:3,9 108:20
  125:1,1,5 148:1,4
  162:13 163:2
compounded 11:10
  12:7 13:25 21:17
  26:7 29:14 31:18
  37:6 39:9 40:16
  47:11 52:16 53:10
  53:13,18,23 55:16
  62:9 67:19 71:19
  71:24 78:7 83:19
  93:9,10 99:5
  106:17,25 116:5
  120:25 125:4,15

126:12 135:12
137:17 146:23
148:5 164:25
compounding 2:25
9:23 11:19 30:25
37:2,10,11 63:8,13
63:17,18,24 64:1,10
65:20,21 67:24
68:3,4,14,15,23
69:18 70:2,7 71:11
71:16 72:14 80:4,5
80:15 82:4,17,22
83:2 84:1,4,12 85:7
85:16,20 87:2
120:24 147:17,24
148:6,7 153:15
compounds 148:9,15
computer 41:22
Computers 148:23
148:24
concentration 162:24
concluded 166:16
conclusion 34:24
35:2 150:5 159:11
160:1
conclusions 13:12
34:7 160:14
condition 17:18
126:5
conditions 102:13
161:23
confidential 149:8,16
confirm 114:16
115:17 125:9
confirmed 15:15
conformance 70:8
confusion 92:16
Congaree 1:8 2:11
4:10 6:8 7:2 8:3
9:25 15:8 37:17
45:2 49:2 54:6,13
63:6 96:1 112:22
113:9 128:14
146:10 147:3,9
149:10 152:18
163:5
consider 22:17 29:10
66:14 95:4 111:4
111:20,21,22
121:22

considered 6:10 42:7
42:8 64:24 71:21
72:2 79:4,8 84:22
111:25
Considering 9:11
110:4
consistent 34:22,24
39:19 68:23 161:3
consult 78:20 108:10
consultation 164:17
contagious 126:7
contain 92:1
contains 25:18,24
151:20
content 90:2
contents 57:13,14
contest 5:5
Continued 24:9
continuing 102:21
142:24
contraindications
164:13
contrary 45:6
contrast 62:9
contrasted 62:18
control 6:9,14,15,18
6:20 20:24 41:17
41:22 47:17 108:22
controlling 51:1
controls 108:17
convenient 49:12
conversation 12:11
conversations 137:25
conversion 80:18,21
Copaxone 19:7
copy 30:7
coroner 59:15
Coroners 59:13
correct 7:1,3,4,20 8:8
8:13,18 10:6,8
11:11,18,25 12:1,2
12:4,5 13:8,16
18:10,11 24:3,18
25:11,12 26:21,24
27:2,24 28:3 31:7
33:13,17 35:11,21
35:22,23,24 36:25
37:3,22 38:3,8,10
41:1,6,10 43:12,15
44:5 45:11 46:23

47:12,17,22 48:5,18
49:3,23,24 50:3,4
51:16 52:11,17,18
53:5,6,21,22,24,25
55:5,18,25 57:19
58:12,13,20 61:1
62:11,23 63:6
64:10,14 65:11,12
65:16 66:4,25
67:15,17,18,22,23
67:25 68:1,20,21
71:1,2,3,4,5,9,10
72:21,25 73:13
74:10 77:3,18
78:25 79:2,11,15,18
79:22 80:1 81:17
82:1,2 83:24 87:22
88:8,16,19,20 90:16
90:17 91:6,10 93:3
93:4,6,7,16,17,22
94:2,6,9,11,23
95:15,17 96:7 97:1
98:11,12 102:19,23
105:3 106:10,12
107:21 108:19,20
108:21 109:9,11
112:25 113:14,18
113:24 114:9,10
118:17,21 123:12
124:23 125:16,17
133:12 134:6,12,13
134:24 138:23
139:2,3,4,7 140:5
141:16 144:7,10
146:24 150:23,24
154:4,8,11,12 157:3
159:14 160:6
162:17 163:6 164:6
164:7,13,18 165:2
correctly 140:7
corrosive 19:25 20:2
20:4,9 21:23,24
22:5 60:19
Cortef 124:4
cortisol 124:9
counsel 3:13 89:8
112:8,9 128:5
149:19 157:10,17
counseled 86:24
88:10

counseling 86:23
88:11 120:14,18,21
127:4,9 138:3
139:11 150:11
164:21
counter 56:21
counting 36:3 94:10
counts 146:8
County 59:12
couple 110:8,9
162:11 163:15
course 64:9 81:10
court 1:1,23 4:25
92:11,17
cover 72:6,8 140:24
covering 113:8
CPD 53:8 115:20
116:20 132:24
CPD-H202 53:7
Cream 137:8
creams 136:20
create 166:5
creating 92:16
criminal 7:12 149:19
criteria 91:1
current 70:2
customary 17:17
65:15 102:12
customer 112:9
128:14
CYP 115:20
Cypionate 115:21
125:3
C-O 124:4
C/A 1:2

——————————
          D
daily 137:11
damage 25:19,24
26:22 46:22
Danger 60:15
dangers 13:22 108:3
138:4
data 2:21,22 21:1,10
21:18 22:1,21 28:1
36:16 37:1,18 38:2
38:19 39:20 41:20
42:25 44:8 60:25
61:4,15
database 41:22

date 130:14 137:19
dates 112:4
David 1:4
Dawn 1:9,14,19 2:11
2:16 4:1,10,12,13
4:19 5:19 69:24
73:8,19 78:19,23
92:12,13 104:14
107:25 130:20
137:5 154:13 157:2
162:7,10,11 163:14
day 1:22 86:9 87:10
110:8,9,10 125:12
126:17 147:8,18,23
148:18
DEA 48:17
dealing 102:12
death 27:6 34:9,15
59:14 109:13,17
159:4,12,19 160:1,5
Decadurabolin
111:13
decision 107:14
deepens 142:8
Defendant 2:8,11
Defendants 1:10
defined 82:22 84:12
defines 80:17
definition 63:25
65:20 67:9 68:2,3
80:3,4,7,10,15
81:15 82:3,16 83:1
84:4,6 85:16 98:3
definitions 82:25
degree 6:2,7
deliver 74:24 87:4
108:18 150:25
delivered 7:19 52:15
55:25 57:2 92:20
98:23 103:19 105:5
105:11,19
delivering 55:17
152:17,20 153:14
demand 157:22
demanding 157:10
demands 157:17
depends 90:14
deposes 4:1
deposition 1:13,19,25
3:10,15,16 4:14

CREEL COURT REPORTING, INC.

GEORGE DAWN (8/2/2005)
Page 4

34:9 36:14 166:15
describe 58:7
described 53:18
  58:16
description 59:20
Desist 144:1
determination 42:12
  42:16 58:18 88:7
  93:15 114:8 115:8
  117:11,22 119:12
  150:1 165:22
determine 19:9 32:25
  33:2 39:13 40:4,7
  86:18 89:13 95:13
  105:16 114:14,15
  114:19 116:2,6
  118:13 128:2,6
  130:8 132:14 151:7
  166:10
determined 33:24
device 64:5 80:19
  81:5
Dewey 133:16
Dexpanthenol 154:1
DHEA 132:17,18
diagnosed 145:22
DIC 33:24 159:20
different 62:20 90:2
  102:6 109:8 115:2
  141:12 144:17
difficult 87:6
dilute 38:12 164:25
diluted 8:19,20 14:15
  33:18 37:25 62:6
  163:4 165:1
diluting 14:9
dilution 47:2 80:22
Dimensions 1:8
direct 79:18
direction 47:15
directions 57:15,24
  58:3,12,15 59:23
  62:23,25 90:12,16
  90:19,25 93:5
  98:23 165:8,15,19
  165:20
directly 39:25 80:25
  93:19 165:5,6
disciplinary 7:5
  101:9 151:24

disciplined 152:10
disclose 58:21,25
  63:3 103:17,24
discloses 63:5
disclosure 58:22
discovered 122:4
  123:9
discovery 45:2
discretion 47:20
discuss 10:20
discussed 11:4 113:4
  145:10 159:3
discussing 93:12
discussion 44:19
disease 145:23,25
  164:13
disorders 27:5 139:8
dispense 52:14 86:15
  90:4 110:2,14
  111:3,7,18 114:3
  121:25 130:21
  150:25 158:15
dispensed 104:14,24
  105:5 106:3,25
  109:25 110:7,12,18
  110:19,22 111:2
  112:3 114:9 150:8
  158:13
dispensing 18:14
  51:1 107:14 110:25
  115:4 122:12,15
  133:22 134:8,16
  136:14 137:24
  139:15 152:17
  158:25 164:3
disposed 45:9
disregard 97:23
disseminated 161:11
distinctive 138:19
distributed 71:24
distribution 71:18
  149:9
DISTRICT 1:1,1
DIVISION 1:2
DMPS 132:24
doctor 46:4 114:18
  158:19,22 163:7
  164:9
doctors 101:3 136:19
  158:12,15

doctor's 45:25 46:3
  72:11,14,18 85:24
  85:25
document 5:7 24:6
  63:14 142:16,20
  159:16,19
doing 37:14 47:15
  65:3 75:5 84:2
  105:23 120:14,18
  120:20 122:14
  128:3,10 136:11
  152:25 153:22
  154:2,10
dollars 155:9
Don 131:14,21
door 88:16 110:4
dosage 19:9,9 93:9,18
doses 143:1
doubt 38:22
Dr 3:3 4:8 7:19 8:14
  9:18 12:15 15:1,2
  26:8 44:16 45:12
  46:7 49:23 52:25
  55:16 59:12,14
  64:19 65:6,13
  74:17 75:2 82:18
  86:12 87:3 88:15
  89:10 93:20 94:14
  99:19,24 100:5,6,10
  100:14,22,23,25
  101:2,2,5,6,12,20
  102:7,22 108:3,18
  108:20 109:20
  110:5 111:1 113:9
  116:8 117:15,25
  118:4 121:19
  124:20 125:16
  128:13,21 129:8
  136:4,11 142:14
  145:24 146:9 147:1
  147:7 149:9 150:14
  152:22,22,23
  153:20 158:5
  159:11,25 160:4,13
  162:13 163:3
  164:24
draw 35:2
Drawer 2:10
drawing 57:12
Dreher 2:2 4:5,5

Druffel 135:13,14
  137:7
drug 51:21 52:23
  54:20,21 55:13,18
  56:2,4 64:5,7,20
  65:22,24 66:6,10,11
  67:20 68:7 73:15
  74:12 75:4,7 76:5,9
  76:12,13,15 80:19
  81:5,7 89:23 90:1,3
  90:4,9,16,20,20,23
  91:3,5,9 92:19,24
  93:8,25 96:14
  98:23 106:3 119:9
  135:16 150:2,20
  151:9,22 158:10
  163:21 164:2,10,12
  165:13,14
drugs 51:1 56:7
  63:17 70:7 71:16
  73:13 76:20,25
  77:2,15 78:7 96:3,6
  96:23 99:4,25
  111:11 150:7
  152:17,18,20,25
  153:1,2,7,10,14
  158:13
due 159:20,20
duly 4:1
duration 58:19
duties 48:3 49:14,15
  164:9
duty 72:12 74:3
  77:25 112:8 114:19
  119:15,17 128:5
  163:17,20 165:23

E
e 83:18 84:18 143:21
earlier 43:11 46:18
  78:23 79:20 80:3
  84:13 109:2 122:17
  133:13 134:9
  139:23 159:3
  160:23
earning 6:7
East 142:9
education 28:25
effect 38:14 40:1
effects 25:17,22

29:23 30:4 38:7
  89:13
efficacy 12:9 44:17
effort 32:16
eighth 133:15
either 9:10,11 10:23
  21:25 22:11 26:7
  55:20 74:14 80:25
  98:5
elected 97:23
Elliott 2:9,17 4:9,9
  9:3,19 13:1,3 15:23
  17:21 19:5 22:7
  23:7,11 27:14 30:7
  30:9,10,12,15,17
  31:25 34:2,20
  36:17 40:18 41:4
  42:1 51:12,17,24
  52:13 57:4,6 61:10
  61:13,20 65:17
  67:1 69:4 73:18,20
  74:15 76:18 78:4
  78:16 82:6 88:24
  89:1,18 92:10,13
  95:3,16 97:25
  102:18 104:17
  105:7,13 106:18
  107:3 109:22 112:5
  113:2 116:11 117:7
  118:18,20 120:3
  121:1,4,8,21 122:2
  122:7,9,19 123:10
  125:20 126:8,23
  127:1 128:16
  129:13,15,19,23
  130:13,15,19
  133:24 134:25
  136:8,17 137:3
  140:22 141:22
  144:11,21 146:12
  147:19 151:17
  152:11,15 161:6,15
  162:1,8,10 163:13
  163:23 165:16,18
  166:1,13
Elliott's 163:16
else's 47:21
emboli 27:6 31:2
  40:8,13 109:11
  160:16,19,24 161:2

161:20 166:6
embolism 30:21,23
emphysema 30:21
employed 6:6,8
employee 7:2
engaged 70:6 143:22
   150:14
engaging 64:23
enhancing 115:5,12
   124:11
entry 34:23
epidemic 145:24
   146:6
equate 162:25
Esquire 2:2,5,9
established 56:2,24
   90:15
establishment 54:16
   96:2,22
estate 1:4 155:22
et 12:9 19:25,25 36:4
   142:8
event 10:8
eventually 15:20
EXAMINATION
   2:17,17 4:12
   162:10
Examiners 142:15
   143:9 146:9
exceptions 73:10
excess 157:24
excessive 115:1,2
exclude 72:12
excludes 72:16
excuse 4:11 66:12
executed 148:19
exercise 47:19
exhibit 23:21,23 24:6
   29:17,19,21 30:15
   30:16 36:17,19,22
   48:7,9 59:9,11 60:3
   60:5,9 62:18 63:22
   63:24 68:18 69:7,9
   80:11,13 83:9
   112:21,24 113:7
   142:11,13,18 159:8
   159:10 163:23,25
Exhibits 2:20 62:12
   62:16
exist 66:18

existence 70:13
expect 39:10 44:6
   141:20
experience 20:17,22
   38:19 95:20 104:6
experimental 64:20
   64:23
expert 6:18
expertise 6:19 34:12
   159:6 160:4
explain 48:10
explained 53:12
extensive 109:20
extent 4:18
extra 30:7
extraction 80:25
extremely 143:2

F

f 71:16,16 84:19
fact 11:22 41:8 51:20
   52:9 74:8 83:18
   101:20 122:10,11
   148:14
fair 5:1,2,14 9:14
   13:2,13,23 17:14,15
   17:20 24:17 26:9
   51:23 52:12 62:14
   89:6 95:20 104:16
   104:19,20 105:2,6
   105:12,20,24 106:5
   106:17 107:1,7
   113:10 118:1 146:7
   147:18 159:6
   161:25
fairly 12:21
fall 68:2 73:16
falls 111:24
familiar 28:16,19
   69:11,15,18 142:16
   145:17
far 150:6
FDA 14:22 28:7,8
   33:2,3 35:21 42:19
   43:4,8,14,18,19,22
   56:6 58:10 59:25
   73:3 74:20,21 75:9
   75:12,19,21 76:6,9
   76:12,17,21 78:1
   96:2,4,8,15 106:12

143:16 150:19,19
   151:6 153:12,15
federal 3:10 50:25
   51:11,20 52:4,6
   54:14,25 57:1 58:6
   73:16,24 74:11
   77:6,8,14 78:13
   88:21 89:5,20,21
   90:3 92:7 96:19
   98:14
feel 97:2 98:19
   109:14 115:12
   166:2
fellow 111:16 113:22
   113:23
fellows 129:9
felt 109:1,4 110:2
   150:8
female 130:11,17
   140:4 141:15
females 140:8,24
field 140:10
figured 98:13
filed 11:6,7
fill 9:17 15:1 16:10
   18:1 22:3 110:5,6
   112:12 118:3
   164:10
filled 7:18 8:10,25
   11:10 21:13,16
   113:16 116:20
filling 9:22 10:9,17
   10:24 18:6 121:15
fills 112:16
filtering 14:11
financial 164:14
find 27:10 29:7 83:5
finish 42:15 61:10,10
   129:15
first 7:25 8:10 16:5
   24:3,8,10 60:13
   64:1 70:23 112:12
   112:16 120:4
   143:25 144:5
   154:14 158:2
five 9:12,13 15:7
   18:16 37:17
Fleming 116:3,13
Florida 101:8

folks 145:8 153:23
following 3:14 25:19
   25:25 70:1
follows 4:2
foot 120:9
football 110:14,23
   111:17 114:11
   115:10 120:6
   121:25 122:5,13,21
   132:2 135:5 138:3
   138:4,15 141:7,19
   158:25 159:1
forensic 34:8 160:3
form 9:3,19 13:1,3
   15:23 17:21 19:5
   22:7 23:7,11 31:25
   34:2,20 40:18 41:4
   49:9,10 51:12,17,24
   52:13 57:4 61:13
   61:20 65:17 67:1
   73:18 74:15 76:18
   78:4 82:6 88:24
   89:1,18 92:10 95:3
   95:16 102:15
   104:17 106:18
   109:22 112:5
   115:23 116:11
   117:7 121:21 122:2
   122:7,9 123:10
   125:20 126:8,23,24
   127:1 128:16
   133:24 136:8
   141:22 146:4,12
   147:19 151:17
   152:11,15 161:9
   165:16 166:1
forth 29:2 80:22
   159:10
found 122:11,15
   160:16
fourth 120:23
frame 146:19
free 74:23
frequencies 143:2
frequently 7:22
friend 128:18 163:16
front 32:21 67:10
full 8:3
funning 126:21
Furosemide 153:5

further 38:23 162:6
   163:4 164:25
   166:14,15

G

Gas 30:23
GED 113:17
general 119:6
generally 21:5
   104:24 140:7
gentleman 133:12
gentlemen 69:2 113:1
   114:3
genuine 115:9
George 1:9,14,19
   2:11 4:1,10
Gergel 1:20 2:2,3,17
   2:18 4:3,3,6,12,13
   30:8,11,13,16 36:18
   69:2,5 78:18
   102:21 112:20
   113:3,5 118:19,21
   122:20 129:16
   130:14 135:2 137:6
   146:6 156:24 162:6
   162:21 163:14,24
   166:14
German 142:9
getting 123:19,23,24
   125:1,15 126:5,11
   127:20 131:25
   134:5,22 137:7,11
   137:17
Ghen 100:5,6,14
   101:2,5,6,7 152:22
   153:20,21
give 31:19,22 40:22
   57:7 62:23,25 94:8
   111:10 130:21
   131:3 147:3
given 32:22 64:1
   115:25 131:6 140:7
   140:9
gives 63:16
giving 130:12 131:13
   135:24 138:21
   139:4,5,6,7 146:2
glad 5:8,12 78:18
glanced 28:6
glands 124:6

CREEL COURT REPORTING, INC.

go 5:24 8:21 9:4,20
   10:11 13:4 14:20
   15:24 19:8 21:17
   22:8 24:5,9,13,19
   25:13 29:20 32:1
   34:21 36:14,21
   38:4,23 46:11,20
   51:13,18 57:23
   60:22 67:3 71:15
   76:19 78:2 82:7
   83:9,11,17 84:18,19
   88:25 98:1 102:17
   104:4,10,18 112:6
   113:6,12,20 115:19
   120:23 131:24
   133:15,25 137:5
   139:13,14 142:18
   143:20 144:13
   161:7 165:17
goal 140:11
goes 53:7 113:12
   144:23
going 4:22 8:12,16,21
   13:20,21 29:19
   50:10 52:19 59:11
   60:8 69:9 75:3
   77:25 78:16 80:9
   84:10 86:18 87:4,9
   102:15 107:18,19
   108:18,23 121:1
   126:21 127:14
   137:3 138:8 142:2
   162:21 164:24
   165:7,11
good 2:25 63:8,13,18
   63:24 65:20 68:4
   68:14,22 70:2 80:4
   82:16 95:1,8
   110:12 128:18
gotten 86:16,20
   87:21,24 88:4
   136:19 147:2,7,9,22
   147:22
government 21:7,8
   47:6
Graduated 5:22
Grand 135:9
group 156:21
groups 156:23
grow 142:7

growth 158:6,8,18,25
guess 6:8 9:12 54:5
   55:10 77:23 86:22
   87:1 94:24 95:2,5
   106:14 109:14
   130:5,16 139:24
   142:10 155:7
guessing 41:11
guy 138:19
guys 120:9

_____ H _____
H 2:9,10
haemolysis 31:14,24
   33:11,15 35:4,13
   40:14 109:9 161:20
   166:5
hair 142:7
halfway 121:8
hand 23:23 29:19
   36:21 59:11 60:9
   63:24 69:9 80:9
   142:13
Handling 46:12
happen 10:20 60:6
happened 35:6
   106:20
hard 113:13
hats 123:4
Hazards 24:7,8,11
   38:6
head 131:11 153:6
heal 38:6
Health 1:8 54:17
healthy 126:19
   135:25 136:2,15
hear 11:20 89:2
   140:23
heard 11:21 12:17
   14:19 65:3,11
   77:11 89:22,23
   101:21 123:6
   136:22 139:8
   145:18 160:2
heart 106:15
hearts 106:15
Helms 2:9
help 127:18,19 145:7
helping 118:7 119:3
Henry 131:1

hey 126:20
HGH 158:9
HHS 54:21 78:7
historical 71:18
history 18:8 86:21
   87:22
hold 47:25
home 154:19 155:4
hormone 111:5,20,21
   111:22,25 130:11
   132:19,20 140:4
   158:6,8,18,25
hormones 140:24
hour 78:17 137:3
Howard 2:5 4:7,7
   68:19 102:15 113:4
   126:9,24 127:2
   144:12 146:4 161:9
   161:16 162:9
Howe 126:1 127:15
Howell 125:12,13
Howe's 127:19
HP 2:21,22
huh 122:8 131:17
   134:19
human 54:17 158:6,8
   158:18,25
Humans 25:18,22
humor 55:24
hunch 95:13,19,23
hundred 91:5 156:2
hundredfold 162:23
   162:25
hundreds 9:6
Hydrocodone 133:9
hydrogen 2:23,24
   7:18,23 8:10 9:1,24
   10:18,25 11:10
   12:20,25 14:1,2,15
   17:13,16 19:14,23
   21:10,21 22:21
   23:14,24 27:7
   29:14,21 30:1,19,24
   31:3,8,12 32:10
   34:14,25 35:14
   36:9,15,23 41:24
   42:6,6 44:17 45:3
   46:8 47:2,7,11
   49:20 50:8 53:19
   59:5 60:5 61:8

62:13,19 71:7
   78:24 79:4 86:19
   100:12 101:17,23
   101:25 102:9 103:6
   103:14 104:23
   108:4 112:18
   129:21 144:2,7
   146:14,17,23 147:7
   148:1,7,10,15,16
   150:16,21,25 152:3
   159:13,21 160:21
   160:25 161:5,14,19
   161:24 162:12
   166:4
hype 123:16
hypothetical 75:1
H202 53:13 54:20

_____ I _____
iatrogenic 159:20
idea 151:16,18
Identification 23:22
   24:7,8,11 29:18
   36:20 38:6 48:8
   59:10 60:4 63:23
   69:8 80:12 142:12
   159:9
identifies 54:1,3
   60:19
identify 31:23
identifying 164:4
ill 144:25 145:2
illegal 76:2,3 145:16
Im 132:23
immediately 25:2
   46:14
important 21:3
   128:14
impression 22:5
inability 139:1
inappropriate 145:1
incident 64:13
include 42:10 164:12
including 46:22
   164:17
independent 32:24
   36:1,8 40:10 47:5
   88:6 93:15 94:22
   103:12 104:10
   106:24 109:18

114:7,21 117:11,21
   119:11 149:25
   150:4
independently 81:2
   95:12 132:14
INDEX 2:15
indicated 39:6 43:2
   47:1,10 114:17
   150:1
indicates 23:10 30:3
   46:21 48:16 113:21
indicating 27:5 47:7
   83:14
indication 42:22
   118:6 119:1,23
   124:7 125:6 126:14
   127:17 131:9
   140:17 141:4
   143:17
indirectly 80:25
individual 70:19 91:8
   91:11,13,20
individuals 17:1
informant 149:8
information 13:11
   18:1 21:3 25:14
   36:9 43:22 44:11
   45:6 46:21 47:5
   88:4 103:1,2
   145:11
infused 144:2
infusing 144:6
infusion 159:21
ingest 22:6,10,11,15
   23:6 24:21,23
   46:13
ingested 8:13 25:1
   26:12,15,20 46:13
ingesting 22:17
ingestion 22:13 30:24
   79:15
ingredients 75:6
initiative 64:7 65:23
   65:24 68:7 81:8
INJ 53:14,14
inject 22:10 134:18
injectable 115:23
   134:10
injectables 99:11,12
injected 8:17

CREEL COURT REPORTING, INC.

Injecting 134:19
injection 7:23 21:21
  22:19 53:15,19
  54:20 162:13
injections 136:20
  153:5,23
inquire 28:9 64:22
inquiry 23:2 43:19
  62:5 152:5
insert 35:6
insisted 87:17 88:11
installed 139:10
instance 19:6 58:9
  87:14 110:13
institutional 83:23
instructor 6:11,23
insurance 157:3,23
intended 52:25
interesting 76:4
interpretation 85:22
interpreted 88:18
  97:11
interpreting 85:19
intravascular 31:5,8
  161:12
intravenous 9:2,24
  14:16 17:13 31:11
  32:10 34:25 36:9
  39:23 42:10,20
  43:19 47:3,8 49:21
  50:22 71:8 79:9
  93:24 94:5 101:23
  102:9 103:8,14
  112:17 144:2,6
  150:20 152:3 154:6
  160:20 161:4,13,24
intravenously 8:17
  8:21 22:11 28:10
  28:14 40:4 41:25
  42:17 43:1 50:10
  52:20 53:1 150:16
  166:5
investigate 12:8
  93:10
investigation 105:24
  166:10
involved 17:14 39:23
  82:19
involvement 7:12
involves 146:21

IRA 155:25 156:10
issue 77:12 159:3
issues 7:9 143:13
IV 7:23 8:13 27:6
  50:19 52:7 79:15
  79:18,20 162:16
IVing 41:18
IV's 123:24 153:24

_____
J
_____

James 1:8 2:8,9 4:9
January 113:10
  142:23
Jeffrey 131:25
job 5:22 21:19
  114:15
John 131:1
Johnson 117:3
  133:21
Jones 10:4 11:23
  124:21 126:4 134:9
  134:14 148:14
journals 27:4
Jr 1:9 2:9,11
judgment 18:9 41:14
  41:15 47:20 95:1,4
  95:6,18
judgments 13:12
Jury 135:9
justification 143:4
J.H 1:9 2:11 4:11

_____
K
_____

K 163:22
Katherine 1:5 45:1
Kathleen 45:1
keep 24:20,23 38:20
  46:10
kelator 132:25
Ken 113:22 116:5
  126:11
Ketoroiac 133:3,4,5
kick 107:4
kicked 106:15,23
kicker 140:11
kind 15:14 50:15
  94:24 104:22,23
  105:10 106:15,23
  120:11 126:20
  138:18 141:20

152:25 156:5
knew 10:14,15,17
  11:23 20:11 22:4
  28:7 39:5 42:19
  43:8 52:19,23,25
  53:2 65:7,13 93:23
  94:4,8,16 101:25
  102:2,4,7 106:9,12
  135:4 144:15,18,20
  151:6
know 9:5 10:2,5,23
  11:2,2,19 12:20,23
  12:24 13:7 17:24
  18:4,8,25 19:12,13
  19:14 21:1 23:12
  23:17 24:16 32:19
  33:14,16 36:5,7,11
  37:13 38:12,14,16
  39:5,8 41:5 42:21
  43:9,9 45:7 49:13
  52:4 55:3 57:8 59:4
  64:24 67:8 68:22
  68:25 73:25 74:6
  74:14 75:23 77:11
  77:17,20,22,24 78:2
  78:6,10,12 83:10
  85:25 86:4 87:3,9,9
  87:25 93:19 94:13
  94:19,21 97:19
  98:20 99:15,23
  103:25 107:20,20
  112:7,8 116:14,16
  116:17 117:24
  120:8 121:12,14
  122:6 125:13 126:2
  126:21 127:6,22
  129:5 132:1,5
  133:17,18,20,22
  135:6,7,8,15,19
  137:1,6,10,22
  138:12 139:15
  140:2,8,12,13,15,17
  141:2,4,10 142:5
  143:6 146:13,14,16
  146:17,19 147:1
  148:4 149:14
  150:22 151:4,19
  156:6 158:9 159:15
  161:22 162:3,11,22
  165:24 166:6,8

knowing 10:16 11:17
  87:17 106:20 141:7
knowledge 14:17,18
  14:20,22,24 17:11
  17:12,23 39:15,15
  39:17 43:11,13,14
  43:16 46:5 50:2
  53:20 54:6 65:10
  65:16 96:1 104:23
  105:4,8 106:3
  107:6,8,13 109:3,16
  148:9 150:14,18,23
known 12:1 37:22
  105:18 106:8 142:4
Kurtz-Bibeau 1:5

_____
L
_____

L 2:5 4:7
lab 120:12
label 2:23,24,25
  13:16,19,21 19:19
  19:22 21:25 48:12
  49:1,7,8,14,16 54:9
  54:10 56:15,19
  57:24 58:16,23
  59:2,3,5,19 60:7,10
  60:14,16,24 61:9,23
  62:8,19 63:5 89:16
  92:1 165:8,12,24
labeling 54:24 56:8
  57:1,12 58:6,11
  59:25 64:5 73:12
  73:17,24 74:3
  77:17 81:4 90:1
  96:15,20 98:14
labels 62:10,13,18
laboratory 60:23
lack 109:16
Laetrile 145:15,17
language 38:20
large 122:25 136:12
Larry 135:13
law 1:20 51:11,20,21
  52:4,6,9,11 54:14
  54:25 56:22 66:3
  68:24 73:17 74:11
  75:24 77:6,6,8,14
  80:10 82:3,13,23
  84:5 85:14 88:18
  89:20,21 90:3 92:7

92:8
laws 52:4 70:8 77:9
  88:21 89:5
lawsuit 11:6
lawyer 78:21 163:17
leading 162:21
learn 10:22 19:16
  122:6
learned 12:3 27:15
  27:19 51:15 79:12
  89:4,4 109:4,6,8
  159:24
learning 157:15
  158:2
left 101:10 120:3
legal 76:6 114:18
  115:4 157:9
legally 76:24
legitimate 143:3
lesser 41:11
lesson 104:6
letters 60:14
let's 21:16 36:14 38:4
  46:10 48:9 57:23
  62:9 63:25 69:22
  75:1,2 86:9 136:3
  142:22 146:21
  156:24
level 20:14 26:25
  39:16 40:8 47:2
  93:19 94:5,25
  95:10 136:6
levels 20:15 79:15
  114:13 115:16,25
  116:10 136:9
Lewis 130:1
Lexington 15:17 16:5
  16:10,11,18 17:1
  136:13,14 152:23
liabilities 154:16
  156:11
liability 157:2
liberation 30:18
libraries 29:2
license 3:3 47:25
licensed 54:7,13
  163:9 164:8
life 117:4,5 133:21
liked 105:18 107:8
limits 157:7,12,18,22

157:24
line 24:13 25:1
lineman 132:3,9
lines 25:17
list 78:6
listed 54:16,21 103:7
listen 52:1
listing 98:15
lists 143:1 164:5
literally 68:11 88:15
literature 27:3,4,22
  27:23 40:15,15,21
  40:25 41:2
little 29:1 92:16
  94:16 106:16,23
  137:5 139:24
  154:13
live 156:13
living 20:6,11,14
  151:21
LLC 1:8 2:9
LLP 2:6
local 30:21
locked 24:20,23
long 8:2 56:20 73:23
  74:17,22 154:24
longer 6:25 137:5
look 5:4,8 13:15,19
  13:20,22 19:2,9,19
  21:13 22:20 29:13
  31:5 36:8 37:9,15
  41:9 48:9 59:4
  63:25 103:11
  113:16 124:3
  142:22 145:12
  155:12 160:23
looked 20:25 21:9
  22:25 32:6 37:8,17
  40:20 41:6 46:18
  77:14 82:15,16
  103:10 149:24
looking 24:2 35:18
  35:19 37:6 48:11
  67:9 83:12 121:6
  126:19 137:7
  138:19 141:18
  143:7 163:23,25
looks 124:4 141:17
lot 109:6,25 121:14
  121:17,22 122:1

125:18 136:19
  158:9 162:18
low 114:13 115:16,25
  116:3,9 124:9
  125:8,18,25 131:17
  132:10
lower 162:18
Lyme 145:23,25

_____
M
making 14:8 130:3
  139:24 150:4
male 111:25 130:22
  132:19 140:9
  141:14 143:15
man 126:1 131:3,7,9
  131:20 134:17
mandates 21:8
manner 58:19
manufacture 76:12
  96:5
manufactured 14:3
  153:1,2
manufacturer 35:20
  47:6 54:1,5,7,8,11
  54:14,18 63:5
  76:15 84:23 98:11
manufacturing 60:23
  71:22 72:3 85:5
  97:9,15,21
March 7:20 10:9
  11:22 12:4 31:1
  32:3 47:11 53:21
  61:5 62:14 64:17
  77:22 80:21 86:10
  129:25 162:14
Margaret 1:23
mark 2:2 112:21,24
MARKED 23:21
  29:17 36:19 48:7
  59:9 60:3 63:22
  69:7 80:11 142:11
  159:8
market 70:20 71:9
Martindale 2:22
  28:18 29:14 34:23
  35:10,19 40:20
  44:13 160:23
Marty 10:4 11:23
  148:14

material 14:25 20:14
  21:1,9,18,25 22:20
  25:18,24 28:1 29:4
  29:9 36:15 37:1,18
  38:1,19 39:19
  42:25 44:7 60:24
  61:3,15
materials 13:10,21
  16:7 32:20 37:3
  47:1
matter 4:15 38:20
  135:10 152:8
mean 9:6,10 10:12
  20:4,9 32:15 48:24
  53:14,16 86:3
  89:25 94:10 102:11
  106:6 108:19
  109:23,24 111:20
  115:1 122:24
  135:24 141:14
  153:4 156:14
means 20:5,6,7,9
  48:25 80:17 81:2
  90:1 92:5
meant 54:11
mediation 78:1
medical 17:19 18:8
  25:2 27:4,21,22
  40:14 41:2 46:13
  50:11,23 51:3 52:8
  65:15 74:12 79:21
  86:20 87:21 94:9
  94:10 102:13 115:9
  118:6 119:1 124:7
  125:6 127:17 128:6
  131:9 135:16 141:4
  142:15 143:4,9
  146:8 151:19 154:3
  154:7 163:7 164:9
medically 114:17,20
  150:1
medication 12:7
  21:17 26:8 39:9
  40:16 50:9 51:2
  52:7 53:10,13 55:5
  56:20,25 70:16
  88:3 89:14,16
  91:20 93:15 103:18
  103:20 104:15,25
  108:12 119:18

125:16 126:12
  133:6,7,8,10,11,23
  134:5 139:7 163:9
  163:10 165:1
medications 18:10,22
  55:1 57:2 70:3,19
  73:4 76:5 79:10,21
  83:19 110:12,14
  127:23 138:22
  141:12 146:3,10
  154:7
medicine 51:10 101:3
meet 60:1 68:15
  71:12 73:2,24 74:3
  81:11,15 82:4
  84:16 87:15 91:2
  96:14 98:13,16,18
  118:22
meeting 10:16 106:1
  121:10
meetings 10:16
meets 91:1
member 115:10,12
  156:15,17,19,21
members 152:1
memory 5:4
men 122:25 125:25
  126:18,19 128:5
  130:12 135:25
  136:2
mentioned 78:23
  102:25 156:13
  164:23
met 4:13 80:8,22
metals 133:2
Mfg 54:4,10
Michael 1:8 2:8
Michele 2:2 4:5
Micromedics 41:20
  41:21 102:25 103:2
milliliter 124:16
milliliters 53:17
mind 126:20
mine 160:10
minerals 99:18
  100:15
minimum 70:2
Minnie 130:15,16
minute 16:24 26:16
  52:6 156:24

misbranded 90:23
  92:19,23
misbranding 89:22
  90:6,10,13,21
misunderstanding
  147:5
Mitchell 100:5
  131:25 132:1
  137:16,22
mixing 14:8 64:4
  81:4
mixture 141:5,8
moderate 121:23
moment 46:11
money 32:17 151:21
monthly 137:14
months 113:8
mortgage 155:2
mouth 104:9
multiple 17:18 18:2,5
  18:19,23 19:7
  141:24 151:25
Muncaster 135:21
muscles 119:5
M.D 1:8 2:8

_____
N
name 4:13 28:17
  48:16 57:9 85:25
  86:16 87:17 90:2
  114:5 120:17 131:2
  131:22
named 111:16
  113:22,24
names 86:4 87:4
  111:11
National 63:9
nationally 102:5
natural 81:1
nay 34:11
necessarily 15:13,25
  16:7 43:24 86:6
  110:11 119:16
  120:13 145:4
necessary 105:23
  115:24
need 4:22 5:11 26:4
  78:18 114:12,16,23
  115:9 117:9 121:12
  128:6 130:2 134:14

CREEL COURT REPORTING, INC.

135:16,22 137:4
140:18 154:7
163:24
**needed** 45:9 118:25
129:4 133:18
**needing** 115:15
117:15 129:9
**needles** 124:23
134:16 140:18
141:15
**needs** 17:7 50:22
127:20 137:10
**neither** 101:17
**network** 77:2 78:13
**never** 14:19 18:6,18
41:6 44:19,24
49:19 50:2,5 64:25
65:2,3,11 74:9
97:14 103:10
110:22 122:4,11,21
123:6 126:25
128:21 129:7 139:8
165:4
**new** 12:21 76:13
150:20
**news** 23:16 27:12,12
51:7 72:5 73:6
**NFL** 132:10,22
140:25
**Nichols** 159:11,25
160:4,14
**Nickles** 1:21 2:3
**nine** 113:8
**nod** 4:23
**non** 54:25 55:3,4,8,17
56:4,7,13,19,24
57:1 73:3 77:15
90:20 165:13
**normal** 144:14,18
**normally** 107:5,7
165:12
**notable** 120:11
**Notary** 1:24
**notes** 44:25 45:8
**Notice** 1:25
**noticed** 97:14,17,18
**notwithstanding**
27:20 41:8 85:16
97:7
**Nuesser** 120:24 121:7

121:9
**number** 23:21,23
24:21 25:22 29:17
29:19 36:19 48:7,9
48:17,20,21 53:17
59:9 60:3 63:22
68:18 69:7,9 80:11
80:13,14 83:13
87:18 112:4 119:25
136:10 142:11,13
143:22 146:7 159:8
163:25
**numbers** 44:5,7
62:11 136:12
**numerous** 27:4 152:9
**nurse** 2:2 45:20

_____

**O**

**oath** 143:24
**obey** 77:5
**object** 9:3,19 13:1,3
15:23 17:21 19:5
22:7 23:7,11 31:25
34:2,20 40:18 41:4
51:12,17,24 52:13
57:4 61:13,20
65:17 67:1 73:18
74:15 76:18 78:4
82:6 88:24 89:1,18
92:10,13,14 95:3,16
102:15 104:17
106:18 109:22
112:5 116:11 117:7
121:21 122:2,7,9
123:10 125:20
126:8,23,24 127:1
128:16 133:24
136:8 141:22 146:4
146:12 147:19
151:17 152:11,15
161:9 162:21
165:16 166:1
**objection** 27:14 42:1
57:6 73:20 97:25
102:18 105:7,13
107:3 126:9 127:2
129:13,19,23
136:17 140:22
144:11,12,21 161:6
161:15,16 162:1

165:18 166:13
**objections** 102:21
**observed** 70:17
**obtained** 146:10
**obtaining** 145:15
**obviously** 32:20
78:19 104:3
**occasion** 110:13
**occasionally** 45:8
**occasioned** 163:15
**occasions** 8:25
144:24
**occur** 34:25 117:18
**occurred** 126:25
**odd** 116:8
**offer** 83:19 164:20
**offers** 157:6,11
**offhand** 19:1
**office** 2:7,10 8:15
16:8,22 45:9,20
55:13,16 59:13
72:11,14,18 74:23
75:11,25 82:21
83:7,8,23 85:8 86:4
86:10,12 87:3
88:16 91:3,21 97:6
99:7,8,25 145:25
152:20 153:9 158:6
158:15
**offices** 1:20
**Oh** 8:6 30:8 56:12
81:14
**okay** 4:17 5:9,10,13
5:19 6:19 7:2 8:9
9:17 10:5 11:22
12:6 13:18,25 14:5
14:14,22,25 16:1,5
16:9 17:6,10,25
18:21 19:2,19,22
20:2,19 21:7,20,24
22:3,5,15,20 23:2
23:13 24:5,19,22
25:5,13,23 26:6,18
27:3,18,20 28:7
29:9 32:3 34:3 36:7
37:21,24 38:4
39:22,25 40:4
43:14 44:4,10,16
45:16,24 46:5,10
47:25,25 48:9 49:1

49:17 50:8,25 51:9
52:25 53:10,18
54:6,11 55:3 56:6
56:24 57:18,21
58:21 59:8 61:15
62:3,8,18 63:12,21
64:25 65:19 66:6
67:24 68:13,22
69:1,14,21 70:1,23
72:22 76:4 77:20
79:12,24 83:1
84:10 85:13,19
86:15 87:11 90:23
92:1 97:23 98:3,9
99:19,21,24 100:14
100:16 103:6 105:4
110:25 111:3,6,6,10
111:14 112:3,8,15
113:3,16,20,25
116:13 117:9 120:4
121:9,23,25 124:1,3
124:7 125:6 126:14
126:17 128:20
129:2 130:18
131:24 132:24
133:7 134:8 137:21
137:24 139:10
140:17 141:24
142:22 145:9,13
147:12 151:6
155:14 158:24
159:24 160:23
164:20 166:3
**old** 131:20
**Olympics** 117:5
**once** 8:20
**ones** 130:18
**operate** 70:7
**operating** 43:5 48:4
102:22
**opinion** 50:22 58:9
85:15 94:20
**oral** 15:4,5,14 45:4
66:1,11,12,12,13
**orally** 44:21 100:19
**order** 7:18 8:10 15:1
15:9 16:22 19:2
44:21,24 46:7 49:4
49:5,7 52:2 64:7
65:22,24,25 66:1,5

66:10,11,12,13
67:12,20 68:7 81:7
83:21 91:3,9 96:14
99:5 101:17 124:20
138:11 142:19
144:1 163:21 164:2
164:10
**ordered** 16:19 17:13
109:24
**orders** 15:11,14,18
17:1 45:3 66:6
70:16
**organizations** 156:17
156:19
**organs** 25:19,25
26:23 46:22 61:25
**original** 48:21 49:2,5
49:6 50:1 81:1
**OTC** 56:9
**outside** 34:12 143:24
144:10 159:5
**over-the-counter**
56:11,14,16 124:18
**owns** 101:16
**Oxidated** 151:10,12
151:19
**oxygen** 30:19,20

_____

**P**

**package** 35:19
**packaging** 64:5 81:4
**page** 2:16 3:16 24:5,8
24:9,10,13,19 25:13
29:20 30:12,13,14
30:14,15,16 36:22
38:4 46:12,20
60:22 64:1 69:21
71:15 83:12,13,15
113:6,12,20 115:19
120:23 130:14,14
131:25 133:15
139:13 142:18
143:20 159:18
163:22
**paid** 32:17
**pain** 133:6,7,10,11
134:5 138:22 139:7
**Panther** 123:4
**Panthers** 132:3
138:15 140:11

_____

1116 Blanding St., Suite 1B / Columbia, SC 29201
(803) 252-3445 / (800) 822-0896

CREEL COURT REPORTING, INC.

paralegal 2:2 4:5
part 77:1 95:19
  109:16 136:1 151:2
  152:13 163:20
particular 72:17 93:8
  93:18 98:8
partner 109:19
pathologist 3:5 34:4
  34:8,13 159:10
  160:4
patient 16:14 18:19
  33:23 66:15 70:19
  72:1 81:17 82:1,19
  83:23 84:21 87:17
  88:10,11 91:20
  103:22 112:9 116:2
  116:9 144:25 145:3
  145:14 164:2
patients 8:13 16:18
  17:1 18:2,5,7 53:1
  64:20 67:8 75:12
  86:5 87:4 91:23
  109:24 110:1 111:1
  120:15 121:19
  136:10,12,15,23
  143:1,16 144:2,6
  145:23
patient's 85:25 87:21
  87:21 119:17
patient/practitioner
  81:19
patient/practitione...
  71:20
pattern 141:20
patterns 70:18
Patterson 2:9
peach 145:19
people 111:1 115:5
  117:15,22 120:13
  122:4 123:1 126:18
  127:5 132:9 151:20
  152:9
percent 14:7 19:23
  20:12,18,20 21:11
  21:23 22:4,6,9,21
  23:9,14,24 25:6
  26:11,14,19 28:1,4
  32:22 36:15,23
  37:19 38:4,10 39:6
  39:10,18 46:10,14

46:16,17,18 53:13
53:19 54:20 60:6,7
60:16 62:4 71:7
79:7 162:18,19
166:3
perform 48:3
performance 115:6
  124:11
period 31:22 143:13
peroxide 2:23,24
  7:19,23 8:10 9:1,24
  10:18,25 11:10
  12:20,25 14:1,2,15
  17:13,17 19:15,23
  21:10,22 22:21
  23:14,24 27:7
  29:15,21 30:1,19,24
  31:3,8,12 32:10
  34:14 35:1,15
  36:10,15,23 41:24
  42:6,6 44:17 45:3
  46:8 47:2,7,11
  49:20 50:8 53:19
  59:5 60:6 61:8
  62:14,20 71:7
  78:24 79:4 86:19
  100:12 101:18,23
  102:1,9 103:6,15
  104:24 108:4
  112:18 129:21
  144:3,7 146:15,18
  146:24 147:8 148:1
  148:7,10,15,16
  150:16,21 151:1
  152:3 159:13,21
  160:21,25 161:5,14
  161:19,25 162:12
  166:4
person 52:14 149:14
personal 1:4 148:9
personally 9:25
  10:24 137:23
pharmacies 83:20
  121:25 122:3 148:4
pharmacist 6:7,11
  7:7,18 9:22 13:9,11
  13:18 18:13,14,21
  43:23 47:10,22
  48:4 69:14 72:2
  73:22 75:17 77:1

81:17,25 84:22
87:16 104:13
108:22 146:23
158:21 164:1,8
pharmacists 29:5
  63:10 70:6,18
  73:11,12 83:18,20
  148:13,15 158:14
pharmacist/patient...
  70:13,25
pharmacist/practit...
  67:7 81:20
pharmacy 1:8 2:11
  4:10 6:2,9,16 7:3
  7:10 10:1 12:21
  16:2 28:18,24
  40:15,21,24 48:5,12
  48:16 49:8 54:6,13
  63:19 69:10,12
  70:9 96:1 112:22
  113:9 121:19
  122:22 128:15
  136:1 146:11 147:3
  147:10,24 148:8,21
  149:10 152:18
  156:22 157:4,5
  163:18 164:1
Phillips 1:9 2:11 4:11
  45:5 109:21 139:16
phone 44:4,7 48:20
  48:21
physician 15:22
  16:20 17:11 45:11
  65:4 113:7 138:9
physicians 112:21
  136:5 143:23
  144:19
physician's 45:22
physician/pharmac...
  108:9
piece 21:3
pits 145:19,20,21
place 69:23 70:20
  71:9 84:9,12 147:1
  147:6,21
placed 165:7
places 147:13
plaintiff 1:6,20 2:4
  4:4,15
Plaintiff's 2:21,22,22

2:23,23,24,25 3:1,2
3:3,5 23:21 29:17
36:19 48:7 59:9
60:3 63:22 69:7
80:11 142:11 159:8
planning 89:11 93:20
play 110:20
player 110:23 111:17
  114:12 115:10
  132:2 135:5 138:3
  138:4,15 141:7
players 110:15 120:6
  122:1,5,13,21
  141:19 159:1
please 4:20 48:10
  106:19
point 6:21 11:9 57:12
  59:19 84:11 87:1
  121:1
poison 6:9,14,15,18
  6:20 20:17,23
  39:17,22 41:17,22
  78:25 79:4,8,8,13
policy 157:7,12,18,21
  157:24
position 33:11 34:7
  34:17 128:13 143:8
  160:13
possibility 35:16
  162:2
possible 87:19 128:1
  161:8
Possibly 9:15 19:11
  44:1 86:8 138:1
  160:7
Post 2:7,10
potential 38:6 44:10
  73:10 93:23 164:15
potentially 124:13
pound 120:9
pounds 132:7 138:18
power 108:25
practice 2:25 64:9
  70:9 81:10 102:12
  136:1 144:19
practices 63:9,13,16
  63:18,25 65:15,21
  68:4,14,23 70:2
  80:4 82:17 143:23
practicing 102:8

practitioner 17:4,12
  72:1 81:17 83:22
  84:21 99:6 101:21
  164:18
practitioners 83:22
  100:2 152:18
  153:17
practitioner's 64:6
  65:22,23 81:7
practitioner/patient
  66:21 67:6
practitioner/patien...
  64:8 66:17,19,24
  67:11,21 68:8 81:9
practitioner/phar...
  66:22 68:9
Precautions 24:20
  29:23
preparation 64:4
  70:3 80:17 81:3
prepare 7:25 32:11
  86:3
prepared 7:22,24
  12:7 26:17 31:6,7
  48:13 49:1 58:25
  62:13 108:12
preparing 8:21 50:21
prescribe 100:8
  145:1 163:9,10
prescribed 124:17
  142:25 143:3,7
  144:24
prescribing 70:17
  141:19
prescription 9:1,18
  9:23 16:3,4,12,14
  16:23,25 17:3,7
  18:2 45:21 46:1
  48:25 49:2,6,17,20
  50:1,2,4,6,7 51:4,10
  51:21,22 52:2,9,12
  52:16 53:4 54:25
  55:4,6,7,8,13,15,18
  55:21,22,22,23,25
  56:4,7,13,19,25
  57:2 64:6 65:22,24
  66:4,5,6,9,11,13,14
  67:20 68:6 70:15
  70:16 71:5 72:24
  73:2,4,13,15,23

CREEL COURT REPORTING, INC.

74:2,13 77:15
86:25 87:16,25
88:5,13 90:4,5,20
91:5,7,9,12 96:14
96:18 97:4 100:1
100:17 114:18
116:20 118:4
153:17 158:17,20
163:21 164:2,10,11
165:13,14
prescriptions 10:25
16:6,9,10,18 18:7
45:14 71:17 73:11
96:7 109:25 110:5
113:8 136:19
141:25 143:14
149:24 152:19,21
154:10
presence 140:25
161:2,11
present 2:13 70:25
148:18
presentation 70:14
presented 88:22
pretty 62:20 109:20
previous 7:5,12 50:5
50:6
previously 7:22
21:19 112:20
143:23
primarily 79:2
prior 11:13 30:25
60:25 61:4
probably 11:20,20
69:6 75:22 99:17
105:25 106:2,2
110:2 119:20 155:7
problem 20:18 22:13
31:2 73:10 127:21
132:10,15 164:17
problems 88:22
101:9
Procedure 3:11
procedures 30:20
processing 80:18
produce 31:24 33:19
40:8 100:9
produced 14:14 59:6
produces 33:10,14
producing 54:22

product 14:14 28:13
28:16 31:1,18 37:2
37:7 50:15,21
52:15,16 53:18,23
54:2 55:15 57:9,10
59:1 62:9 67:19,24
91:17 98:22
production 77:2
products 71:19,25
83:21
professional 13:9,10
13:12 19:8 36:8
41:14,15 47:20
64:9 81:10 95:1,4,6
95:18 103:13
105:15 110:14,22
114:11 115:10
122:5,13 135:4
141:7 156:23 159:1
Progesterone 121:16
130:10,12
prohibited 75:21
Prolo 123:23
promoting 164:3
pronounce 127:11
142:2
propagation 80:18
proper 19:9 63:16
90:9
properly 89:16
proposing 89:14
prostate 131:5
139:21 144:25
145:3
protect 157:10
proud 104:14
provide 43:1 57:18
92:4,7 93:2,6,18
95:22 98:22 99:1
99:25 101:22 103:8
provided 26:8 59:12
121:18 140:20
163:2,5
provides 51:2 77:15
providing 51:22
150:11 153:16
provisions 16:1 85:3
public 1:24 56:17
152:8
publication 103:13

103:13
pull 113:21
pulmonary 160:17
purpose 64:12
purposes 23:22 29:18
36:20 48:8 52:10
59:10 60:4,5 63:23
69:8 80:12 142:12
155:11 159:9 164:3
pursuant 1:25 3:10
put 32:20 63:9
165:23
Pyridoxine 99:13
153:25
P.A 1:21 2:3
p.m 1:16 166:16

─────────
Q
quacks 151:15
quarrel 143:4
question 4:18 16:25
34:7 35:14 37:16
42:15 52:1 55:24
59:17 61:11 86:10
102:16 104:17
112:23 128:13,20
129:21,22 134:2
136:3 143:17 146:5
147:5 161:9
questioned 128:21,25
149:21
questioning 129:3,8
129:17
questions 4:16,22
5:16 162:7,8
163:15,16 166:14
166:15
quit 39:13 40:5
quote 119:2

─────────
R
racket 117:19
raised 5:19,20 74:8
149:8
rarely 111:15 112:16
reach 13:11
reached 159:11,25
reaction 73:9
read 11:2,5,11,17
27:22,25 36:5

60:24 61:3,9,18,22
71:24 113:13
reading 3:14 11:13
36:4 84:19
readings 42:5
reads 75:2
ready 78:17 137:6
real 63:15 155:22
really 33:11 38:14
61:18 77:14 92:24
93:10,19 94:13,15
94:19,21 98:20
103:25 104:14
105:10 106:4
108:10 109:2,17
128:12 135:19
140:2 151:7 159:5
165:24 166:6
reason 59:17
recall 9:16,21 10:21
11:1,4 37:5 46:6,9
57:22 108:7 110:16
110:17,24 111:9
118:5,24 128:8
receiving 71:17
reckon 113:15
recognize 17:16
33:19 35:9,12,14
93:1 102:22 127:23
127:24
recollection 11:17
42:5 65:2 127:8
128:9,21 129:7
138:2 139:11
149:23 150:10,13
recommend 33:6
41:24
recommends 103:14
record 78:22 102:20
119:18,19 138:7,8
152:8 157:1 164:2
records 148:22,24
155:13
reduction 162:23
refer 62:11 138:10
reference 28:24
referenced 145:14
referring 69:17 83:11
83:18 163:22
refill 119:20,23,25

129:4 134:1 138:1
refilled 112:14
reflect 63:14,18
refused 118:3 129:5
refuses 157:21
regard 71:3
regarding 135:9
regimen 58:4 89:10
93:20 94:14,16
114:9 165:21
registered 96:2,4,8
96:22 97:1
registration 98:15
regret 105:4 107:9,25
regularly 70:17
144:1,6
regulating 70:8
regulation 76:25
regulations 78:13
related 7:6,10
relates 142:14
relating 69:18 78:13
relationship 64:8
66:17,20,21,22,24
67:6,7,12,15,22
68:8,10 70:14,24
71:20 72:1,13,20
81:9,16,18,21,25
82:15 84:21 85:4,6
85:9,13,21 97:9,15
97:18,20 98:4,10
108:9 109:21
112:10
reliable 29:7,12
relies 13:9
rely 47:21 104:9
remember 11:3 28:4
37:14 80:5 111:15
111:16 121:10
122:24 123:1,13,14
127:7 128:24 129:1
129:2,6,17 130:25
131:23 140:7 150:4
removes 133:2
repair 118:7,8 119:3
119:4,5,5 127:18,19
127:19
repeat 4:19 76:8
106:19
replacement 135:18

137:13
**report** 3:5 112:22
    113:7,8 138:9
    140:23
**reported** 30:23
    161:12
**reporter** 1:23 4:25
    92:11,17
**represent** 4:3,7,9,14
    62:12
**Representative** 1:4
**represented** 59:14
**request** 91:16
**require** 85:17
**required** 51:9 58:6,8
    73:3 74:11,12
    87:23 93:5 105:14
**requirement** 80:22
    81:11 84:16
**requirements** 54:24
    56:7 57:1 58:11
    59:25 60:1 68:15
    71:12 73:3,12,16,24
    74:3 77:18 80:9
    82:4 87:15 93:2
    96:15,19 98:14,16
**requires** 16:2 51:2,20
    52:7,8 58:7 89:20
    92:7 98:4
**requiring** 51:3 52:8
    85:4 88:19
**resale** 83:20
**research** 12:6 26:25
    27:10 32:4,6 35:18
    36:1 38:17,23
    39:12 40:10 44:14
    64:13,16 95:12,25
    103:25 104:4,16
    105:24 109:18
    151:2,4 152:13
**resolve** 164:16
**resource** 29:4
**Respondent** 142:24
    143:13,22 144:1,24
    145:13,22
**responsible** 157:23
    165:11
**restrictions** 115:4
**result** 64:6 65:21
    81:7

**resulted** 30:20 31:14
**retailers** 158:13
**retain** 157:16
**retained** 149:19
**review** 89:10 119:17
    163:20 164:1
**RE-EXAMINATI...**
    2:18 163:14
**Richard** 2:2 4:3,6,13
**Richland** 1:21 2:3
    59:12
**right** 5:6 13:7,17
    16:15 38:23 45:13
    46:1 48:17 52:3
    66:20 69:23 73:16
    76:22 77:4 83:14
    83:15 84:18 91:7
    92:13 93:14 108:16
    114:1 117:6 118:20
    121:4 123:11
    124:20 129:22
    131:16 139:25
    142:2 147:8 152:14
    156:6 157:9,13,16
    157:16 163:2
**right-hand** 113:17
**rings** 131:22
**risk** 32:18 40:13,13
    50:14,16,23 58:22
    58:22 59:1 61:25
    79:9 92:2 93:23
    109:11,13,17
    112:10 160:24
**risks** 13:22 22:22
    40:23 50:17 57:19
    59:20 63:3 79:17
    79:24,24 89:13
    107:21 108:3 109:9
    141:24 142:5,6
**risky** 94:5,18,20,24
**Rivers** 2:6
**Road** 154:23
**Robert** 120:23 121:7
    121:9 135:21
**role** 110:20
**Romania** 75:4
**route** 41:19
**routine** 17:17 65:14
    70:17 102:12
**Rozema** 100:22,23

100:24,25 101:2,12
    152:22 153:20,21
**rug** 55:8
**Rules** 3:11
**running** 117:18
    125:18 131:17
**Rx** 48:22,24,25
**R.Ph** 1:9,9 2:11,12

_____

**S**

**S** 1:23
**safe** 31:21 32:25
    42:13,17 47:3
    74:22 79:15 88:7
    93:9,16 94:15 95:9
    104:1 150:5,9
**safety** 2:21,22 12:8
    21:1,10,18 22:1,20
    28:1 36:15 37:1,18
    38:1,19 39:20
    42:25 43:20 44:8
    44:17 60:25 61:4
    61:15
**sat** 85:2
**Sauerbrun** 118:16,22
    139:16 140:10,15
**saw** 24:16 25:10
    44:24 117:24
    122:21
**saying** 9:13 22:10
    52:3 55:8 74:16
**says** 20:2,17 21:23
    23:5 24:1,9,11,15
    24:20 25:1 30:18
    31:11 38:7 39:7
    48:20,21 49:5,7,25
    50:5 53:7 54:10
    58:17 60:13,13,23
    61:22 64:4 65:21
    66:6 68:12 70:6
    71:22 72:10 75:24
    82:20 83:6,15
    84:25 85:1 97:8
    113:16 142:23
    143:12,21,21
**SC** 3:2
**scientific** 95:23
**sclerosis** 17:19 18:3,5
    18:19,23 19:7
**Search** 148:19,25

149:4
**second** 24:5,13 29:20
    30:13 36:22 60:22
    113:6,20 139:13
    142:18,22 159:18
**secondary** 31:2
    159:12
**Secretary** 54:17,21
    78:7
**section** 24:6 69:19
    72:10 82:20 83:6
    84:13,13
**sections** 72:6
**see** 20:13 22:22 24:7
    24:11,21,23 25:2,14
    25:20 26:2 29:22
    29:23 30:4,21
    31:15 33:5 37:24
    38:5 46:5,25 64:2
    65:19 67:9 69:21
    70:3,21 73:8 80:14
    83:14 111:15 114:1
    115:19 119:18
    120:13 121:14
    127:14 129:25
    131:13,15 134:4,21
    136:21 137:16
    138:21 139:17
    140:20,21 141:20
    144:3 149:4 159:21
    159:23
**seek** 25:2 46:13 157:9
**seen** 21:19,20 23:1,12
    25:7 47:5 103:12
    136:5 142:20
    159:16
**sell** 75:11 76:7,10,15
    76:17 151:21
**selling** 56:16,20
    151:8 158:5
**sense** 95:8,9
**sentence** 85:19 97:6,8
    97:14,24
**separate** 85:11
**series** 143:20
**Services** 54:17
**sets** 159:10
**setting** 88:15
**settings** 83:24
**settle** 157:6,18

**settled** 77:13
**settlement** 157:11,21
**Seven** 68:19
**severe** 31:14 33:10,14
**share** 69:3
**sheet** 2:18,21,22 3:16
    21:1,10,18 22:1,21
    26:10 28:1 36:16
    37:1,18 38:2 39:20
    42:25 44:8 60:25
    61:4,16
**Sheets** 38:19
**shock** 159:12,20
**Short** 102:22 108:18
    108:20 125:16
    145:24
**shortly** 59:13
**Shortt** 1:8 2:8 4:8
    7:19 9:18 12:15
    15:2,2 26:8 44:16
    45:12 46:7 49:23
    52:25 59:12,14
    64:19 65:6,13
    74:18 75:2 82:18
    87:3 89:10 93:20
    94:14 99:19,24
    100:11 101:20
    102:7 108:3 109:20
    110:5 111:1 113:9
    116:8 117:16,25
    118:4 124:20
    128:13,22 129:8
    136:4,11 142:14
    146:10 147:2,7
    149:9 150:14 158:5
    162:13 163:3
    164:24
**Shortt's** 3:3 8:14
    55:16 86:12 88:15
    121:19
**show** 120:1,1
**showed** 117:23
    126:18,19
**showing** 123:8,15
    129:9
**side** 89:13
**sign** 45:21 46:4
    124:18
**signature** 2:18 3:16
    45:22

CREEL COURT REPORTING, INC.

signing 3:14
signs 46:3
simply 5:11 108:23
sir 4:24 5:2,15,18
   6:22 7:8,11,14,16
   7:21,24 8:11,16,20
   8:22,24 9:15,21
   11:4,8,12,25 12:2,5
   12:18,21 13:14,24
   14:10,13 15:3
   16:21 17:5,9 19:4
   19:14,21 20:3,8,10
   20:12,13,16,24 21:2
   21:4,12,15 22:9,24
   23:4,15,20 24:2,4
   24:12,25 25:4,12,16
   26:4,5,10 27:9,11
   27:13,19,24 28:11
   28:15,20,22 29:3,6
   29:8,11,16,25 30:2
   30:6,22 31:4,10,16
   31:19,20,23 32:2,5
   32:8,12 33:1,4,7,9
   33:13,22 34:1,5,16
   34:22 35:6,8,17
   36:6,13 37:4,12,16
   37:20,23 38:9,11,25
   39:2,4,8,11,14,24
   40:3,6,9,12 41:7,14
   42:9,11,14,18,24
   43:3,7,13,17 44:1,3
   44:9,12,18,20 45:15
   45:17 46:9,17,19,24
   47:4,9,14,18,23
   48:2,6,10,15,19
   49:4,18,22 50:12,15
   50:24 51:6,8,25
   52:14,24 53:3,11
   54:3,8,15,19,23
   55:7,12,20 56:1,3,5
   56:18,23 57:17,20
   57:25 58:5,10,14,15
   58:24 59:7,18,22,24
   60:18,21 61:2,6,14
   61:17,22,24 62:2,4
   62:7,17,21,24 63:2
   63:4,7,11,20 64:3
   64:11,15,18,21,24
   65:1,9,18,25 66:2
   67:16 68:11,13,17

68:21,25 69:13,16
69:20,25 70:4,5,11
70:22 71:14,23
72:4,15,23 73:7,14
74:1,7,10,16,25
75:10,20 77:7,16,21
77:24 78:5,9,11,15
78:19 79:1,3,5,11
79:16,19,23 80:2,6
80:16,20,24 81:6,12
81:14,21,23 82:8,12
83:3,9,16,25 84:3,7
84:11,15,17 85:7,15
85:18,23 86:2,8,9
86:18 87:1,13,14,19
87:20 88:2,5,9,14
88:17,18,23 89:3,7
89:9,12,15,22,24
90:7,11,22,24 91:9
91:12,14,15,18,21
91:22,25 92:3,6,12
92:23 94:1,3,7,12
95:11,14,17,21,25
96:5,9,13,17,21,25
97:3,10,12,16,19,22
98:6,21,25 99:3,9
99:20 100:3,15,18
100:20 101:4,11,13
101:24 102:3,7,19
102:24 103:5,7,11
103:16,21,23 104:2
104:5,8,12 105:3,9
105:21,25 106:1,6
106:11,13,20 107:9
107:11,16,22,24
108:13 109:8,10,12
110:21 111:22
112:1,2,13,19
113:11,15,19 114:2
114:5,6,22,24 115:8
115:14,18 116:4,7
116:12,14,16,18,25
117:3,10,13,17,20
117:24 118:15
119:14,22,25
120:12 121:9,11,13
122:16,18 123:2,17
124:15,22,24 125:4
125:5,11,14 126:1,3
126:6,13,16 127:3,6

127:8,10,16,22
128:1,2,4,9,11,17
129:1,10,12,20,24
130:3,5,7,10 132:11
132:13,23 133:14
133:17,19 134:1,2,3
134:7,11,15,18,19
134:20,21 135:3,11
135:15,20 136:25
137:2,9,19,23 138:6
138:13,20,24 139:3
139:6,12,19 140:3
140:12,16,21 141:1
141:3,6,11,13,17
142:10,17,21
143:11,12,19 144:8
144:15,17,18,22
145:12,12,18,22
146:1,20,25 147:6
147:11,16 148:11
148:17,20,24 149:3
149:4,6,15,18,20,22
150:3,9,13 151:5,18
152:2,4,7,12,16,21
153:3,8,11,13,25
154:5,9,18 155:3,9
155:19,23 156:16
156:18,20 157:8,14
157:19 158:1,4,7,11
158:16 159:2,7,17
159:23 160:2,3,8,11
160:15,18,22 161:1
161:17,21 162:4,5
163:8,10,12,19
164:11,12,14,19,22
165:3,6,10,20,22,23
166:7,9,12
sitting 11:16 24:17
   46:6 49:19 51:7,16
   73:8 89:5 106:5
   128:24 158:3
situation 75:1 90:14
situations 85:12
Six 57:12
Sixty 155:8,9
Skidmore 133:16
skin 20:5
SLED 148:18
sleep 133:8 139:1,8
sleeping 136:24

small 94:17 121:24
   130:9 136:7,9
   137:12
Smith 1:23
social 156:19
sold 57:3 76:20 92:20
Solomon 1:21 2:3
solution 14:9 30:25
   123:24
solutions 31:12
somebody 19:6 32:9
   76:9 87:13 119:3
Somewhat 108:1
sorry 8:6 16:13 24:10
   25:8,21 28:21 30:8
   30:9,10,14 56:10
   76:8 92:18 118:21
   121:3 129:16
   137:19
sort 65:7 101:1
source 28:17 29:13
   32:24 35:19 43:22
   102:25 145:11
   146:22 149:17
sources 13:10 19:8,15
   29:9 36:8 44:10
South 1:1,22,24 2:4,7
   2:10 5:21 6:1,3,16
   54:7 80:10
speaking 93:12
   109:19
specific 11:16 138:2
   148:12
Spectrum 14:4 19:20
   23:13,25 28:12
   33:5 37:19 44:7
   47:1 60:10 62:19
spell 155:14
Spencer 116:3
spoke 165:4
Spring 156:14
St 154:21 156:14
stand 53:8 54:4
standard 63:19 65:14
   102:1,4 105:17
   107:17,18 143:25
   144:10,19
standards 102:8,11
   102:23 105:15,18
   106:1

Stanozolol 116:22,23
   116:24 117:1 118:6
   118:17 121:16
   122:16 127:13,14
start 5:17
starts 113:10
state 1:24 16:2 48:5
   66:3 68:24 69:10
   69:11 77:6 82:3,13
   82:23 84:5 85:14
   97:5,5 156:22
   163:18
stated 144:9
statement 11:3,5,11
   11:13,18 143:5,9
statements 10:5 99:1
states 1:1 75:5 76:7
   145:16 151:25
   152:9
status 154:14
statute 3:1,2 51:1
   69:4,5 85:4 97:24
steady 110:10
steps 164:16
sterilized 14:15
sterilizing 14:11
steroid 111:21,23,24
   112:1,11 117:2,9,19
   118:4 119:2 127:24
   133:18,20 135:22
   137:17 142:25
   149:24
steroids 110:22,25
   111:4,10,12 114:3
   115:4 117:15
   121:17 122:12
   123:19 129:2,11,22
   134:10,19 135:25
   136:14,23 138:5,22
   139:2,4 140:19,25
   141:14,15,15,19
   149:9 150:7
Steussie 111:16 112:3
   113:24 114:1,11
   115:10 133:12
   134:4,21 135:4
   136:22 138:11,12
   138:14
stipulated 3:9,13
STIPULATIONS 3:7

CREEL COURT REPORTING, INC.

stocks 155:24 156:9
stopped 143:25
Storage 46:12
straight 8:19 22:9
stream 39:25
Street 1:21 2:3,6
strength 14:5 31:19
  31:20,22,24 32:25
  33:3,8,15,18 37:25
  40:22,24 41:12
  42:15,16 58:19
  79:5,6 162:12,16,22
  163:4
strengths 62:6
Subaru 155:21
submitted 150:19
submitting 78:6
subparagraph
  145:14
subscribe 103:4
subscribed 103:3
subsequent 10:6,8,8
  10:9
subsequently 15:12
substance 24:14 38:7
  145:15
substances 81:1
substantive 78:21
sued 7:15
Super 123:7,11,14
supervision 48:14
  50:11,20,23 51:3
  52:8 74:12 79:22
  94:9,11 154:4,8
supposed 13:19 18:7
  58:7,11,21 87:25
  92:20 120:17
  158:12 164:5,16,20
  165:14
sure 11:15,24 18:24
  55:19 57:7 63:15
  69:22 77:10 92:24
  109:23 115:7
  122:23 131:4,18
  136:2 147:24
  148:22 155:5
surgical 30:20
surprise 23:5,8,9,18
suspect 11:21 15:5
  44:15 86:17 138:20

suspend 146:9
suspension 3:4
  142:14,19
suspicious 117:14
swallowing 22:12
  40:2 41:18 79:2,14
swimmers 142:9
sworn 4:1
synthesis 81:3
syringes 124:16,23
  134:9 140:19
  141:16
systemic 159:20

_____
        T
take 26:6 27:15 34:6
  68:11 69:11 75:1
  85:2 86:9 97:13
  104:13 109:6
  148:21 155:1
  156:24 160:3
  164:16
taken 1:19 3:10
talk 44:16 65:6 76:24
  76:25 108:10 123:6
  154:13,15
talked 12:10 32:21
  35:3 80:3 108:2
  128:11 133:12
  134:9 153:19
  160:24
talking 19:16 58:10
  59:6 76:23,23 95:7
  107:17 118:18
  136:10 138:3
  146:19 153:19
Tamoxifen 111:7,7
  130:22 131:3
  139:17,21,22
  140:18 143:14
Tampa 138:17
TAPE 138:7
Taurine 99:13
  153:25
tax 155:10
teaching 64:13,16
technician 47:13,14
  48:13
techniques 63:16
Tegretol 19:7

telephone 15:10
tell 5:12,19 8:1 9:5,15
  10:15,17,23,24 12:6
  12:11,14 14:1 15:5
  19:15 28:23 42:4
  57:8,15 58:3 63:12
  99:10 119:1,21
  136:16,18 153:5
  154:14
telling 16:17,21,21
  18:12,18 20:19
  27:20 45:7 49:1,19
  49:25 55:4,6 66:18
  67:4,5,14 70:23
  91:19
temporarily 146:9
Temporary 142:19
tend 38:20
Tennessee 5:20,25
term 66:7 89:23
  116:21
terminally 144:25
  145:2
terms 48:4
testified 4:2 143:24
testimony 45:5
testing 140:25
Testos 115:20 125:1
testosterone 111:2,18
  113:22 114:12
  115:11,12,16,21,23
  116:1,3,10 120:24
  120:25 121:12,16
  121:17 122:15
  125:3,8,18,25
  126:11 127:20
  130:1 131:14 132:1
  132:10,16 134:20
  134:22,25 135:1,13
  135:17 136:20
  137:8,13 139:5,9
  141:25 142:1,2,6,25
  144:24 145:2 150:6
text 28:18
Thank 30:8 118:21
  129:16 135:2 162:6
  163:13,24
Thanks 30:17
theory 12:16
therapeutic 164:4

therapy 31:13 151:11
  151:12
thing 60:13 79:25
  126:15 145:6 148:6
  156:5
things 13:15 35:12
  56:13 100:10 101:1
  109:8 161:17 164:5
think 10:14 23:1
  27:17 43:4 45:20
  55:2 56:12,12
  61:21 67:1 68:5
  69:5 72:9,16 74:5
  76:17 83:10 85:11
  87:23 91:4 92:15
  97:6 98:5,9 101:8
  104:19,20 105:14
  106:4 113:4 115:13
  122:16 123:21
  124:15 130:25
  131:1,11 132:2,9,12
  140:1 145:5 156:2
  156:4 157:15 158:9
  159:4
thinking 112:20
third 30:12,13,14,15
  30:16 115:19 120:2
  130:15
Thirty 156:8
Thirty-five 14:7
  21:23
Thirty-two 154:25
thought 74:9
thousand 155:8,9
  156:8
three 9:8,13 71:12
  79:7
throw 22:14
time 8:3 15:11 24:3
  26:7 31:17 32:16
  36:12,13 37:5,9,11
  38:17 39:8 40:16
  41:19 105:5 108:5
  108:6 112:12,16
  114:24 118:3 120:4
  121:18 123:7 128:8
  128:8 129:14,17
  143:11 144:15
  146:19 147:14
  149:11 156:4 158:2

159:24 161:21
  162:4 166:8
times 9:7,8,13 91:5
tissue 20:7,11
title 6:12
titled 112:21 142:19
today 4:16 11:16
  24:17 32:9 46:6
  49:19 51:7,16 73:8
  85:2 89:5 128:24
Todd 111:16 113:24
  118:16 136:21
  139:16
told 11:3 12:15 17:10
  43:11 45:4 54:11
  55:20 60:7 61:7
  64:19 67:5 79:20
  91:4 95:9 109:2
  139:20,23 145:9
  159:4 160:8
top 131:11 153:6
  163:22
toxic 20:6,11,14,20
  23:10 24:14,15
  26:12,19 27:1,17
  38:7 39:6,13,16,18
  40:1,5 41:12 42:7,8
toxicities 42:4
toxicity 50:16 61:12
  79:25
Toxicological 25:14
  46:21
trained 18:21 34:3
transcript 5:1
treated 17:19 20:23
  145:23
treating 131:4
treatment 65:4,14
  101:22 103:19
  106:10 108:11
  114:20 146:3
treatments 64:23
trial 75:3 151:3
trials 75:6 76:14
  150:15
triangle 67:11
triangular 67:14
  70:24 71:25 72:13
  72:19 81:16,21
  82:15 84:20 85:4,9

CREEL COURT REPORTING, INC.

85:13,21 97:9,15,18
97:20 98:4,10
112:10
**trouble** 136:23
**true** 35:1 51:19 84:23
84:24 128:12
**trumps** 77:8
**truth** 35:17
**try** 5:12 76:24
**trying** 76:24 96:11
131:1 151:21
**Tuesday** 1:16
**turn** 24:10 159:18
**two** 85:11 141:11
153:19
**type** 7:13 50:8 79:25
100:10 144:14

**U**

**Uh-huh** 24:25 26:1,3
48:23 67:13 76:11
101:17 110:20
132:8 134:23 144:4
**unapproved** 151:9,22
**uncommon** 15:10
**unconventional**
31:13 65:7 101:22
103:19 106:9
107:14,19 108:11
**understand** 4:18,23
7:17 32:23 40:23
47:19 49:13 52:21
60:24 61:3,22,25
70:9 73:9,21,22
77:5,8 79:17 86:11
96:13,16,19,23
99:21 107:20
108:24 110:18
111:17 112:25
149:13,16 157:2
**understandable**
141:8
**understanding** 26:14
31:10 56:18,21
57:5 72:22 74:24
76:20 119:8 151:1
154:2 158:23 163:3
164:24 165:10
**understood** 8:12,14
8:16 109:1,5 145:7

162:23 165:4
**unfamiliar** 138:25
**unhealthy** 117:23
**unique** 65:10
**United** 1:1 75:5 76:7
145:16
**University** 5:25 6:1,3
6:15
**unknown** 103:18
**unlabeled** 119:9,10
**unreasonably** 157:20
**unsafe** 74:22
**unusual** 137:14
**Urology** 15:17 16:6
16:10,19 17:2
136:13,14 152:24
**use** 9:2,24 13:21
14:16 16:22 17:13
17:16 18:23 19:10
28:9,13,25 30:19
31:2 32:10 36:9
39:23 41:23,24
42:9,10,20 43:2,19
47:3,8 49:9,10,10
50:22 53:1 57:15
57:24 58:2,12,15,17
58:19 59:23 60:23
60:25 62:23,25
71:8 74:23 79:18
82:21 83:7,8,22,23
85:8,24 86:4 87:3
87:10 90:13,16,19
90:25 91:3,21 93:6
94:5 97:6 98:23
99:7,8,25 101:25
103:8 112:11 119:9
150:20 152:3,20
153:9 161:14 165:7
165:8,11,15,19
**usually** 115:25
**Utilization** 112:22
113:7 138:9
**utilized** 37:2 59:15
165:21
**utilizing** 14:2 150:16

**V**

**v** 1:7
**valid** 70:14 71:5
**Valley** 156:14

**value** 155:4,6,10
**various** 164:5
**veins** 22:16
**verdicts** 157:24
**vial** 91:24
**video** 1:13,19 138:7
**Videographer** 2:13
**Videographer's** 2:19
**vitamins** 99:18
100:14,15
**voices** 142:8

**W**

**W** 1:4
**waived** 3:15
**walked** 97:13
**want** 44:25 50:9,11
55:10 69:3 112:23
112:24 124:19
154:15
**wanted** 19:6 86:15
87:15 108:14
**wants** 76:9
**War** 77:12
**warn** 103:22
**warned** 22:4 35:10
**warning** 40:23 93:2
**warnings** 19:25
21:21 28:5 57:18
86:23 90:9 92:2,5
**Warrant** 148:25
149:5
**Warrants** 148:19
**wasn't** 9:16 28:7 35:7
39:16 40:16,25
41:3 43:2,8,17
46:15 52:12 61:16
66:13,14 90:7,23
94:20,24 95:2
102:1,4 106:12
108:25 119:15
128:18 144:18
147:16 160:22
**way** 5:21 9:10,11,23
17:17 20:23 22:11
32:23 34:21 36:23
64:10,12 77:12
91:2 97:11 112:17
143:17
**ways** 52:21

**wearing** 123:4
**website** 44:2
**weighs** 132:6 138:18
**well-documented**
40:14
**went** 19:15 22:3
62:22
**weren't** 26:11 38:1
41:12 43:5 51:9
61:7,8 74:11 85:3
88:21 90:8,15 97:1
122:13 123:19
128:12 146:2
147:14
**we'll** 16:24 26:16
66:16 105:16
139:14
**we're** 138:8
**we've** 32:20,21 56:2
56:24,24 62:8
78:16 82:15,16
124:25 130:18
133:3 134:9 137:3
141:14,14,15
149:24 153:19
**Whaley** 2:9
**whatsoever** 32:7
**wholesalers** 158:12
**William** 2:5,13 4:7
116:19 122:20
**Williams** 130:1
**wish** 56:5 105:8,8
**witness** 3:14
**woman** 130:16
**women** 142:7
**wonder** 126:17
**wondering** 126:20
**word** 104:9
**work** 6:9,13 7:6 8:3,6
94:22 104:10
105:10 106:16,24
**works** 12:16 101:15
**worry** 50:17
**worth** 32:14,15,16
**wouldn't** 23:8,18
41:12 68:2 94:8
105:23 124:15
130:6 131:9 147:17
161:5
**write** 15:20 16:12,16

44:25 45:13,20
46:1 158:19
**writing** 15:4,12,16
17:7 44:22 46:8
66:4 92:4
**written** 15:9,19,21
16:3,20 17:3,3
44:24 45:3,8 99:5
100:1,16 152:19,21
153:17
**wrong** 39:1,3 87:5
**wrote** 114:18

**Y**

**yeah** 9:11 18:17
19:12 20:12 30:16
34:11 66:8 95:2
106:22 113:5,25
121:3 123:11 132:3
138:21 140:10
145:20
**year** 6:4 155:20
**years** 6:23 9:12 15:8
18:12,14,16 37:17
154:25
**Young** 2:6
**younger** 135:25
136:2

**$**

**$140,000** 156:2

**#**

**#1** 2:21
**#10** 3:3
**#11** 3:5
**#180** 53:13,19 54:20
**#2** 2:22
**#3** 2:22
**#4** 2:23
**#5** 2:23
**#6** 2:24
**#7** 2:25
**#8** 3:1
**#9** 3:2

**0**

**03** 162:19,20 163:1
166:3
**04** 113:10

CREEL COURT REPORTING, INC.

05 113:14

**1**

1 23:21,23 24:6 64:5
1-24-04 113:22
1-27-04 113:23
1-29 139:14
1-30-04 139:14
1:13 1:16 166:16
10 113:13 142:11,13
10-5-04 113:14
10:27 1:16
11 25:22 159:8,10
13-04 133:16
130 156:2
142 3:4
1519 1:21 2:3
159 3:5
162 2:17
163 2:18
167 2:18 3:17
168 2:19
169 2:19
180 53:16
1990 6:5,7 8:4
1991 6:24
1999 8:5,6,7,9,9

**2**

2 1:16 29:17,19 38:4
   69:21,22 70:1
   71:16 119:25
2nd 1:22
2-11-04 115:19
2-18-04 116:19,22
2-19-04 118:19
20 69:21
2002 155:21
2003 49:3 50:1
2004 7:20 10:11
   11:23 12:4 31:1
   32:3 47:12 53:21
   61:5 62:14 64:17
   77:22 80:21 138:10
   142:24 162:15
2005 1:16,23
21 83:13,15
23 2:21
23rd 129:25
24 138:10

28 2:6
29 2:22
29201 2:4
29402 2:10
29402-0993 2:7

**3**

3 20:17,19 22:6,9,21
   23:9,14,24 24:7,19
   25:5 26:11,14,19
   28:1 32:22 36:17
   36:19,22 38:10
   39:17 42:5 46:18
   53:13,19 54:20
   71:7 124:16 162:18
3% 2:21,24
3-18-04 124:3
3-3-04 121:3
3:04-22306-10 1:2
30 60:6
300 120:9
31 154:25
3425 154:23
35 19:23 20:12 21:10
   22:4 28:4 36:15,23
   37:19 38:4 39:5,5
   39:10 46:10,14,16
   46:17 60:7,16 62:4
35% 2:22,25
350 138:18
36 2:22
360 132:6

**4**

4 2:17 46:12 48:7,9
   62:12,16,25 142:24
4-22-04 131:24
4-5-04 130:14 131:13
40-43 163:25
40-43-30 3:2 80:13
40-43-86 3:1 69:10
48 2:23

**5**

5 25:13 46:20 59:9,11
   62:12,16,25 133:15
5-24 134:5,22
5-25 136:22
5-25-04 135:12
59 2:24

**6**

6 60:3,9 62:19 120:9
   120:9
6'6 138:18
6-29-04 137:7
60 2:25 155:7
63 2:25
69 3:1

**7**

7 24:21 46:12 49:3
   50:1 63:22,24
   68:20 80:14
7-8-04 137:16,20

**8**

8 69:7,9 163:25
80 3:2
86(k) 164:1

**9**

9 7:20 10:9 11:22
   12:4 32:3 47:11
   53:21 61:5 62:14
   64:17 77:22 80:11
   80:13,21 86:10
99 6:24
993 2:7