```
RUN DATE: 03/17/04              Providence Hospital ABS **LIVE**                    PAGE 2
RUN TIME: 1016                         PATIENT ABSTRACT
RUN USER: WHALEYSD
```

| NAME: | BIBEAU, KATHERINE K | | ACCT #: | D00500030036 |
|---|---|---|---|---|

EXHIBIT H

**ORDERING DIAGNOSES:**

**DIAGNOSES:**
| | | | |
|---|---|---|---|
| ADMIT: | 038.9 | SEPTICEMIA NOS | |
| PRINC: | 038.9 | SEPTICEMIA NOS | |
| SECOND: | 340 | MULTIPLE SCLEROSIS | C |
| | 286.6 | DEFIBRINATION SYNDROME | C |
| | 570 | ACUTE NECROSIS OF LIVER | C |
| | 785.52 | SEPTIC SHOCK | C |
| | 287.5 | THROMBOCYTOPENIA NOS | C |
| | 518.81 | ACUTE RESPIRATORY FAILURE | C |
| | 275.41 | HYPOCALCEMIA | |
| | 273.8 | DIS PLAS PROTEIN MET NEC | |
| | 593.9 | RENAL & URETERAL DIS NOS | |

**OPERATIONS:**

| 03/13/04 | PROC: | 96.04 | INSERT ENDOTRACHEAL TUBE | | B1 |
|---|---|---|---|---|---|
| | SURG: | WILED02 | WILLIAMS, EDDIE M III | | |
| | ANES: | NON | NONE | | |

| 03/13/04 | PROC: | 99.04 | PACKED CELL TRANSFUSION | | B2 |
|---|---|---|---|---|---|
| | SURG: | TARMU | TAREKEGNE, MULUGETA | | |
| | ANES: | NON | NONE | | |

| 03/13/04 | PROC: | 99.07 | SERUM TRANSFUSION NEC | | B3 |
|---|---|---|---|---|---|
| | SURG: | TARMU | TAREKEGNE, MULUGETA | | |
| | ANES: | NON | NONE | | |

| 03/13/04 | PROC: | 38.93 | VENOUS CATHETERIZATION NEC | | B4 |
|---|---|---|---|---|---|
| | SURG: | TABSC | TABER, SCOTT W | | |
| | ANES: | LOC | LOCAL | | |

| DRG: | 416 F | SEPTICEMIA AGE >17 | | | |
|---|---|---|---|---|---|
| DRG LOS: | //7.50 | | EXP DRG REIMB: 6371.15 | COST WT: | 1.5918 |
| | | | CHGS TO DATE: 29136.90 | | |
| VERSION: | 21 | ALT.DESC.GRP: | | DRG ST DATE: | 03/17/04 |

**NOTES:**

**PROVIDENCE HOSPITAL**
2435 Forest Drive
Columbia, South Carolina 29204

**DISCHARGE SUMMARY**

PATIENT: BIBEAU, KATHERINE
DOCTOR: MULUGETA TAREKEGNE, M.D.
ADMISSION DATE: 03/12/2004
DISCHARGE DATE: 03/14/2004
ROOM/BED: 238
PATIENT TYPE:
SOCIAL SECURITY: 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

ACCOUNT#: 00500030036
MR #: 000855537
AGE:
DOB: 11/07/1950
NURSING STATION:
CLINIC CODE:

*********************************************************************

cc: Jim Shortt, M.D., West Columbia.

PATIENT: BIBEAU, KATHERINE

DEATH SUMMARY

CONSULTATIONS: Eddie Williams III, M.D., pulmonary/critical care.

FINAL DIAGNOSES:
1. Septic shock.
2. Disseminated intravascular coagulation.
3. Multiorgan failure including hepatic as well as renal insufficiency.
4. Multiple sclerosis.
5. Alternative intravenous treatment for multiple sclerosis.

HISTORY OF PRESENT ILLNESS: Ms. Bibeau was a 53-year-old white female originally from Minnesota who came to the emergency department with weakness and decreased alertness noted by family members. Until three days prior to her admission, she was in her usual state of health. Three days prior to admission, she came by plane from Minnesota and she was started on alternative intravenous treatment for her multiple sclerosis by a physician, Dr. Jim Shortt in West Columbia. The exact list of the medications or treatments she received is not available. The day prior to admission, she was noted to have bruises on the legs. On the day of admission, she started having abdominal pain. When her family members, who noticed that there was some change in her mental status and her general well-being, they brought her to the emergency department. In the emergency department, she was found to be hypertensive with leukocytosis as well as thrombocytopenia and elevated INR, suggestive of coagulopathy and DIC. She was therefore admitted for management.

COURSE IN THE HOSPITAL: On arrival to the emergency department, Ms. Bibeau was critically sick. She was hypotensive and she was given

1

**ORIGINAL REPORT – DO NOT REMOVE FROM CHART**

**PROVIDENCE HOSPITAL**
2435 Forest Drive
Columbia, South Carolina 29204

## CONSULTATION

| | |
|---|---|
| PATIENT: BIBEAU, CATHERINE | ACCOUNT#: |
| DOCTOR: EDDIE M. WILLIAMS III, M.D. | N00500030036 |
| 160A | MR #: N 855537 |
| ADMISSION DATE: 3.12.04 | AGE: |
| DISCHARGE DATE: | DOB: |
| ROOM/BED: | NURSING STATION: |
| PATIENT TYPE: | CLINIC CODE: |
| SOCIAL SECURITY: | |

*************************************************************************

cc:     JAMES SHORT, M.D.
cc:     MULUGETA TAREKEGNE, M.D.

PATIENT: BIBEAU, CATHERINE

DATE OF CONSULTATION: 03/12/04

HISTORY OF PRESENT ILLNESS: Catherine Bibeau is a 53 year old, White, married woman from Minnesota. She apparently does not smoke nor does she drink a significant amount of alcohol. Actually, history is rather sketchy and came from the patient and her family.

Mrs. Bibeau has a history of multiple sclerosis which apparently has been somewhat progressive despite multiple therapies and colluding Interferon. She required a walker for ambulation. After exploring the Internet, she heard of a holistic therapy and came to Columbia to Dr. Short. She received intravenous therapy on Tuesday, that was three days ago, and then again yesterday of medications of which I'm not cognizant. On Wednesday, she felt weak, but gradually felt somewhat better. She then developed progressive weakness, bruising of her legs, abdominal pain and altered mental status over the past 24 hours. She was brought by her sister to Providence Northeast where she was hypotensive with a profound thrombocytopenia, platelet count of 11,000, and coagulopathy with a prothrombin time of 24 seconds and she was anemic. She was started on IV fluids and Dopamine infusion. She was given blood and fresh frozen plasma. She was felt to be in DIC with elevated fibrin-split products and D-dimer levels. She

1

**ORIGINAL REPORT – DO NOT REMOVE FROM CHART**

PROVIDENCE HOSPITAL
2435 Forest Drive
Columbia, South Carolina  29204

## CONSULTATION

PATIENT: BIBEAU ,CATHERINE            ACCOUNT#:
DOCTOR:  EDDIE M. WILLIAMS   III, M.D.  N00500030036
160A                                   MR #:   N
ADMISSION DATE:                        AGE:
DISCHARGE DATE:                        DOB:
ROOM/BED:                              NURSING STATION:
PATIENT TYPE:                          CLINIC CODE:
SOCIAL SECURITY:

*************************************************************

was transferred to Providence Main Campus and I began attending her at about 10 P.M. upon her arrival here.

PAST MEDICAL HISTORY: Her past history is fairly sketchy. She apparently has no history of hypertension, diabetes, coronary disease, ulcer disease or asthma. She does have a seizure disorder and has multiple sclerosis as noted.

PAST SURGICAL HISTORY: She says she had multiple surgeries, but the only scar that I see on her abdomen is that from laparoscopic cholecystectomy. She denies a hysterectomy. Indeed, she is having menstrual bleeding currently.

She is allergic to Codeine.

PHYSICAL EXAMINATION: On examination, she is an acutely ill White woman, very pale, in respiratory distress with a blood pressure of 70/40, pulse 130. Her skin is cool and dry with pallor erection. There are multiple ecchymoses present over the extremities. She is confused. There is no lymphadenopathy. Buccal mucosa is dry. Lungs sound clear though breath sounds are generally decreased. Heart sounds are normal. I do not see jugular venous distention. I hear no murmur nor gallop. The abdomen is soft and I cannot appreciate any mass or organomegaly. I did not do a rectal exam. Her extremities show multiple ecchymosis as noted. She does move all extremities, but she is very weak.

LABORATORY DATA: Her BUN earlier was 43, creatinine 1.6, platelets 11,000, WBC 16,700, hemoglobin 7.2. Arterial blood

2

**ORIGINAL REPORT – DO NOT REMOVE FROM CHART**

PROVIDENCE HOSPITAL
2435 Forest Drive
Columbia, South Carolina  29204

## CONSULTATION

PATIENT: BIBEAU, CATHERINE  
DOCTOR: EDDIE M. WILLIAMS   III, M.D.  
160A  
ADMISSION DATE:  
DISCHARGE DATE:  
ROOM/BED:  
PATIENT TYPE:  
SOCIAL SECURITY:  

ACCOUNT#:  
N00500030036  
MR #:  N  
AGE:  
DOB:  
NURSING STATION:  
CLINIC CODE:  

*************************************************************************

gases showed a pO2 of 147 on 100% nonrebreather mask, pCO2 21, pH 7.45.  CT scan of the head was negative.  Chest x-ray earlier this afternoon was clear.

IMPRESSION:
1. Severe sepsis syndrome, etiology unclear.
2. Hypotension, probably due to volume loss, may be having a retroperitoneal bleed.
3. Probable diffuse intravascular coagulopathy.
4. Multiple sclerosis, by history.

PLAN:
1. The patient will be treated with IV Vasopressin and Levophed as well as copious amounts of fluids.  Attempts will be made to place a central venous access.  Broad spectrum antibiotics will be delivered.  Consider Zygris because of her DIC if it can be ascertained that she does not have significant bleeding.

Her prognosis is very poor and I've discussed this frankly with her sisters.  Her husband is en route from Minnesota.

ADDENDUM: The patient was attended from 10 o'clock until 1:30 a.m.  Multiple attempts were made to place a central venous access.  The first attempt was made at the left internal jugular.  I was able to access the internal jugular vein, but the guidewire went down the subclavian vein and hit a valve at 30 cm.  Multiple attempts were made to reposition this in the central veins, but were unsuccessful.  The needle was withdrawn and the pressure was held for ten minutes to assure adequate hemostasis.  Then an attempt was made in the right femoral vein.  Her pulse was very poor, but I eventually was able to locate the right femoral vein.  However, I was unable to thread a guidewire through this because of low volume.  After approximately an hour, the attempt was aborted here.  The patient became progressively more dyspneic and restless.  She remained hypotensive despite Dopamine and Vasopressin.  She was given high doses of saline and transfused with more blood, two units.  An attempt was made to cannulate the right internal jugular vein, but this was unsuccessful on two

**ORIGINAL REPORT – DO NOT REMOVE FROM CHART**

PROVIDENCE HOSPITAL
2435 Forest Drive
Columbia, South Carolina  29204

## CONSULTATION

PATIENT: BIBEAU ,CATHERINE               ACCOUNT#:
DOCTOR:  EDDIE M. WILLIAMS   III, M.D.   N00500030036
160A                                     MR #:  N
ADMISSION DATE:                          AGE:
DISCHARGE DATE:                          DOB:
ROOM/BED:                                NURSING STATION:
PATIENT TYPE:                            CLINIC CODE:
SOCIAL SECURITY:

************************************************************
*************

different approaches.  The left subclavian vein was cannulated with a #18 gauge thin wall needle, but I could not pass a guidewire despite multiple attempts.  Eventually this was aborted.  Dr. Neal Reynolds was consulted for cut-down venous access which was accomplished in the left ankle saphenous vein.

The patient remains in critical condition with hypotension despite Dopamine, Vasopressin, Levophed and volume.  We are transfusing more blood and fresh frozen plasma.  She developed a large hematoma in the right groin region and right upper thigh from the attempts at femoral vein cannulation.  This was despite continuous pressure over the site by myself and by the nurse.

The serum lactate was 17 and the patient was profoundly acidotic. She has been given multiple amps of Bicarbonate and is receiving blood and fresh frozen plasma as we speak.  Her prognosis is extremely poor.

_____
EDDIE M. WILLIAMS   III, M.D.

jfs/  09707
DD: 03/13/2004
DT: 03/16/2004

4

Date: 3/12/04   Eddie Williams, MD   Admission / Consultation Note

A# D00500030036 U#H000855537
F 53   11/07/50
TAREKEGNE, MULUGETA
AKA

**Reason for Consult:** ___

**Impression:** ① Severe sepsis syndrome  HR 130  RR 25  Wbc 16700
hypotension, hypoperfusion, confusion
② poss DIC
③ MS by hx

**Recommendation / Plan:** ① Vasopressin + Levophed
② Broad spectrum antibiotics
③ FFP's

---

**History:**

pt with MS, treated recently with Amantadine Rx
IV by "Dr Short" —
developed weakness, altered mental status
bruising of legs, abd pain.
hypotension with thrombocytopenia &
coagulopathy — ↑ PT
on very high dopamine dose — has received
plts & FFP —

Exam: Afebrile   Fever max 100.5 P 130   Rhythm sinus   RR 25   BP 80/50

General appearance: Well-developed / well-nourished / frail / wasted / obese / chronically ill

Mental Status: alert / oriented / disoriented / delirious / confused / lethargic / obtunded / comatose / sedated

ENT: normal   Nose N   Throat N   GI tube / NG tube   Tongue N   Dentition ___

Neck: supple / mass / trachea midline / deviated   tracheostomy / thyromegaly ___

Lymphadenopathy: cervical / axillary / supraclavicular / femoral / tender

Respiratory: Chest symmetrical / increased AP diameter / respiration unlabored / use of accessory muscles
Percussion: dullness / hyperresonance / tactile fremitus   Diaphragmatic movement ___

Vent set ___   Lungs clear / rales few   rhonchi few   wheeze ∅

pO2 147  pCO2 21  pH 7.45   consolidation ∅   rub ∅   decreased breath sounds generally

O2 sat ___ FiO2 100% NRM   Cardiovascular: size normal / enlarged  S1 N  S2 N  S3 ∅  S4 ∅   Murmur ∅   Rub ∅

BUN 43  Cr 1.6  K 3.9  Na 139   JVD ∅   peripheral edema ∅   Stat WU clammy / Rosy tachycardic ___

WBC 16.9  HGB ___  Plt 11000   Abdomen: scaphoid / tender / distended / post-op / mass / hepatomegaly / splenomegaly

CXR clear   Bowel sounds normal / diminished / absent   Neuromuscular ___

Other  PT 24.4   ethanol neg
INR 2.8

Signed: _____ MD
Eddie Williams, MD  238-4343

Review of Systems
Fever, Chills, Sweats, Fatigue
Anorexia, Malaise, Weakness
Weight loss, Weight gain, Poor Energy
Cough, Sputum production, Orthopnea
Hemoptysis, Dyspnea, Wheezing
Chest pain, exertional, pleuritic, positional
Peripheral edema, Palpitations
Vertigo, Presyncope, Dizziness
Nasal Congestion, Sore throat, Hoarseness
Snoring, Disturbed sleep, Restless Legs
Awakens unrefreshed, Headache
Heartburn, Indigestion, Dysphagia
Nausea, Vomiting, Hematemesis
Abdominal Pain, Claudication
Diarrhea, Constipation
Melena, Hematochezia
Dysuria, Frequency, Hematuria
Hesitancy, Incontinence, Nocturia
Arthritis, Back Pain, Leg Cramps
Anxiety, Depression, Daytime Somnolence
Other systems negative

BIBEAU, KATHERINE K    11/07/50
F 53
Date 3/14/04  progress note: TAREKEGNE, MULUGETA
M000855537

**24 hr Summary**

high C-I c̄ 8+ units PRBC
7+ FFP
6+ platelet pheresis pack
Imp: tremendously swollen c̄ third spread

**Lab:**
Wbc ___ hcmgb 6.7
Plt 8? protime 24
PTT ___
Na 152 K 4.8 Gluc 163
Bun 34 Cr 2.1 Alb 2.4
Ca ___ SGOT/SGPT ___
Other 11 Mg ___

pO2 39 pCO2 62 pH 4.2?
O2sat ___ FIO2 90%
Rate 20 PEEP 5 PS 21
(IMV) / AC / PC / BiPAP

**Subjective:** feels good / better / bad / worse / ok / no change  N/A  Pain ___
Breathing  comfortably / dyspneic at rest / with exertion
Cough (nonproductive) / productive ___ secretions
Chills / Fever   Sore throat   Heartburn   Nausea / Vomiting   Diarrhea / Constipation
Other ___
Nutrition: eating well / fairly / poorly  none  NPO  tube feeding ___ TPN ___
DVT prophylaxis ___ Gastric protection ___ Antibiotics ___
Family interviewed / Discussion with family ___

**Objective:** Intake/Output 1366 / 1150  Afebrile / Temp max ___  HR ___ Rhythm ___
BP unstable / (unstable) (CXR reviewed) heart not enlarged —
Mental status: alert / oriented / restless / confused / disoriented / delirious / lethargic / (obtunded) / comatose / sedated ___
RR 20 work of breathing: unlabored / (labored) mild / (mod) / severe   Breath sounds: (normal) / (decreased)
Rales 0   Rhonchi 0   Wheeze (total) Consolidation 0
Rub ∅   Dullness / Hyperresonance ___  Throat ___   Trachea: midline / deviated / tracheostomy
Heart sounds S1 nml S2 0 S3 0 S4 0  Murmur ∅  JVD ∅  Edema ___  OT / NF tube day 4
Lymphadenopathy 0  Abdomen unremarkable / tender / distended / post-op ___
Bowel sounds  normal / diminished / (absent) / Other signs ___
Neuro signs ___   Other studies ___

**Assessment:**
1. Septic shock, DIC, MOF
2. everything given in terms of albumin, fluids, blood hx
3. keeps tanking and is third spacing
4. no obvious fitting problem
5. husband does not want CPR which admittedly would
Plan: be futile so pt now DNR

will continue support with fluids, tricks, pressors
until a few more unblanks

signed ___ E Williams
Eddie Williams, MD  256-4343

# PROVIDENCE HOSPITAL
*A Sisters Of Charity Ministry*

BIBEAU KATHERINE K
A# D00500030036  U#M000855537
F 53    11/07/50
TAREKEGNE, MULUGETA
AKA

| DATE | CONDITION OF WOUND, DRAINAGE, REMOVAL OF STITCHES, COMPLICATIONS, CONSULTATIONS, CHANGE IN DIAGNOSIS, CONDITION OF PATIENT FROM DAY TO DAY, CONDITION OF PATIENT ON DISCHARGE |
|---|---|
| 3/12/04 | Multiple attempts to place central catheter [IJ] unsuccessful – guidewire went into [subclavian vein]. Multiple attempts to place R femoral vein catheter. Not enough filling pressure to identify femoral vein or to advance guidewire. Maximum should [be] ~1 hr. —[signature] |
|  | Needs fluid & blood resuscitation —[signature] |

PROGRESS RECORD

```
                         Providence Hospital LAB **LIVE**                PAGE 1
RUN TIME: 1914              BROADCAST REPORT FOR NURSING UNITS
 IN USER: LABBKGJOB
```

| PATIENT: BIBEAU, KATHERINE K | ACCT #: E00110023801 | LOC: E.ED | U #: Z000000644 |
|---|---|---|---|
| | AGE/SX: 53/F | ROOM: | REG: 03/12/04 |
| REG DR: TAILLON, MICHAEL | DOB: 11/07/50 | BED: | DIS: |
| | STATUS: REG ER | TLOC: | |

| SPEC #: 0312:CG00125S | ENTER: 03/12/04-1824 | STATUS: RES | REQ #: 00008844 |
|---|---|---|---|
| | COLL: 03/12/04-1842 | ORDER DR: TAREKEGNE, MULUGETA | |
| ENTERED BY: SCOTTRW | RECV: 03/12/04-1844 | | |
| COLL BY: ED    RECV BY: HAMILTAR | | OTHER DRS; TAILLON, MICHAEL | |

ORDERED: FIBRIN SPLIT PR, D-DIMER QUANT, D-DIMERS
COMMENTS: Campus: NEP

| Test | Result | Flag | Reference |
|---|---|---|---|
| FIBRIN SPLIT PRODUCT | >20 | H | <5 ug/ML ug/ML |
| D-DIMER QUANTITATIVE | PENDING | | |
| D-DIMERS | POSITIVE | | NEGATIVE |

** END OF REPORT **